Fill in this information to identify the case:

Debtor name  **Bird Global, Inc., *et al.***

United States Bankruptcy Court for the:  Southern District of Florida

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amazon Web Services, Inc. P.O. Box 84023 Seattle, WA 98124-8423 | Teague Manley manteagu@amazon.com | Cloud Services | Disputed | | | $4,804,312.57 |
| CA-Colorado Center, LLC 2501 Colorado Avenue Santa Monica, CA 90404 | Timothy Hutter Allen Matkins thutter@allenmarkins.com | Lease | | | | $3,000,000.00 |
| Stradling, Yocca, Carlson & Rauth, P.C. 660 Newport Center Drive Suite 1600 Newport Beach, CA 92660 | Ryan Wilkins rwilkins@stradlinglaw.com | Professional Services | | | | $1,611,188.00 |
| Zoba, Inc. 500 Harrison Avenue Suite 4R Boston, MA 02118 | Justin P. O'Brien Lovett O'Brien jobrien@lovettobrien.com | Software Service | Disputed | | | $1,604,759.00 |
| Ninebot (Changzhou) Tech Co., Inc. 16F-17F, Block A, Bldg. 3, No. 18 Changwu Mid Rd, Wujin Dist, Changzhou, Jiangsu, China | Wendy Feng Dorsey feng.wendy@dorsey.com | Vendor | | | | $1,050,000.00 |
| Quarles & Brady LLP 411 East Wisconsin Avenue Suite 2400 Milwaukee, WI 53202 | Jonathan Hackbarth Quarles & Brady LLP 414-277-3603 jon.hackbarth@quarles.com | Professional Services | | | | $1,015,134.00 |

Debtor **Bird Global, Inc., et al.**                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Zhejiang Jinbang Sports Equipment Co., Ltd. No #36 Juxian Road Nuzhen Town Jinyun Zhejiang Zhejiang Province China | Kathy kathy@okscooter.net | | | | | $924,000.00 |
| Lloyd's of London Syndicate APL 1971 One Bishopgate London, EC2N 3AQ | Chris Moore Apollo 1971 chris.moore@apollounderwriting.com | Insurance | | | | $767,815.00 |
| KPMG LLP 3 Chestnut Ridge Road Montvale, NJ 07645 | Kevyn Seggerman 500 Capital Mall Suite 2100 Sacramento, CA 95814 916-554-1173 | Professional Services | | | | $712,759.00 |
| Sanders Roberts LLP 1055 W 7th Street Suite 3200 Los Angeles, CA 90017 | Justin Sanders Sanders Roberts LLP 213-426-5000 jsanders@sandersroberts.com | Professional Services | | | | $664,072.00 |
| Douglas Emmett 1996, LLC 1333 2nd Street Suite 620 Santa Monica, CA 90401 | Linda Streeter lstreeter@hinshawlaw.com | Lease | Disputed | | | $659,332.10 |
| Norman Krieger, Inc. c/o Cameron W. Roberts, Esq. Roberts & Kehagiaras LLP 100 West Broadway, Ste. 600 Long Beach, FA 90802 | Cameron Roberts cwr@tradeandcargo.com | Logistics | Disputed | | | $631,321.00 |
| Moss Adams 999 3rd Avenue #2800 Seattle, WA 98104 | Jason Lawson 310-295-3795 jason.lawson@mossadams.com | Professional Services | | | | $600,447.00 |
| JUSDA Supply Chain Management 21860 Baker Parkway City of Industry, CA 91789 | Wright Wu wright.wu@jusdascm.com | | | | | $563,859.00 |
| Vodafone US Inc. dba Vodafone Americas Inc. 1450 Broadway Suite 11-104 New York, NY 10018 | Ryan Broderick 916-305-6431 ryan.broderick@vodafone.com | Telecom Provider | | | | $563,553.00 |

Debtor **Bird Global, Inc., et al.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FTI Consulting, Inc.<br>16701 Melford Blvd.<br>Suite 200<br>Bowie, MD 20715 | Andrew Solomon<br>asolomon@solomoncramer.com | Professional Services | | | | $546,782.48 |
| Voxpro Limited<br>Voxpro House, Riverview Business Park<br>Bessboro Road Cork<br>CH62 3RH Co. Cork Ireland | | Support Services | | | | $535,218.00 |
| Webhelp USA LLC<br>1111 Brickell Avenue<br>Miami, FL 33131 | Daisy Leon Vargas<br>daisy.leon@webhelp.com | Support Services | | | | $514,747.00 |
| Palantir Technologies, Inc.<br>1555 Blake Street<br>Suite 250<br>Denver, CO 80202 | Jake Flood<br>jakef@palantir.com<br>517-230-8923 | | | | | $475,000.00 |
| NYSE Market (DE), Inc.<br>5949 Sherry Lane<br>Suite 1010<br>Dallas, TX 75225 | Ariel Erazo<br>ariel.erazo@nyse.com<br>212-656-3419 | Professional Services | | | | $440,556.00 |
| Hire Level<br>3911 W. Ernestine Drive<br>Marion, IL 62959 | Nicole Kline<br>nkline@hirelevel.com | | | | | $399,266.00 |
| Greenberg Traurig, LLP<br>Terminus 200<br>3333 Piedmont Road NE<br>Suite 2500<br>Atlanta, GA 30305 | Jordan Grotzinger<br>310-586-7713<br>grotzingerj@gtlaw.com | Professional Services | | | | $397,808.00 |
| Emkay, Inc.<br>P.O. Box 779028<br>Chicago, IL 60677 | | | | | | $394,817.00 |
| Everest Insurance<br>100 Everest Way<br>Warren, NJ 07059 | Joe Lazar<br>213-457-1345<br>john.lazar@everestglobal.com | Insurance | | | | $380,616.00 |
| Eastridge Workforce Recruitment<br>11 Apex Drive<br>Suite 300<br>Marlborough, MA 01752 | | | | | | $361,105.00 |

Debtor **Bird Global, Inc., et al.** _____     Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fujian SCUD Power Technology Co., Ltd. No. 135, Rujiang East Road Mawei District Fuzhou Fujian Province 350015 China | Yerina Tang yerina.tang@scudpower.com | | | | | $332,344.00 |
| Hologram, Inc. (US) 2045 W. Grand Avenue Suite B PBM #25937 Chicago, IL 60612 | Dean Patton 972-365-6586 dean.patton@hologram.io | Telecom Provider | | | | $327,660.00 |
| Pilot Creative Limited St. John's Innovation Centre Cowley Road Cambridge United Kingdom CB4 0WS | | | | | | $299,375.00 |
| Blake, Cassels & Graydon LLP 199 Bay Street, #400 Commerce Court West Toronto ON M5L 1G9 Canada | Andrew Lahey andrew.lahey@blakes.com | Professional Services | | | | $275,451.00 |
| Seyfarth Shaw LLP 233 S Wacker Drive Suite 8000 Chicago, IL 60606 | Eric Steinert esteinert@seyfarth.com | Professional Services | | | | $272,456.00 |