# United States Bankruptcy Court
## Southern District of Florida

In re   **Bird Global, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bird Global, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cede & Co**
**570 Washington Blvd.**
**Jersey City, NJ 07310-1617**

**Tier Mobility SE**
**Eichhornstrabe 3**
**c/o Wework**
**Berlin**

☐ None [*Check if applicable*]

**December 19, 2023**

Date

**/s/ Paul Steven Singerman**

**Paul Steven Singerman 378860**

Signature of Attorney or Litigant

Counsel for   **Bird Global, Inc.**

**Berger Singerman LLP**

**1450 Brickell Avenue**
**Suite 1900**
**Miami, FL 33131**
**305-755-9500 Fax:305-714-4340**
**singerman@bergersingerman.com**