UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| BIRD GLOBAL, INC., *et al.*,[1] | Case No. 23-_____ |
| Debtors. | (Joint Administration Pending) |

**DEBTORS' EMERGENCY MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO (I) CONTINUE ADMINISTERING INSURANCE POLICIES AND SURETY BOND PROGRAMS; (II) CONTINUE PAYING CERTAIN BROKERAGE FEES; AND (III) SATISFY OTHER OBLIGATIONS RELATED THERETO IN THE ORDINARY COURSE OF BUSINESS**

**(Emergency Hearing Requested)**

**Statement of Exigent Circumstances**

The Debtors respectfully request that the Court set this Motion for hearing on an emergency basis. By this Motion, the Debtors seek authorization to continue to administer their insurance policies and related agreements, including an insurance premium financing agreement, and, in their discretion, to honor certain obligations related thereto. The Debtors reasonably believe that a hearing to consider the relief requested must be held on an emergency basis as soon as the Court's calendar will permit. The Debtors respectfully request that the Court waive the provisions of Local Rule 9075-1(B) which requires an affirmative statement that a bona fide effort was made in order to resolve the issues raised in this motion, as the relief requested herein is urgent in nature and does not lend itself to advance resolution.

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their proposed undersigned counsel, pursuant to 11 U.S.C. §§ 105(a) and 363(c), file this emergency motion (the "Motion"), seeking entry of an order substantially in the form attached hereto as **Exhibit A** (the "Order"), authorizing the Debtors, in their discretion, to continue administering their insurance policies and related agreements and to pay certain claims related thereto. In support of this Motion, the Debtors rely on the *Declaration of Christopher Rankin in*

---

[1] The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

12618280-6

*Support of Chapter 11 Petitions and First Day Pleadings* (the "<u>First Day Declaration</u>")[2] filed concurrently herewith and incorporated herein, and respectfully state as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief sought herein are sections 105(a), 363(c) and 507(a)(5) of chapter 11 of title 11 of the United States Code (as amended, the "<u>Bankruptcy Code</u>"), rules 6003 and 6004 of the Federal Rules of Bankruptcy Procedure (as amended, the "<u>Bankruptcy Rules</u>") and rule 9075-1 of the Local Bankruptcy Rules for the Southern District of Florida (as amended, the "<u>Local Rules</u>").

## BACKGROUND

4.      On the date hereof (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "<u>Chapter 11 Cases</u>").

5.      The Debtors continue to operate their businesses and manage their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      As of the date of this Motion, no trustee, examiner or statutory committee has been appointed in these Chapter 11 Cases.

7.      For a detailed description of the Debtors, the circumstances leading to the commencement of these Chapter 11 Cases and information regarding the Debtors' businesses and capital structure, the Debtors respectfully refer the Court and parties-in-interest to the First Day Declaration.

---

[2] Capitalized terms used but not defined herein have the meanings given to them in the First Day Declaration.

## SUMMARY OF INSURANCE POLICIES

8.      The Debtors maintain approximately twenty-five (25) insurance policies in the ordinary course of business (collectively, the "Insurance Policies," and all premiums and other obligations related thereto, including, without limitation, all deductibles, taxes and fees, collectively, the "Insurance Obligations") that are administered by various third-party insurance carriers (collectively, the "Insurance Carriers"). The Insurance Policies include, among others, automobile, rider, cargo, cyber, director and officer, employment practices, fiduciary, general liability and workers compensation. Continuous administration of the Insurance Policies is essential to the ongoing operation of the Debtors' businesses. The Debtors' annual aggregate premium payments for the Insurance Policies are approximately $8,992,343.

9.      The Insurance Policies and Insurance Obligations are described in more detail below and are summarized in the table attached hereto as **Exhibit B**, which includes the name of the insurance company, type of coverage, policy number, estimated annual premium, and expiration date.

**A.      Workers Compensation/Employers Liability Insurance**

10.     As reflected in the *Debtor's Emergency Motion For Order (I) Authorizing the Debtors to (A) Pay Workforce Obligations and (B) Maintain Employee Benefit Programs, (II) Authorizing the Debtors' Banks and Other Financial Institutions to Honor Prepetition Transfers, and (III) Granting Related Relief* (the "Employee Wage/Benefits Motion"), which is filed contemporaneously herewith, Bird Rides, Inc. and Skinny Labs, Inc. maintain the following insurance policies with respect to workers compensation and employer's liability (collectively, the "WC & EL Policies"):

- Crum & Forster, Policy No. 408-745674-9 (the "Crum & Forster Policy"). The term of the Crum & Forster Policy is September 1, 2023, to August 31, 2024, and the policy (issued in favor of Bird Rides, Inc.) has an estimated annual premium of

12618280-6

$72,622, inclusive of taxes and fees. Approximately $29,411 is past due under the Crum & Forster Policy as of the Petition Date.

- State Coverage, Policy No. 80149151 (the "State Coverage Policy"). The term of the State Coverage Policy is September 1, 2023, to August 31, 2024, and the policy (issued in favor of Bird Rides, Inc.) has an estimated annual premium of $115 (covering Ohio), inclusive of taxes and fees. The premium under the State Coverage Policy has been paid in full.

- Everest Insurance, Policy No. RM1WC000086-231 (the "Everest Policy"). The term of the Everest Policy is September 1, 2023, to August 31, 2024, and the policy (issued in favor of Skinny Labs, Inc.) has an estimated annual premium of $1,512,987, inclusive of taxes and fees. Approximately $380,616 is past due under the Everest Policy as of the Petition Date.

11.     The WC and EL Policies (i) were in effect as of the Petition Date, (ii) provide coverage for, among other things, bodily injury by accident or disease to employees, and (iii) protect the employer against legal liability from an injured employee.

**B.      Commercial Insurance**

(i)     General Liability

12.     Skinny Labs, Inc. maintains a commercial general liability insurance policy with Lloyd's of London Syndicate APL 1971, Policy No. B080120117U23 (the "Commercial Insurance Policy"). The Commercial Insurance Policy was in effect as of the Petition Date and provides coverage for, among other things, injury, property damage, related to allegations of fault by scooter or operations. The term of the Commercial Insurance Policy is March 8, 2023 to March 7, 2024, and has an approximate annual premium of $1,131,549, inclusive of taxes and fees. Approximately $225,598 is past due under the Commercial Insurance Policy as of the Petition Date.

13.     Bird Global, Inc. maintains a commercial general liability insurance policy with Lloyd's of London Syndicate APL 1971, Policy No. B0509BOWCN2350710 (the "BG-Primary Commercial Insurance Policy"). The BG-Primary Commercial Insurance Policy was in effect as of the Petition Date and provides coverage for, among other things, injuries, property damage

4

related to fault by scooter or operations. The term of the BG-Primary Commercial Insurance Policy is August 1, 2023 to July 31, 2024, and has an approximate annual premium of $1,935,038, inclusive of taxes and fees. Approximately $389,069 is past due under the BG-Primary Commercial Insurance Policy as of the Petition Date.

14.     Bird Global, Inc. maintains an excess commercial general liability insurance policy with Lloyd's of London Syndicate APL 1971, Policy No. B0509BOWCN2350711 (the "BG-Excess Commercial Insurance Policy"). The BG-Excess Commercial Insurance Policy was in effect as of the Petition Date and provides coverage for, among other things, injuries, property damage related to fault by scooter or operations. The term of the BG-Excess Commercial Insurance Policy is August 1, 2023 to July 31, 2024, and has an approximate annual premium of $731,056, inclusive of taxes and fees. Approximately $153,148 is past due under the BG-Excess Commercial Insurance Policy as of the Petition Date.

15.     As part of general liability insurance, the services of a Third Party Claims Administrator was required. Accordingly, Bird Rides, Inc. obtained the services of Broadspire, with the current term running from March 1, 2023 through February 29, 2024. Approximately $46,321 is past due under the parties' agreement as of the Petition Date.

(ii) California Rider Liability

16.     Bird Global, Inc. maintains a rider liability insurance policy with Liberty Surplus Insurance Corporation, Policy No. TZE-631-510760-023 (the "Liberty Rider Insurance Policy"). The Liberty Rider Insurance Policy was in effect as of the Petition Date and provides coverage for, among other things, rider bodily injury in California. The term of the Liberty Rider Insurance Policy is July 1, 2023 to June 30, 2024, and the policy has an approximate annual premium of $562,341, inclusive of taxes and fees. Approximately $120,000 is past due under the Liberty Rider Insurance Policy as of the Petition Date.

12618280-6

17.     Skinny Labs, Inc. maintains a rider liability insurance policy with Pacific Insurance Company Limited, Policy No. 57-YR3-OH8319 (the "Pacific Rider Insurance Policy"). The Pacific Rider Insurance Policy was in effect as of the Petition Date and provides coverage for, among other things, bodily injury, property damage, and personal and advertising injury. The term of the Pacific Rider Insurance Policy is July 1, 2023 to June 30, 2024, and has an approximate annual premium of $30,954, inclusive of taxes and fees.  Approximately $30,954 is past due under the Pacific Rider Insurance Policy as of the Petition Date.

## C.     Auto Insurance

18.     Bird Global, Inc. maintains an auto insurance policy with The First Liberty Insurance Corporation, Policy No. AS6-631-510760-033 ("Bird-Liberty Auto Insurance Policy"). The Bird-Liberty Auto Insurance Policy was in effect as of the Petition Date and provides coverage for, among other things, collision, physical damage, and bodily injury arising from the use of motor vehicles. The term of The Bird-Liberty Auto Insurance Policy is September 1, 2023, to August 31, 2024, and has an approximate annual premium of $28,974, inclusive of taxes and fees. Approximately $28,974 is past due under the Bird-Liberty Auto Insurance Policy as of the Petition Date.

19.     Skinny Labs, Inc. maintains an auto insurance policy with Liberty Mutual Fire Insurance Company, Policy No. AS2-661-067334-033 ("Spin-Liberty Auto Insurance Policy"). The Spin-Liberty Auto Insurance Policy was in effect as of the Petition Date and provides coverage for, among other things, collision, physical damage, and bodily injury arising from the use of motor vehicles. The term of the Spin-Liberty Auto Insurance Policy is June 7, 2023, to June 6, 2024, and has an approximate annual premium of $993,627, inclusive of taxes and fees.  Approximately $246,590 is past due under the Spin-Liberty Auto Insurance Policy as of the Petition Date.

20.     Skinny Labs, Inc. maintains an auto insurance policy with Liberty Surplus Insurance Corporation, Policy No. ASE-661-067334-043 ("Spin-Liberty Excess Auto Insurance Policy"). The Spin-Liberty Excess Auto Insurance Policy was in effect as of the Petition Date and provides coverage for, among other things, collision, physical damage, and bodily injury arising from the use of motor vehicles. The term of the Spin-Liberty Excess Auto Insurance Policy is June 7, 2023, to June 6, 2024, and has an approximate annual premium of $130,522 and fees. Approximately $32,630 is past due under the Spin-Liberty Excess Auto Insurance Policy as of the Petition Date.

**D.      Cargo – Stock Insurance**

21.     Bird Rides, Inc. maintains a cargo – stock insurance policy with Navigators Insurance Company and Starr Indemnity & Liability Company, Policy No. SF23CARZ05LZ801 / MASICHS1786US23 (the "Navigators-Starr Cargo-Stock Insurance Policy"). The Navigators-Starr Cargo-Stock Insurance Policy was in effect as of the Petition Date and provides coverage for, among other things, damage, theft, loss to property and equipment. The term of the Navigators-Starr Cargo-Stock Insurance Policy is September 1, 2023, to August 31, 2024, and the policy has an approximate annual premium of $156,536, inclusive of taxes and fees.  As of the Petition Date, payments due under the Navigators-Starr Cargo-Stock Insurance Policy are current.

22.     Skinny Labs, Inc. maintains a cargo – stock insurance policy with XL Specialty Insurance Company, Policy No. UM00084225MA23A (the "XL Specialty Cargo-Stock Insurance Policy"). The XL Specialty Cargo-Stock Insurance Policy was in effect as of the Petition Date and provides coverage for, among other things, damage, theft, loss to property and equipment. The term of the XL Specialty Cargo-Stock Insurance Policy is August 16, 2023, to August 15, 2024, and the policy has an approximate annual premium of $116,000, inclusive of taxes and fees. As of the Petition Date, payments due under the XL Specialty Cargo-Stock Insurance Policy are current.

7

E.    **Cyber Insurance**

23.    Bird Global, Inc. maintains cyber insurance policies with (i) Beazley USA Services, Inc., Policy No. W31A39230201 (the "Beazley Cyber Insurance Policy"), (ii) Chubb, Policy No. XEO G71214746 001 (the "Chubb Cyber Insurance Policy"), and (iii) Coalition Insurance Solutions, Inc., Policy No. C-4LXD-065240-CEPSME-2023 (the "Coalition Cyber Insurance Policy," and collectively with the Beazley Cyber Insurance Policy and the Chubb Cyber Insurance Policy, the "Cyber Insurance Policies"). The Cyber Insurance Policies were in effect as of the Petition Date and provide coverage for, among other things, technology errors and omissions and damages associated with cyber attacks on stored data. The term of the Cyber Insurance Policies is June 1, 2023, to May 31, 2024, and the policies have an approximate annual premium of $361,441, inclusive of taxes and fees. Approximately $157,332 is past due under the Cyber Policies as of the Petition Date.

F.    **Directors & Officers Liability Insurance**

24.    Bird Global, Inc. maintains (i) a management liability policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 01-615-54-22 (the "Primary NUFIC D&O Policy"); (ii) an excess management liability policy with Inigo Limited, Policy No. B0509FINMN2350729 (the "Excess Inigo Policy"); (iii) an excess management liability policy with Continental Casualty Company, Policy No. 768747509 (the "Excess CNA Policy"); (iv) an excess management liability policy with Allied World Insurance Company, Policy No. 0313-1388 (the "Excess Allied Policy"); and (v) an excess management liability policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 01-615-54-26 (the "Excess NUGIC Policy," and collectively with the Primary NUFIC D&O Policy, the Excess Inigo Policy, the Excess CAN Policy, and the Excess Allied Policy, the "Directors & Officers Liability Insurance Policies") The Directors & Officers Liability Insurance Policies were in effect as of the Petition Date and provide

coverage for, among other things, claims against directors and officers based on employment practices and fiduciary liability. The term of the Directors & Officers Liability Insurance Policies is November 1, 2023, to October 31, 2024, and the policies have an approximate total annual premium of $1,135,001, inclusive of taxes and fees, which was paid in full as of the Petition Date.

25.     Bird Global, Inc. maintains a "run-off" insurance with the above-referenced carriers, extending the coverage period for six (6) years after the expiration of the current term ending October 31, 2024.  The policy was bound on December 15, 2023 and has an approximate total annual premium of $1,390,000, inclusive of taxes and fees, which was paid in full as of the Petition Date.

**G.      Employment Practices Liability Insurance**

26.     Bird Global, Inc. maintains an employment practices liability insurance policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 01-615-54-24 (the "EPL Insurance Policy"). The EPL Insurance Policy was in effect as of the Petition Date and provides coverage for, among other things, workplace claims including sexual harassment, gender, and racial discrimination claims. The term of the EPL Insurance Policy is November 1, 2023, to October 31, 2024, and the policy has an approximate annual premium of $76,606, inclusive of taxes and fees, which was paid in full as of the Petition Date.

**H.      Fiduciary Liability Insurance**

27.     Bird Global, Inc. maintains an employment fiduciary liability insurance policy with Travelers Casualty and Surety Company of America, Policy No. 107523661 (the "Fiduciary Insurance Policy"). The Fiduciary Insurance Policy was in effect as of the Petition Date and provides coverage for, among other things, workplace claims including sexual harassment, gender, and racial discrimination claims. The term of the Fiduciary Insurance Policy is November 1, 2023,

to October 31, 2024, and the policy has an approximate annual premium of $5,430, inclusive of taxes and fees, which was paid in full as of the Petition Date.

**I.      Pollution Insurance**

28.      Bird Rides, maintains a pollution insurance policy with Great American E&S Insurance Company, Policy No. CSE E46138601 (the "Pollution <u>Insurance Policy</u>"). The Pollution Insurance Policy was in effect as of the Petition Date and provides coverage for environmental liability claims. The term of the Pollution Insurance Policy is July 17, 2023, to July 16, 2025, and the policy has an approximate annual premium of $11,541, inclusive of taxes and fees, which was paid in full as of the Petition Date.

**J.      Commercial Insurance Brokers and Premium Finance Agreements**

      i.      <u>Commercial Insurance Broker</u>

29.      Marsh USA, LLC ("<u>Marsh USA</u>") serves as the commercial insurance broker for Bird Global, Inc. and Skinny Labs, Inc. Marsh USA procures some or all of the policies and provides related assistance for the Insurance Policies.

      ii.      <u>Premium Finance Agreement and Payment Plan</u>

30.      Bird Rides, Inc. and Bird Global, Inc. (collectively, "<u>Bird</u>") are parties to that certain *Premium Finance Agreement* with AFCO Acceptance Corporation entered into on or about July 11, 2023 (the "<u>PFA</u>"), in respect of the Cyber Insurance Policies. Under the PFA, Bird made a down payment totaling $90,360 and agreed to pay nine (9) monthly installments each in the amount of $31,253.72. The amount originally financed was $271,081.20, the above-mentioned down-payment of $90,360 was made, the annual interest rate was set at 8.944 %, and the total amount of premiums was $361,441.20. As of the Petition Date, payments due under the PFA are current. Approximately $93,761 remains to be paid for the remaining term of the PFA.

**K.**     **Surety Bonds**

31.     In the ordinary course of business, various statutes, rules, contracts and regulations require that the Debtors provide surety bonds and certain foreign equivalents (the "Surety Bonds") in favor of third parties, often to governmental units or other public agencies, to secure the Debtors' payment or performance of certain obligations (the "Surety Bond Programs"). Particularly, the Surety Bond Programs are related to (i) obligations owed to various airports and airport-related authorities; (ii) various tax obligations; and (iii) obligations deriving from certain national and local laws and decrees. A list of Surety Bond Programs in place as of the Petition Date is attached hereto as **Exhibit C**.

32.     As of the Petition Date, the Debtors maintain fifty (50) Surety Bonds. The premiums for the Surety Bonds (the "Surety Bond Obligations") are generally determined on an annual basis and are paid by the Debtors only upon issuance and renewal. On an annual basis, the current run rate for the Surety Bond Obligations totals approximately $44,147. Approximately $2,757 is past due under certain of the Surety Bonds as of the Petition Date. The Debtors, however, are requesting authority to (i) pay any amount related to renewal or supplementation of the Surety Bond Programs, including the Surety Bond Obligations, on a post-petition basis; and (ii) continue the Surety Bond Programs, each in the ordinary course of business.

## RELIEF REQUESTED AND BASIS

33.     The Debtors seek authority, in their reasonable business judgment, to (i) continue to administer the Insurance Policies described herein; and (ii) continue to pay various premiums, fees and other obligations related to the Insurance Policies and Surety Bond Programs, including certain brokerage fees.  The Debtors further request authority to pay amounts past due as of the Petition Date, and additional amounts as they come due under the Insurance Policies, including the PFA and Payment Plans, in the ordinary course of their business, if and to the extent such

11

amounts become due.  For the reasons set forth below, the Debtors believe that the relief requested is necessary and appropriate under the circumstances.

34.      Section 105(a) of the Bankruptcy Code provides, in relevant part:

The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title.

11 U.S.C. § 105(a).

35.      Section 363(c) of the Bankruptcy Code provides, in relevant part:

If the business of the debtor is authorized to be operated under section...1108... of this title [title 11] and unless the court orders otherwise, the trustee may enter into transactions, including the sale or lease of property of the estate, in the ordinary course of business, without notice or a hearing, and may use property of the estate in the ordinary course of business without notice or a hearing.

11 U.S.C. § 363(c).

36.      It is essential for the Debtors to maintain the Surety Bond Programs and Insurance Policies, which provide a comprehensive range of coverage for the Debtors.  If the Insurance Policies are allowed to lapse, the Debtors will be exposed to substantial liability for any damages resulting to persons or property of the Debtors and others, and the Debtors would have to bear the costs and expenses of defense litigation.  Moreover, maintenance of the Insurance Policies and Surety Bond Programs is mandatory under the United States Trustee guidelines and various state and federal laws.  The Debtors' continued operations require that the Insurance Policies and Surety Bond Programs be maintained on an ongoing and uninterrupted basis.

37.      The Debtors submit that it is also in the best interests of their estates to have the ability to revise, extend, supplement, or change insurance coverage, as necessary, post-petition. The Insurance Policies and Surety Bond Programs protect the Debtors and other parties-in-interest from losses caused by casualty, natural disaster, fraud, or other unforeseen events. If any of these programs lapse or new coverage is necessary, it is imperative that the Debtors are able to renew, supplement, or purchase insurance coverage or surety bonds in the ordinary course of business.

38.     For all the reasons stated in this Motion, maintenance of the Insurance Policies, payment of all premiums and other amounts due, including those pursuant to the Surety Bond Programs, if and to the extent such payments are due from the Debtors, and continuance of the various administration programs serve the best interests of the Debtors' bankruptcy estates and is required by the United States Trustee's guidelines, Item No. 5 (*Proof of Insurance*) and federal and/or state law as a condition of operations.  Consequently, the Court should approve the relief requested in this Motion, which relief has been granted in other chapter 11 cases in this District. *See, e.g., In re AeroTech Miami Inc. d/b/a iAero Tech, et al.,* Case No. 23-17503-RAM (Bankr. S.D. Fla. Sept. 22, 2023); *In re Delphi Behavioral Health Group, LLC, et al.,* Case No. 23-10945-PDR (Bankr. S.D. Fla. Feb. 10, 2023); *In re Vital Pharmaceuticals, Inc., et al.,* Case No. 22-17842-PDR (Bankr. S.D. Fla. Oct. 14, 2022); *In re American Purchasing Services, LLC d/b/a American Medical Depot, et al.,* Case No. 20-23495-SMG (Bankr. S.D. Fla. Dec. 16, 2020); *In re Tamarac 10200, LLC, et al.,* Case No. 20-23346-PDR (Bankr. S.D. Fla. Dec. 10, 2020); *In re It'Sugar FL I LLC, et al.,* Case No. 20-20259-RAM (Bankr. S.D. Fla. Sept. 29, 2020); *In re Magnum Construction Management, LLC f/k/a Munilla Construction Management, LLC,* Case No. 19-12821-AJC (Bankr. S.D. Fla. Mar. 7, 2019); *In re Adinath Corp., et al.,* Case No. 15-16885-LMI (Bankr. S.D. Fla. April 21, 2015); *In re Ruden McClosky, P.A.,* Case No. 11-40603-RBR (Bankr. S.D. Fla. Dec. 5, 2011); *In re Maguire Group Holdings, Inc. et al.,* Case No. 11-39347-RAM (Bankr. S.D. Fla. Nov. 30, 2011); *In re HearUSA, Inc.,* Case No. 11-23341-EPK (Bankr. S.D. Fla. May 20, 2011); *In re Gulfstream Intern. Group, Inc., et al.,* Case No. 10-44131-JKO (Bankr. S.D. Fla. Nov. 8, 2010); *In re DM Indus., Ltd.,* Case No. 09-15533-LMI (Bankr. S.D. Fla. April 10, 2009).

12618280-6

**Expedited Consideration And Waiver Of Any Applicable Stay**

39.     The Debtors respectfully request expedited consideration of this Motion pursuant to Bankruptcy Rule 6003, which empowers a court to grant relief within the first 21 days after the commencement of a chapter 11 case "to the extent that relief is necessary to avoid immediate and irreparable harm."  Here, the Debtors believe an immediate and orderly transition into chapter 11 is critical to the viability of its operations and that any delay in granting the relief requested could hinder the Debtors' operations and cause irreparable harm. Furthermore, the failure to receive the requested relief during the first 21 days of these Chapter 11 Cases would severely disrupt the Debtors' operations at this critical juncture.  Accordingly, the Debtors submit that they have satisfied the "immediate and irreparable harm" standard of Bankruptcy Rule 6003 and, therefore, respectfully request that the Court approve the relief requested in this Motion on an expedited basis.

40.     To implement the foregoing successfully, the Debtors request that the Court enter an order providing that notice of the relief requested herein satisfies Bankruptcy Rule 6004(a) and that the Debtors have established cause to exclude such relief from the 14-day stay period under Bankruptcy Rule 6004(h).

**Reservation of Rights**

41.     Nothing contained in this Motion or any order granting the relief requested in this Motion, herein, and no action taken pursuant to such relief requested or granted, is intended as or shall be construed or deemed to be: (a) an admission as to the amount of, basis for, or validity of any claim against any of the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) an impairment or waiver of any Debtor's or any other party in interest's right to dispute any claim against, or interest in, any Debtor, its property, or its estate on any grounds; (c) a promise or requirement to pay any claim; (d) an assumption, adoption, or rejection

of any agreement, contract, or lease under section 365 of the Bankruptcy Code; (e) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in this Motion or any order granting the relief requested by this Motion; (f) an implication, admission, or finding as to (i) the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on the property of any Debtor or its estate or (ii) a waiver or limitation on any party's ability to challenge, recharacterize as equity, void, claw back, or seek other relief with respect to any particular payments authorized hereunder; (g) an impairment or waiver of any claims or causes of action which may exist against any entity; or (h) a waiver of any Debtor's or any other party in interest's rights under the Bankruptcy Code or any other applicable law.

**WHEREFORE**, the Debtors respectfully request that the Court grant this Motion and enter the Order, substantially in the form attached hereto as **Exhibit A**, granting (i) the relief requested in this Motion, and (ii) such other relief as the Court deems just and proper.

Dated: December 19, 2023                                    Respectfully submitted,

BERGER SINGERMAN LLP
*Proposed Counsel for the Debtors and*
*Debtors-in-Possession*
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By:    */s/ Paul Steven Singerman*
          Paul Steven Singerman
          Florida Bar No. 378860
          singerman@bergersingerman.com
          Jordi Guso
          Florida Bar No. 863580
          jguso@bergersingerman.com
          Clay B. Roberts
          Florida Bar No. 116058
          croberts@bergersingerman.com

## **EXHIBIT A**

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| BIRD GLOBAL, INC., *et al.*,[1] | Case No. 23-_____ |
| Debtors. | (Joint Administration Pending) |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR
AUTHORIZATION TO (I) CONTINUE TO ADMINISTER INSURANCE
POLICIES AND RELATED AGREEMENTS; AND (II) HONOR
CERTAIN OBLIGATIONS IN RESPECT THEREOF**

**THIS MATTER** having come before the Court for a hearing on December __, 2023 at

[_] in Miami, Florida upon the *Debtors' Emergency Motion for Authorization to (I) Continue to*

*Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations in*

*Respect Thereof* [ECF No. ___] (the "Motion") filed by the above-captioned debtors-in-possession

(the "Debtors"). The Court finds that: (i) it has jurisdiction over the matters raised in the Motion

---

[1]  The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179.  The last four digits of the
Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird
US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

12650427-2

pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and that this Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; (v) notice of the Motion and the hearing were appropriate under the circumstances and no other notice need be provided; and (vi) upon review of the record before the Court, including the legal and factual bases set forth in the Motion and the First Day Declaration[2] and the statements made by counsel at the hearing, good and sufficient cause exists to grant the relief requested.  Accordingly, it is

**ORDERED** as follows:

1.      The Motion is **GRANTED** effective as of the Petition Date.

2.      The Debtors may, in their reasonable business judgment, continue to administer and maintain the Insurance Policies (as described in **Exhibit "B"** to the Motion) post-petition in the ordinary course of their business, including obligations for the payment of (i) premiums, if any; and (ii) certain claims or deductibles if and to the extent they may become due and payable according to the terms of the Insurance Policies.

3.      The Debtors may, in their reasonable business judgment, continue to administer and maintain the Surety Bonds (as described in **Exhibit "C"** to the Motion) post-petition in the ordinary course of their business.

4.      The Debtors are authorized, but not directed, to pay any outstanding premiums on Insurance Policies or Surety Bonds owed as of the Petition Date to the extent set forth on **Exhibit "B"** and **Exhibit "C"** to the Motion, respectively.

---

[2]  All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

12650427-2

5.      To the extent that the Insurance Policies or Surety Bonds may be deemed executory contracts to which the Debtors are a party, entry of this Order shall not constitute an assumption of those Insurance Policies or Surety Bonds pursuant to 11 U.S.C. § 365(a).

6.      The banks and financial institutions on which checks were drawn or electronic payment requests made in payment of the prepetition obligations approved herein are authorized to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment, and all such banks and financial institutions are authorized to rely on the Debtors' designation of any particular check or electronic payment request as approved by this Order.

7.      Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained in the Motion or this Order or any payment made pursuant to this Order shall constitute, nor is it intended to constitute, an admission as to the validity or priority of any claim or lien against the Debtors, a waiver of the Debtors' right to subsequently dispute such claim or lien, or the assumption or adoption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.

8.      The Debtors are authorized to issue post-petition checks, or to effect post-petition fund transfer requests, in replacement of any checks or fund transfer requests that are dishonored as a consequence of these chapter 11 cases with respect to pre-petition amounts owed in connection with any Insurance Policies.

9.      Notwithstanding the relief granted in this Order, any payment made by the Debtors pursuant to the authority granted herein shall be subject to and in compliance with any interim or final order entered by the Court approving the Debtors' entry into any post-petition debtor in possession financing facility (the "DIP Financing Order"). To the extent that there is

3

any inconsistency between the terms of this Order and the DIP Financing Order, the terms of the

DIP Financing Order shall control.

      10.    The Debtors are authorized to take all actions necessary to effectuate the relief

granted in this Order in accordance with the Motion.

      11.    This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

# # #

<u>Submitted by</u>:
Paul Steven Singerman, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
singerman@bergersingerman.com

*(Attorney Singerman is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

4

# **EXHIBIT B**

**(List of Insurance Policies)**

| Insurance Carrier | Policy Type | Policy Number | Policy Period | Approximate Annual Premium |
|---|---|---|---|---|
| Crum & Forster | Workers Compensation<br><br>Employment Practices Liability | 408-745674-9 | 9-1-2023 - 8-31-2024 | $72,622.00 |
| State Coverage (covering Ohio) | Workers Compensation<br><br>Employment Practices Liability | 80149151 | 9-1-2023 - 8-31-2024 | $115.00 |
| Everest Insurance | Workers Compensation<br><br>Employment Practices Liability | RM1WC000086-231 | 9-1-2023 - 8-31-2024 | $1,512,987.00 |
| Lloyd's of London Syndicate APL 1971 | Commercial General Liability | B080120117U23 | 3-8-2023 - 3-7-2024 | $1,131,549.00 |
| Lloyd's of London Syndicate APL 1971 | Commercial General Liability | B0509BOWCN2350710 | 8-1-2023 - 7-31-2024 | $1,935,038.00 |
| Lloyd's of London Syndicate APL 1971 | Excess Commercial General Liability | B0509BOWCN2350711 | 8-1-2023 - 7-31-2024 | $731,056.00 |
| Liberty Surplus Insurance Corporation | California Rider Liability | TZE-631-510760-023 | 7-1-2023 - 6-30-2024 | $562,341.00 |
| Pacific Insurance Company Limited | California Rider Liability | 57-YR3-OH8319 | 7-1-2023 - 6-30-2024 | $30,954.00 |
| The First Liberty Insurance Corporation | Automobile Liability | AS6-631-510760-033 | 9-1-2023 - 8-31-2024 | $28,974.00 |
| Liberty Mutual Fire Insurance Company | Automobile Liability | AS2-661-067334-033 | 6-7-2023 - 6-6-2024 | $993,627.00 |
| Liberty Surplus Insurance Corporation | Automobile Liability | ASE-661-067334-043 | 6-7-2023 - 6-6-2024 | $130,522.00 |
| Navigators Insurance Company and Starr Indemnity & Liability Company | Cargo-Stock Liability | SF23CARZ05LZ801/ MASICHS1786US23 | 9-1-2023 - 8-31-2024 | $156,536.00 |
| XL Specialty Insurance Company | Cargo-Stock Liability | UM00084225MA23A | 8-16-2023 - 8-15-2024 | $116,000.00 |
| Beazley USA Services, Inc. | Cyber Liability | W31A39230201 | 6-1-2023 - 5-31-2024 | $361,441.00 |

| Insurance Carrier | Policy Type | Policy Number | Policy Period | Approximate Annual Premium |
|---|---|---|---|---|
| Chubb | Cyber Liability | XEO G71214746 001 | 6-1-2023 - 5-31-2024 | Combined with Beazley |
| Coalition Insurance Solutions, Inc. | Cyber Liability | C-4LXD-065240-CEPSME-2023 | 6-1-2023 - 5-31-2024 | Combined with Beazley |
| National Union Fire Insurance Company of Pittsburgh, PA ("NUFIC") | Directors and Officers Liability / EPL / FID | 01-615-54-22 | 11-1-2023 - 10-31-2024 | $1,135,001.00 |
| Inigo Limited | Excess Management Liability | B0509FINMN2350729 | 11-1-2023 - 10-31-2024 | Combined with NUFIC |
| Continental Casualty Company | Excess Management Liability | 768747509 | 11-1-2023 - 10-31-2024 | Combined with NUFIC |
| Allied World Insurance Company | Excess Management Liability | 0313-1388 | 11-1-2023 - 10-31-2024 | Combined with NUFIC |
| National Union Fire Insurance Company of Pittsburgh, PA | Excess Management Liability | 01-615-54-26 | 11-1-2023 - 10-31-2024 | Combined with NUFIC |
| National Union Fire Insurance Company of Pittsburgh, PA | Employment Practices Liability | 01-615-54-24 | 11-1-2023 - 10-31-2024 | $76,606.00 |
| Travelers Casualty and Surety Company of America | Fiduciary Liability | 107523661 | 11-1-2023 - 10-31-2024 | $5,430.00 |
| Great American E&S Insurance Company | Pollution | CSE E46138601 | 7-17-2023 - 7-16-2025 | $11,541.00 |
| **TOTAL** | | | | **$8,992,343.00** |

# **EXHIBIT C**

## **(Surety Bond Programs)**

**Bird Rides, Inc.**
**All Bonds as of: 08-Dec-23**

| Bond Number(s) | Principal Name(s) | Type | Bond Sub Type | Bond Description | State of Obligation | Obligee Legal Name | From Currency | Current Bond Amount | Original Inception Date | Bond Effective Date | Bond Expiration Date | Premium | Surety Group(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0863027 | Bird Rides, Inc. | License & Permit | Right of Way | Memorandum of Understanding for the Dockless Vehicle-sharing Demonstration Project | Maryland | Montgomery County, Maryland | USD | 10,000.00 | 5/17/2019 | 5/17/2023 | 5/17/2024 | 200.00 | IAT Insurance Group |
| 0863028 | Bird Rides, Inc. | License & Permit | Other License-Permit | Shared Active Transportation System Permit Bond | North Carolina | City of Durham | USD | 10,000.00 | 6/11/2019 | 7/31/2023 | 7/31/2024 | 200.00 | IAT Insurance Group |
| 0863029 | Bird Rides, Inc. | License & Permit | Other License-Permit | Shared Active Transportation Operation Bond | Missouri | University of Missouri | USD | 9,000.00 | 6/15/2019 | 6/15/2023 | 6/15/2024 | 180.00 | IAT Insurance Group |
| 0863032 | Bird Rides, Inc. | License & Permit | Other License-Permit | Dockless Scooter Operator License Bond | Virginia | City of Fairfax | USD | 5,000.00 | 6/18/2020 | 6/18/2023 | 6/18/2024 | 100.00 | IAT Insurance Group |
| 0863033 | Bird Rides, Inc. | License & Permit | Other License-Permit | Shared Mobility Operator Pilot Program Permit Bond | Nebraska | City of Lincoln | USD | 10,000.00 | 8/4/2020 | 8/4/2023 | 8/4/2024 | 200.00 | IAT Insurance Group |
| 0863035 | Bird Rides, Inc. | License & Permit | Other License-Permit | Dockless Vehicle Operator | Kansas | City of Pittsburg | USD | 10,000.00 | 10/23/2020 | 10/23/2023 | 10/23/2024 | 200.00 | IAT Insurance Group |
| 0721259 | Bird Rides, Inc. | License & Permit | Other License-Permit | Dockless Mobility License Bond | Texas | The City of Austin, Texas | USD | 500,000.00 | 5/15/2018 | 5/15/2023 | 5/15/2024 | 10,000.00 | IAT Insurance Group |
| 0721266 | Bird Rides, Inc. | License & Permit | Other License-Permit | Bond for Shared Mobility Operator Permit for the Operation of Stand-up Electric Scooters Sharing Systems | Tennessee | City of Memphis, Tennessee | USD | 20,000.00 | 7/18/2018 | 7/18/2023 | 7/18/2024 | 400.00 | IAT Insurance Group |
| 0721267 | Bird Rides, Inc. | License & Permit | Right of Way | Bond for Permit to Operate a Stand-Up Electric Scooter Sharing Systems through the Interim Operating Agreement | Kentucky | Louisville-Jefferson County Metro Department of Public Works | USD | 20,000.00 | 7/27/2018 | 7/27/2023 | 7/27/2024 | 400.00 | IAT Insurance Group |
| 0721268 | Bird Rides, Inc. | License & Permit | Other License-Permit | Dockless Vehicle Performance Bond | Texas | City of Dallas | USD | 10,000.00 | 8/2/2018 | 8/2/2023 | 8/2/2024 | 200.00 | IAT Insurance Group |
| 0721276 | Bird Rides, Inc. | License & Permit | Other License-Permit | Bond for Certificate of Public Necessity and Convenience for Shared Urban Mobility Device | Tennessee | Metropolitan Government of Nashville and Davidson County, Tennessee | USD | 160,000.00 | 8/30/2018 | 9/1/2023 | 9/1/2024 | 3,200.00 | IAT Insurance Group |
| 0721279 | Bird Rides, Inc. | License & Permit | Other License-Permit | Shared Micro-Mobility Devices For-Hire Business Permit | Virginia | Arlington County | USD | 21,250.00 | 10/10/2018 | 10/10/2023 | 10/10/2024 | 408.00 | IAT Insurance Group |
| 0721283 | Bird Rides, Inc. | License & Permit | Other License-Permit | Bond for Public Right-of-Way Occupancy Permit | District of Columbia | District of Columbia, Department of Transportation, Public Space Regulations Administration | USD | 10,000.00 | 1/1/2019 | 12/31/2023 | 12/31/2024 | 200.00 | IAT Insurance Group |
| 0721291 | Bird Rides, Inc. | License & Permit | Other License-Permit | Shared Active Transportation Operation Permit Bond | Missouri | City of Columbia, MO | USD | 30,000.00 | 12/4/2019 | 12/4/2023 | 12/4/2024 | 600.00 | IAT Insurance Group |
| 0721310 | Bird Rides, Inc. | License & Permit | Other License-Permit | Bond for Shared Mobility Devices - Demonstration Project, Memorandum of Understanding | Virginia | City of Alexandria, VA | USD | 5,000.00 | 2/7/2019 | 2/7/2023 | 2/7/2024 | 100.00 | IAT Insurance Group |
| 0721314 | Bird Rides, Inc. | License & Permit | Other License-Permit | Bond for Shared Mobility Devices - Demonstration Project, Memorandum of Understanding | Virginia | City of Harrisonburg | USD | 5,000.00 | 3/5/2019 | 3/5/2023 | 3/5/2024 | 100.00 | IAT Insurance Group |
| 0721323 | Bird Rides, Inc. | License & Permit | Other License-Permit | Bond for Micromobility Pilot Program | Arizona | Town of Gilbert | USD | 5,000.00 | 4/24/2019 | 4/24/2023 | 4/24/2024 | 100.00 | IAT Insurance Group |
| 107928850 | Bird Rides, Inc. | License & Permit | Other License-Permit | Micromobility Pilot Study RFP | Colorado | City of Grand Junction | USD | 20,000.00 | 4/28/2021 | 4/28/2023 | 4/28/2024 | 100.00 | Travelers |
| 800015095 | Skinny Labs, Inc. (dba Spin) | License & Permit | Other License-Permit | Micromobility Services to regulate micromobility services | Florida | City of Gainesville | USD | 26,000.00 | 6/28/2022 | 6/28/2023 | 6/28/2024 | 260.00 | Intact Group |
| 800015096 | Skinny Labs, Inc. (dba Spin) | License & Permit | Other License-Permit | Dockless Vehicle Sharing Services | Maryland | Montgomery County | USD | 10,000.00 | 6/28/2022 | 6/28/2023 | 6/28/2024 | 100.00 | Intact Group |
| 800032663 | Skinny Labs Inc. DBA Spin | License & Permit | Other License-Permit | Shared Electric Scooter Pilot | Oregon | Portland Bureau of Transportation | USD | 10,000.00 | 7/15/2022 | 7/15/2023 | 7/15/2024 | 100.00 | Intact Group |

| ID | Company | Type | Type | Description | State | Entity | Currency | Amount | Date 1 | Date 2 | Date 3 | Amount 2 | Group |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 800032695 | Skinny Labs Inc. DBA Spin | Performance and/or Payment | Performance and/or Payment | Annual Performance | Maryland | Baltimore City Department of Transportation | USD | 10,000.00 | 7/3/2022 | 7/13/2023 | 7/13/2024 | 100.00 | Intact Group |
| 800032696 | Skinny Labs, Inc. dba Spin | License & Permit | Other License- Permit | Performance Bond | North Carolina | City of Durham | USD | 10,000.00 | 8/16/2022 | 8/16/2023 | 8/16/2024 | 100.00 | Intact Group |
| 800032697 | Skinny Labs, Inc. DBA Spin | License & Permit | Franchisee | Franchise Permit Ordinance No. 1332 | Michigan | City of Ypsilanti | USD | 5,000.00 | 9/27/2022 | 9/27/2023 | 9/27/2024 | 100.00 | Intact Group |
| 800032698 | Skinny Labs, Inc. dba Spin | Performance and/or Payment | Performance and/or Payment | Annual Performance | Maryland | Lexington- Fayette Urban County Government | USD | 10,000.00 | 10/13/2022 | 9/5/2023 | 9/5/2024 | 100.00 | Intact Group |
| 800032699 | Skinny Labs Inc. DBA Spin | License & Permit | Other License- Permit | Annual Performance bond for Micro Mobility Permit Release | North Carolina | City of Winston- Salem, North Carolina | USD | 5,000.00 | 9/30/2022 | 9/30/2023 | 9/30/2024 | 100.00 | Intact Group |
| 800032690 | Skinny Labs, Inc. | License & Permit | Other License- Permit | Shared Mobility Device Operator | Virginia | Arlington County | USD | 18,750.00 | 10/28/2022 | 10/28/2023 | 10/28/2024 | 188.00 | Intact Group |
| 800032691 | Skinny Labs, Inc. | License & Permit | Other License- Permit | 2019 Dockless Vehicle Sharing Program Permit | District of Columbia | District Department of Transportation, Public Space Regulations Division | USD | 10,000.00 | 1/4/2023 | 1/3/2023 | 1/1/2024 | 100.00 | Intact Group |
| 800032692 | Skinny Labs Inc. DBA Spin | Performance and/or Payment | Performance and/or Payment | Shared Micromobility Program | Arizona | City of Phoenix, AZ | USD | 20,000.00 | 1/31/2023 | 1/31/2023 | 1/31/2024 | 200.00 | Intact Group |
| 800032693 | Skinny Labs Inc. DBA Spin | License & Permit | Other License- Permit | Shared Mobility Device Operator | Virginia | City of Alexandria | USD | 8,500.00 | 4/10/2023 | 4/10/2023 | 4/10/2024 | 100.00 | Intact Group |
| EACX1450000 24 | Bird Rides, Inc. | License & Permit | Right of Way | Shared Mobility Device Performance Bond | California | City of San Diego | USD | 130,000.00 | 7/1/2019 | 7/1/2023 | 7/1/2024 | 6,040.00 | Sompo Group |
| EACX4002456 | Bird Rides, Inc. | License & Permit | Other License- Permit | Dockless Scooter Transportation Services | Georgia | City of Atlanta | USD | 10,000.00 | 6/9/2020 | 6/9/2023 | 6/9/2024 | 200.00 | Sompo Group |
| EACX4002459 | Bird Rides, Inc. | License & Permit | Other License- Permit | Permit Bond to operate scooter share services | Florida | City of Orlando | USD | 20,000.00 | 12/17/2019 | 12/17/2023 | 12/17/2024 | 400.00 | Sompo Group |
| EACX4003593 | Bird Rides, Inc. | License & Permit | Other License- Permit | Shared Mobility Device Pilot Program | Virginia | Town of Vienna, VA | USD | 5,000.00 | 8/9/2021 | 8/9/2023 | 8/9/2024 | 100.00 | Sompo Group |
| EACX4003595 | Bird Rides, Inc. | License & Permit | Other License- Permit | Shared Mobility Device System | Indiana | City of South Bend, Board of Public Works | USD | 100,000.00 | 8/25/2021 | 8/25/2023 | 8/25/2024 | 2,000.00 | Sompo Group |
| EACX4003597 | Bird Rides, Inc. | License & Permit | Other License- Permit | Dockless Mobility Programs | Florida | City of Jacksonville | USD | 10,000.00 | 11/4/2021 | 11/4/2023 | 11/4/2024 | 200.00 | Sompo Group |
| EACX4003599 | Bird Rides, Inc. | License & Permit | Other License- Permit | Shared Mobility Devices Program | Texas | City of Canyon | USD | 10,000.00 | 1/6/2022 | 1/6/2023 | 1/6/2024 | 200.00 | Sompo Group |
| EACX4003613 | Bird Rides, Inc. | License & Permit | Right of Way | Bond for Operator License to provide shared mobility devices | Indiana | Consolidated City of Indianapolis or Unknown Third Party Division of Permits | USD | 100,000.00 | 8/6/2019 | 8/9/2023 | 8/9/2024 | 2,000.00 | Sompo Group |
| EACX4003614 | Bird Rides, Inc. | License & Permit | Right of Way | Dockless On-Demand Personal Mobility Conditional Permit | California | City of Los Angeles | USD | 520,000.00 | 8/6/2019 | 8/9/2023 | 8/9/2024 | 10,400.00 | Sompo Group |
| EACX4003617 | Bird Rides, Inc. | License & Permit | Other License- Permit | Bond for Dockless Vehicle Operating Authority | Kentucky | Lexington- Fayette Urban County Government | USD | 10,000.00 | 9/10/2019 | 9/10/2023 | 9/10/2024 | 200.00 | Sompo Group |
| EACX4003629 | Bird Rides, Inc. | License & Permit | Other License- Permit | Shared Micro-Mobility Device Program | Florida | City of Gainesville, Florida | USD | 26,000.00 | 3/18/2021 | 3/18/2023 | 3/18/2024 | 520.00 | Sompo Group |
| EACX4003632 | Bird Rides, Inc. | License & Permit | Other License- Permit | Shared Mobility Devices | Virginia | Fairfax County | USD | 5,000.00 | 8/10/2021 | 8/10/2023 | 8/10/2024 | 100.00 | Sompo Group |
| EACX4003633 | Bird Rides, Inc. | License & Permit | Other License- Permit | Dockless Vehicle Provider - Share System Program | New Jersey | City of Newark | USD | 10,000.00 | 6/22/2021 | 6/22/2023 | 6/22/2024 | 200.00 | Sompo Group |
| EACX4003634 | Bird Rides, Inc. | License & Permit | Other License- Permit | Dockless Mobility Pilot Program | California | City of West Hollywood | USD | 8,000.00 | 6/22/2021 | 8/25/2023 | 6/25/2024 | 290.00 | Sompo Group |
| EACX4003635 | Bird Rides, Inc. | License & Permit | Other License- Permit | Implementation of a Shared Active Transportation Operation | Missouri | City of Jefferson, MO | USD | 800.00 | 7/12/2021 | 7/12/2023 | 7/12/2024 | 100.00 | Sompo Group |
| EACX4020632 | Bird Rides, Inc. | License & Permit | Other License- Permit | Shared Mobility Devices Program | Michigan | City of Big Rapids | USD | 5,000.00 | 3/7/2022 | 3/7/2023 | 3/7/2024 | 100.00 | Sompo Group |
| EACX4020634 | Bird Rides, Inc. | License & Permit | Other License- Permit | Free-Floating Scooter Share Program Permit | Washington | City of Seattle | USD | 10,000.00 | 5/11/2022 | 5/11/2023 | 5/11/2024 | 200.00 | Sompo Group |
| EACX4020637 | Bird Rides, Inc. | License & Permit | Other License- Permit | Shared Mobility Devices | California | City of Santa Clara | USD | 20,000.00 | 8/21/2022 | 6/21/2023 | 8/21/2024 | 400.00 | Sompo Group |
| EACX4020651 | Bird Rides, Inc. | License & Permit | Other License- Permit | Shareable Powered Micromobility Vehicle | Tennessee | City of Knoxville | USD | 5,000.00 | 8/15/2022 | 8/15/2023 | 8/15/2024 | 100.00 | Sompo Group |
| 221003004 | Bird Rides, Inc. | Customs & Excise Tax | United States Customs | Importer or Broker; Customs Bond # 23C001BCT | United States | U.S. Customs and Border Protection | USD | 100,000.00 | 9/8/2023 | 9/8/2023 | 9/8/2024 | 2,000.00 | Sompo Group |
| 66 | | | | | | | | 92,106,300.00 | | | | 644,147.00 | |