UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

BIRD GLOBAL, INC., *et al.*,[1]

Debtors.

Chapter 11 Cases

Case No. 23-_____

(Joint Administration Pending)

**DEBTORS' *EX PARTE* MOTION FOR AUTHORIZATION TO FILE CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their proposed undersigned counsel, file this *ex parte* motion (the "Motion"), seeking the entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), authorizing the Debtors to file a consolidated *Chapter 11 Case Management Summary*. In support of this Motion, the Debtors rely upon the *Declaration of Christopher Rankin in Support of Chapter 11 Petitions and First Day Pleadings* (the "First Day Declaration") filed concurrently herewith and incorporated herein, and respectfully state as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief sought in this Motion is section 105 of chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code").

---

[1] The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

12614495-1

**PROCEDURAL BACKGROUND**

4. On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").

5. The Debtors operate their businesses and manage their affairs as debtors-in-possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

6. For a detailed description of the Debtors, the circumstances leading to the commencement of these Chapter 11 Cases and information regarding the Debtors' businesses and capital structure, the Debtors respectfully refer the Court and parties-in-interest to the First Day Declaration.

**RELIEF REQUESTED AND BASIS THEREFOR**

7. In accordance with Local Rule 2081-1(B), the debtor in possession in a chapter 11 case is directed to file with the Court and serve on all parties of record, within the earlier of three business days after relief is entered, or one business day prior to the date of the first scheduled hearing, a completed local form *Chapter 11 Case Management Summary* (the "Case Management Summary") providing certain information regarding the assets, liabilities and financial affairs of the chapter 11 debtors.

8. As set forth above, these Chapter 11 Cases were commenced by Bird Global, Inc. and four (4) of its related debtors.

9. Each of the Debtors has filed in its respective Chapter 11 Case, an *ex parte* motion seeking joint administration of these Chapter 11 Cases.

10. By this Motion, the Debtors respectfully request the Court to authorize them to file a consolidated Case Management Summary, reflecting the asset, liability and financial

2

12614495-1

information of the Debtors. The Debtors request authority to file a consolidated Case Management Summary, as the filing of a separate Case Management Summary for each of the numerous Debtors would be burdensome. In addition, much of the information contained in the Case Management Summary is duplicative for many of the Debtors and the filing of a consolidated Case Management Summary is more efficient and will provide the Court and parties-in-interest with a true financial picture of the various Debtors.

11.     The relief being requested by the Debtors in this Motion is routinely granted by Courts located in this District. *See, e.g., In re AeroTech Miami Inc. d/b/a iAero Tech, et al.*, Case No. 23-17503-RAM (Bankr. S.D. Fla. Sept. 20, 2023); *In re Delphi Behavioral Health Group, LLC, et al.*, Case No. 23-10945-PDR (Bankr. S.D. Fla. Feb. 9, 2023); *In re Vital Pharmaceuticals, Inc., et al.*, Case No. 22-17842-PDR (Bankr. S.D. Fla. Oct. 11, 2022); *In re Tamarac 10200, LLC, et al.*, Case No. 20-23346-PDR (Bankr. S.D. Fla. Dec. 8, 2020); *In re Maguire Group Holdings, Inc. et al.*, Case No. 11-39347-RAM (Bankr. S.D. Fla. Oct. 25, 2011); *In re Gulfstream Intern. Group, Inc., et al.*, Case No. 10-44131-JKO (Bankr. S.D. Fla. Nov. 4, 2010).

**WHEREFORE**, the Debtors respectfully request that the Court grant this Motion on an *ex parte* basis and enter the Order, substantially in the form attached hereto as **Exhibit A**, (i) authorizing the Debtors to file a consolidated Case Management Summary, with the reservation of the right of the United States Trustee to request that the Debtors each prepare and file a separate Case Management Summary should the United States Trustee deem it necessary, and (ii) granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: December 19, 2023 | Respectfully submitted,<br><br>BERGER SINGERMAN LLP<br>*Proposed Counsel for the Debtors and Debtors-in-Possession*<br>1450 Brickell Avenue, Ste. 1900<br>Miami, FL  33131<br>Telephone: (305) 755-9500<br>Facsimile: (305) 714-4340<br><br>By:   */s/ Paul Steven Singerman*<br>         Paul Steven Singerman<br>         Florida Bar No. 378860<br>         singerman@bergersingerman.com<br>         Jordi Guso<br>         Florida Bar No. 863580<br>         jguso@bergersingerman.com<br>         Clay B. Roberts<br>         Florida Bar No. 116058<br>         croberts@bergersingerman.com |

12614495-1

# **EXHIBIT A**

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| In re:<br><br>BIRD GLOBAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 23-_____<br><br>(Joint Administration Pending) |
|---|---|

**ORDER GRANTING DEBTORS'** *EX PARTE* **MOTION FOR AUTHORIZATION TO FILE CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY**

**THIS MATTER** having come before the Court upon the *Debtors' Ex Parte Motion for Authorization to File Consolidated Chapter 11 Case Management Summary* [ECF No. __] (the "Motion") filed by the above-captioned debtors-in-possession (collectively, the "Debtors"), seeking entry of an order authorizing the Debtors to file a consolidated Case Management Summary.[2] The Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C.

---

[1] The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

[2] All Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

12641894-1

§ 157(b)(2)(A); (iii) it may enter a final order consistent with Article III of the United States Constitution; (iv) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (v) notice of the Motion was appropriate under the circumstances and no other notice need be provided; (vi) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and (vii) upon review of the record before the Court, including the legal and factual bases set forth in the Motion and the First Day Declaration, all of which are incorporated herein, the Court determines that good and sufficient cause exists to grant the relief requested in the Motion.  Accordingly, it is

    **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Debtors are authorized to file a consolidated Case Management Summary, subject to the rights of the United States Trustee to request that each Debtor prepare and file a separate Case Management Summary should the United States Trustee deem such necessary.

3.    The Debtors are authorized and empowered to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order

    # # #

<u>Submitted by</u>:
Paul Steven Singerman, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  singerman@bergersingerman.com

*(Attorney Singerman is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2

12641894-1