

**ORDERED in the Southern District of Florida on December 20, 2023.**

*[signature]*

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Case |
| BIRD GLOBAL, INC., | Case No. 23-20514-LMI |
|     Debtor. _____/ | |
| In re: | Chapter 11 Case |
| BIRD RIDES, INC., | Case No. 23-20515-LMI |
|     Debtor. _____/ | |
| In re: | Chapter 11 Case |
| BIRD US HOLDCO, LLC, | Case No. 23-20516-CLC |
|     Debtor. _____/ | |
| In re: | Chapter 11 Case |
| BIRD US OPCO, LLC, | Case No. 23-20517-LMI |
|     Debtor. _____/ | |

In re:                                                                                      Chapter 11 Case

SKINNY LABS, INC.,                                                            Case No. 23-20518-LMI

    Debtor.
_____/

### ORDER RE HEARINGS ON FIRST DAY MOTIONS

This matter came before the Court *sua sponte*.  The Court has set all first day motions in the above-captioned cases for Friday, December 22, 2023, in the Courtroom at 9:30 a.m. Notwithstanding that the first day motions have been set in the Courtroom, IT IS ORDERED THAT any Professional out of District and any non-testifying party may appear remotely without having to file a motion seeking such relief. ***Information regarding the requirements to attend this hearing remotely using the services of Zoom Video Communication, Inc. ("Zoom") appears on the Court's website at*** <https://www.flsb.uscourts.gov/>

All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.
.

###

Copies furnished to:
Jordi Guso, Esq.

    Attorney **Guso** is directed to serve a copy of this order on all parties that have filed a notice of appearance, any indenture trustees, the creditors shown on the list required by Bankruptcy Rule 1007(d); creditors holding claims known to be secured by property in which the estate has an interest, the United States and its agencies.