Form CGFCRD3C (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 23–20514–LMI

Chapter: 11

In re:
Bird Global, Inc.
392 N.E. 191st Street, #20388
Miami, FL 33179
EIN: 86–3723155

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Laurel M Isicoff to consider the following:

**Emergency Motion to Obtain Credit Under FRBP 4001 c Debtors' Emergency Motion for Interim and Final Orders (I) Approving PostPetition Financing, in addition to Emergency Motion to Use Cash Collateral , (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Emergency Motion for Adequate Protection , (V) Modifying Automatic Stay, in addition to Emergency Motion to Set Hearing (Re: 31 Declaration) , and (VII) Granting Related Relief Filed by Debtor Bird Global, Inc., Interested Parties Bird Rides, Inc., Bird US Holdco, LLC, Bird US Opco, LLC, Skinny Labs, Inc. (Guso, Jordi) (32)**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is thirty minutes. The hearing will be held:

   **Date:** December 22, 2023
   **Time:** 09:30 AM
   **Location:** C. Clyde Atkins U.S. Courthouse, 301 N Miami Avenue, Courtroom 8, Miami, FL 33128

2. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above–described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072–2.

**Dated: 12/20/23**                                                                                                **CLERK OF COURT**
By: Noemi Sanabria
Courtroom Deputy

Case 23-20514-CLC    Doc 33    Filed 12/20/23    Page 2 of 2