UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>BIRD GLOBAL, INC., *et al.*,[1]<br><br>  Debtors. | Chapter 11 Cases<br><br>Case No. 23-20514-LMI<br><br>(Jointly Administered) |

### CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), file this *Consolidated Chapter 11 Case Management Summary* and state:

The following data and the data set forth in the attached exhibit represents approximations for background information only and represents the Debtors' reasonable estimates in response to some of the ensuing questions.

1. Date of Order for Relief under Chapter 11 for all above-captioned Debtors:

   **December 20, 2023**

2. Names, case numbers and dates of filing for each of the Debtors:

| Debtor | Case Number | Date of Filing |
|---|---|---|
| Bird Global, Inc. | 23-20514-LMI | December 20, 2023 |
| Bird Rides, Inc. | 23-20515-LMI | December 20, 2023 |
| Bird US Holdco, LLC | 23-20516-LMI | December 20, 2023 |
| Bird US Opco, LLC | 23-20517-LMI | December 20, 2023 |
| Skinny Labs, Inc. | 23-20518-LMI | December 20, 2023 |

3. Description of Debtors' Businesses:

   **For a detailed description of the Debtors, their operations, and their assets and liabilities, the Debtors respectfully refer the Court and parties-in-interest to the *Declaration of Christopher Rankin in Support of Chapter 11 Petitions and First Day***

---

[1] The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Opco, LLC (6873); (iv) Bird US Holdco, LLC (8390); and (v) Skinny Labs, Inc. (8176).

12645615-5

*Pleadings* (the "First Day Declaration") [ECF No. 31] filed on December 20, 2023 (the "Petition Date").

4.  Location of Debtors' operations and whether the business premises are leased or owned:

| Debtor | Address | Leased or Owned |
|---|---|---|
| Bird Global, Inc. | 392 NE 191st Street, #20388, Miami, FL 33179 | Leased |
| Bird Rides, Inc. | 8605 Santa Monica Blvd., #20388, West Hollywood, CA 90069 | Leased |
| Bird US Holdco, LLC | 8605 Santa Monica Blvd., #20388 West Hollywood, CA 90069 | Leased |
| Bird US Opco, LLC | 8605 Santa Monica Blvd., #20388 West Hollywood, CA 90069 | Leased |
| Skinny Labs, Inc. | 2 Embarcadero Center, 8th Floor, c/o WeWork, San Francisco, CA 94111 | Leased |
| Bird Rides, Inc. | 711 E Twinsburg Rd, Northfield, OH 44067 | Leased |
| Bird Rides, Inc. | 117 N 1st St. #80, Ann Arbor, MI 48103 | Leased |
| Bird Rides, Inc. | 910 David Street, Opelika, AL 36801 | Leased |
| Bird Rides, Inc. | 3242 Esther Place, Baltimore, MD 21224 | Leased |
| Bird Rides, Inc. | 2249 N Sheffield Ave, Chicago, IL 60614 | Leased |
| Bird Rides, Inc. | 119 Oakland Park Ave. Columbus, OH 43214 | Leased |
| Bird Rides, Inc. | PO Box 7365, San Francisco, CA 94120 | Leased |
| Bird Rides, Inc. | 3030 Kettering Blvd., Suite C, Dayton, Ohio 45439 | Leased |
| Bird Rides, Inc. | c/o Lampe Management Company, 225 Peedin Road, Smithfield, NC 27577 | Leased |
| Bird Rides, Inc. | 330 Marshall Street, Suite 100, Lansing, Michigan 48912 | Leased |
| Bird Rides, Inc. | PO Box 1926, Rogers, AR 72757 | Leased |
| Bird Rides, Inc. | 409 Delozier Drive, Suite A, Fort Collins, CO 80524 | Leased |
| Bird Rides, Inc. | 633 NW 13th Street, Gainesville, Florida 32601 | Leased |
| Bird Rides, Inc. | 106 Eastway Drive, Richmond, Kentucky 40475 | Leased |
| Bird Rides, Inc. | 155 N. 120th Street, Wauwatosa, WI 53226 | Leased |
| Bird Rides, Inc. | 14818 Waconia Street NE, Ham Lake, MN 55304 | Leased |
| Bird Rides, Inc. | PO BOX 1410, Suisun City, CA 94585 | Leased |
| Bird Rides, Inc. | 8402 Oakland Place, Orlando, Florida 32819 | Leased |
| Bird Rides, Inc. | PO Box 1186, State College, PA 16804 | Leased |
| Bird Rides, Inc. | 4164 East Saint Joseph Way Phoenix, AZ 85018 | Leased |
| Bird Rides, Inc. | One Atlantic Avenue, Pittsburgh, PA 15202 | Leased |
| Bird Rides, Inc. | 5046 NE 112th Ave, Portland, OR 97220 | Leased |
| Bird Rides, Inc. | 1080 Main St. Pawtucket RI, 02860 | Leased |
| Bird Rides, Inc. | 608 Gaston St – Suite 200 Raleigh, North Carolina 27603 | Leased |
| Bird Rides, Inc. | 3006 Lincoln Ave. Richmond, VA 23228 | Leased |
| Bird Rides, Inc. | P.O. Box 1801 Roanoke, VA 24008 | Leased |
| Bird Rides, Inc. | 5846 South Holladay Blvd Salt Lake City, Utah 84121 | Leased |

| Bird Rides, Inc. | P.O. Box 126308 San Diego, CA 92112 | Leased |
|---|---|---|
| Bird Rides, Inc. | 2095 Jerrold Avenue, Suite 212 San Francisco, California 94124 | Leased |
| Bird Rides, Inc. | 1910 B, Centerpoint Road, San Marcos, TX 78666 | Leased |
| Bird Rides, Inc. | 3492 Wild Lilac Road, Suite 323, Thousand Oaks, CA 91360 | Leased |
| Bird Rides, Inc. | 1330 W Sunset Blvd. Suite G, St George, UT, 84770 | Leased |
| Bird Rides, Inc. | 4801 W Crestview Ave., Stillwater OK, 74074 | Leased |
| Bird Rides, Inc. | 2612 Centennial Place, Tallahassee, FL 32308 | Leased |
| Bird Rides, Inc. | 3200 Gracie Kiltz Ln. Austin TX, 78758 | Leased |
| Bird Rides, Inc. | 2440 S 34th Place, Tucson, AZ 85713 | Leased |
| Bird Rides, Inc. | 4725 Wisconsin Avenue, N.W., Suite 250, Washington, DC 20016 | Leased |
| Bird Rides, Inc. | 1524 Tradescant Ct., Raleigh, NC 27613 | Leased |
| Bird Rides, Inc. | P.O. Box 733 Asotin, WA 99402 | Leased |
| Bird Rides, Inc. | 115 Third St. Suite 230, Oakland, CA 94607 | Leased |
| Bird Rides, Inc. | 192 Mansfield Ave, Norton MA 02766 | Leased |
| Bird Rides, Inc. | 609 Wood Street Suite A, Austin, Texas 78703 | Leased |
| Bird Rides, Inc. | 1801 Century Park East, Suite 1560, Los Angeles CA 90067 | Leased |
| Bird Rides, Inc. | 1622 Barrington View, Stone Mountain GA 30087 | Leased |
| Bird Rides, Inc. | 1060 Central Industrial Drive, Saint Louis MO 63110 | Leased |
| Bird Rides, Inc. | 50 Old Courthouse Sq., Suite 608, Santa Rosa CA 95404 | Leased |
| Bird Rides, Inc. | 10585 Tierrasanta Blvd., San Diego CA 92124 | Leased |
| Bird Rides, Inc. | 155 Cadillac Drive, Suite 100, Sacramento, CA 95825 | Leased |

5.  Reasons for Filing Chapter 11:  **Please see First Day Declaration.**

6.  List of officers and directors, if applicable, and their salaries and benefits[2] at the time of filing and during the 1 year prior to filing:

    **See <u>Exhibit A</u> attached.[3]**

---

[2] Employee benefits are described in the *Debtors' Emergency Motion for Order (I) Authorizing the Debtors to (A) Pay Workforce Obligations and (B) Maintain Employee Benefit Programs, (II) Authorizing the Debtors' Banks and Other Financial Institutions to Honor Prepetition Transfers, and (III) Granting Related Relief* [ECF No. 34].

[3] The salaries of the Debtors' officers and directors have been redacted from **<u>Exhibit A</u>** in order to prevent discord among the employees that could result from disclosure of their respective compensation as well as for privacy reasons. Upon request, the Debtors will provide to the United States Trustee, the Court, DIP Lenders, and any statutory committee appointed in these Chapter 11 Cases, an unredacted schedule of the employees.

3

7. Debtors' combined fiscal or calendar year to date gross income and the Debtors' combined gross income for the calendar or fiscal year prior to the filing of these petitions:

   **2023 – $161,462,110 (through 12/19/2023)**

   **2022 – $244,659,717**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   **Approximately $4,442,939 consisting of:**

   (i)  **Employee Wages and related obligations - $690,000**
   (ii) **Taxes – $3,752,939**[4]

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtor securing their claims:

| Name | Approx. Amount Owed | Description of Collateral |
| --- | --- | --- |
| MidCap Financial Trust, as administrative agent | $41,355,322.40 in principal, plus $2,833,148.50 in accrued interest, plus other charges | First lien on substantially all of the assets of Debtors |
| US Bank Trust Company, National Association as collateral agent | $63,850,000 in principal, plus $7,180,000 in interest | 2L on substantially all of the assets of Debtors |
| Tier Mobility, Inc. | $2,400,000 | Asserted first lien on Spin City licenses (disputed) |
| E&S International Enterprises, Inc. | | All inventory of Bird Rides, Inc. |
| Data Sales Co., Inc. | | All equipment and other personal property of Bird Rides, Inc. |
| Technology Finance Corporation | | All equipment and other personal property of Bird Rides, Inc. |
| Hitachi Capital America Corp. | | All rights to and interest in the equipment of Bird Rides, Inc. |
| C T Corporation System | | All equipment and other personal property of Bird Rides, Inc. |

---

[4] Nothing herein shall constitute an admission as to any amounts owed, and the Debtors reserve all rights with respect thereto.

a. Unsecured Claims:   **Approximately $36,785,091**

9. General Description and Approximate Value of the Debtors' Current and Fixed Assets:

| General Description | Approximate Book Value |
|---|---:|
| Cash and cash equivalents (including restricted cash) | $3,250,000 |
| Accounts receivable (net) | $1,571,453 |
| Inventory (net) | $1,308,738 |
| Short Term Deposits (money escrow with respect to litigation) | $2,341,215 |
| Prepaid Deposits (prepaid insurance, software, promotional expenses, prepayments to professionals, capital expenditures) | $8,676,100 |
| Property and Equipment (net) | $100,832,426 |
| Right of Use Assets (book value of lease assets) | $7,495,864 |
| Other Assets (intangible assets, security deposits (utilities/rent)) | $77,856,284 |

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires.

    **The foregoing information is contained in and is attached to the *Debtors' Emergency Motion for an Order Authorizing the Debtors to (I) Continue Administering Insurance Policies and Surety Bond Programs; (II) Continuing Paying Certain Brokerage Fees; and (III) Satisfy Other Obligations Related Thereto in the Ordinary Course of Business* [ECF No. 12], filed on the Petition Date.**

11. Number of Employees and Amounts of Gross Wages owed as of the Petition Date:

    **The foregoing information is contained in the *Debtors' Emergency Motion for Order (I) Authorizing the Debtors to (A) Pay Workforce Obligations and (B) Maintain Employee Benefit Programs, (II) Authorizing the Debtors' Banks and Other Financial Institutions to Honor Prepetition Transfers, and (III) Granting Related Relief* [ECF No. 34], filed on the Petition Date.**

12. Status of Debtors' Payroll and Sales Tax Obligations:

    **The Debtors use an outside payroll service that withholds from gross payroll and deducts from their accounts all taxes, including withholding and employer taxes, and files all payroll tax returns on the Debtors' behalf. There are approximately $130,000 in payroll tax obligations or past amounts accrued on unpaid payroll as of the Petition Date.**

5

13. Anticipated emergency relief to be requested within 14 days from the petition date:

**See attached Exhibit B which contains a list of the various "first day" motions and applications filed on the Petition Date. The Debtors also intend to file a bid procedures motion promptly and will seek to have it heard promptly.**

Dated:  December 20, 2023                             Respectfully submitted,

BIRD GLOBAL, INC., *et al.*
392 NE 191st Street, #20388
Miami, FL  33179

By: /s/ *Christopher Rankin*
         Christopher Rankin
         Chief Restructuring Officer

6

12645615-5

**EXHIBIT A**

| Name | Title | Salary | Term | Currency | Benefits | Notes |
| --- | --- | --- | --- | --- | --- | --- |
| Michael Washinushi | CEO | ▮ | Annual | CAD | ▮ | Extended Health, Dental, Life, WFH Stipend |
| Stewart Lyons | President | ▮ | Annual | CAD | ▮ | Extended Health, Dental, Life, WFH Stipend |
| Joe Prodan | CFO | ▮ | Annual | USD | ▮ | Medical, Dental, Vision, Life, WFH Stipend |
| Chris Rankin | CRO | ▮ | Week | CAD | | |
| Jeff Vance | Corporate Controller | ▮ | Annual | CAD | ▮ | Extended Health, Dental, Life, WFH Stipend |
| Renaud Fages | Chief Mobility Officer | ▮ | Annual | USD | ▮ | Medical, Dental, Vision, Life, WFH Stipend |
| Hunter Gray | CTO | ▮ | Annual | USD | ▮ | Medical, HSA, Dental, Vision, Life, WFH Stipend |

12645615-5

**EXHIBIT B**
**First Day Motions and Applications**

1. *Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain Epiq Corporate Restructuring, LLC as Notice, Claims and Solicitation Agent, Effective as of the Petition Date* [ECF No. 7];

2. *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File (A) A Consolidated Creditor Matrix and (B) A Consolidated List of the Top Thirty Unsecured Creditors; and (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information for Individual Creditors and Parties in Interest* [ECF No. 9];

3. *Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim* [ECF No. 8];

4. *Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Continue to (I) Maintain Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief* [ECF No. 11];

5. *Debtors' Emergency Motion for an Order Authorizing the Debtors to (I) Continue Administering Insurance Policies and Surety Bond Programs; (II) Continue Paying Certain Brokerage Fees; and (III) Satisfy Other Obligations Related Thereto in the Ordinary Course of Business* [ECF No. 12];

6. *Debtors' Emergency Motion for Order (I) Authorizing the Debtors to (A) Pay Workforce Obligations and (B) Maintain Employee Benefit Programs, (II) Authorizing the Debtors' Banks and Other Financial Institutions to Honor Prepetition Transfers, and (III) Granting Related Relief* [ECF No. 34];

7. *Debtors' Emergency Motion for an Order (I) Authorizing Payment of Certain Taxes and Fees and (II) Granting Related Relief* [ECF No. 10];

8. *Debtors' Emergency Motion for Entry of Order (I) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors, (II) Confirming Administrative Expense Priority Status for Outstanding Prepetition Purchase Orders, and (III) Granting Related Relief* [ECF No. 15];

9. *Debtors' Emergency Motion Seeking an Order (I) Authorizing the Debtors (A) to Obtain Post-Petition Senior Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [ECF No. 32];

10. *Debtors' Emergency Motion Pursuant to Sections 105(a), 363, 1107 and 1108 of the Bankruptcy Code for an Order (A) Authorizing, but not Directing, the Debtors to (I) Maintain and Administer Customer Programs; and (II) to Honor or Pay Certain Prepetition Obligations to Their Customers in the Ordinary Course of Business; and (B) Grating Certain Related Relief* [ECF No. 16]; and

11. *Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay Prepetition Claims of Lien Claimants, (II) Confirming Administrative Expense Priority Status for Outstanding Prepetition Purchase Orders, and (III) Granting Related Relief* [ECF No. 14].

2

12645615-5