

**ORDERED in the Southern District of Florida on December 21, 2023.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Case No.  23-20514 -BKC-LMI |
| BIRD GLOBAL, INC., | Chapter 11<br>Jointly Administered |
| Debtor.<br>_____/ | |
| BIRD RIDES, INC., | CASE NO. 23-20515-LMI |
| Debtor.<br>_____/ | |
| BIRD US HOLDCO, LLC, | CASE NO. 23-20516-LMI |
| Debtor.<br>_____/ | |
| BIRD US OPCO, LLC, | CASE NO. 23-20517-LMI |
| Debtor.<br>_____/ | |
| SKINNY LABS, INC. | CASE NO. 23-20518-LMI |
| Debtor.<br>_____/ | |

Case No. 23-20514-BKC-LMI

# ORDER OF RECUSAL AND TRANSFER OF CASES

THIS CAUSE came before the Court *sua sponte*. The Court having reviewed the pleadings and the docket, has determined it is necessary and appropriate that she recuse herself from this bankruptcy case. Accordingly, it is

ORDERED that:

1. Judge Isicoff is recused from this case and the cases will be reassigned to the Honorable Corali Lopez-Castro.

2. The hearings scheduled for December 22, 2023 will go forward in Judge Lopez-Castro's Courtroom. Judge Lopez-Castro will issue re-notices of hearing

###

Copies furnished to:
Paul Singerman, Esq.

*The Clerk of Court shall serve a conformed copy of this order upon all parties in interest.*