CGFI9 (7/28/10)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 23–20514–CLC
Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Bird Global, Inc.
392 N.E. 191st Street, #20388
Miami, FL 33179

EIN: 86–3723155

## NOTICE OF REASSIGNMENT

In accordance with the Order of Recusal entered on 12/21/2023 by Judge Laurel M Isicoff, this case was referred to the clerk of the court for reassignment and/or transfer to another judge pursuant to Local Rule 1073–1(B).

Accordingly, this case is hereby reassigned to the Honorable **Corali Lopez–Castro**.

**Dated: 12/21/23**

**CLERK OF COURT**
By: Katrinka L Covington
Deputy Clerk

The clerk shall serve this notice on all parties of record.