UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| BIRD GLOBAL, INC., *et al*.,[1] | Case No. 23-20514-LMI |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 5-16 & 18-36** |

## <u>CERTIFICATE OF SERVICE</u>

I, PANAGIOTA MANATAKIS, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 20, 2023, I caused to be served the:

    a.  "Debtors' *Ex Parte Motion* for Joint Administration," dated December 19, 2023 [Docket No. 5], (the "Joint Admin Motion"),

    b.  "Debtors' Application for Approval of the Employment of Paul Steven Singerman and the Law Firm of Berger Singerman LLP as Counsel to the Debtors-in-Possession, Effective as of the Petition Date," dated December 19, 2023 [Docket No. 6], (the "Berger Application"),

    c.  "Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain Epiq Corporate Restructuring, LLC, as Notice, Claims and Solicitation Agent, Effective as of the Petition Date," dated December 19, 2023 [Docket No. 7], (the "Epiq Retention Application"),

    d.  "Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim," dated December 20, 2023 [Docket No. 8], (the "Commencement Notice Motion"),

---

[1]  The address of the Debtors is 392 Northeast 191st Street. #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Opco, LLC (6873); (iv) Bird US Holdco, LLC (8390); and (v) Skinny Labs, Inc. (8176).

e. "Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Top Thirty Unsecured Creditors; and (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information for Individual Creditors and Parties in Interest," dated December 19, 2023 [Docket No. 9], (the "Matrix Motion"),

f. "Debtors' Emergency Motion for Order Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, and Other Taxes and Similar Obligations," dated December 19, 2023 [Docket No. 10], (the "Tax Motion"),

g. "Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Continue to (I) Maintain Their Cash Management System, (II) Honor Certain Prepetition and Post-Petition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief," dated December 19, 2023 [Docket No. 11], (the "Cash Motion"),

h. "Debtors' Emergency Motion for an Order Authorizing the Debtors to (I) Continue Administering Insurance Policies and Surety Bond Programs; (II) Continue Paying Certain Brokerage Fees; and (III) Satisfy Other Obligations Related Thereto in the Ordinary Course of Business," dated December 19, 2023 [Docket No. 12], (the "Insurance Motion"),

i. "Debtors' *Ex Parte* Motion for Authorization to File Consolidated Chapter 11 Case Management Summary," dated December 19, 2023 [Docket No. 13], (the "Case Management Motion"),

j. "Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay Prepetition Claims of Lien Claimants, (II) Confirming Administrative Expense Priority Status for Outstanding Prepetition Purchase Orders, and (III) Granting Related Relief," dated December 20, 2023 [Docket No. 14], (the "Lien Motion"),

k. "Debtors' Emergency Motion for an Order (I) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors, (II) Confirming Administrative Expense Priority Status for Outstanding Prepetition Purchase Orders, and (III) Granting Related Relief," dated December 20, 2023 [Docket No. 15], (the "Critical Vendor Motion"),

l. "Debtors' Emergency Motion Pursuant To Sections 105(a), 363, 1107 and 1108 of the Bankruptcy Code for an Order (A) Authorizing, But Not Directing, the Debtors to (I) Maintain and Administer Customer Programs, and (II) to Honor or Pay Certain Prepetition Obligations to Their Customers in the Ordinary Course of Business; and (B) Granting Certain Related Relief," dated December 20, 2023 [Docket No. 16], (the "Programs Motion"),

m. "Order Authorizing Debtor in Possession to Continue Operation of its Business, Close Pre−Petition Bank Accounts, and Open Debtor in Possession Bank Accounts," dated December 20, 2023 [Docket No. 18], (the "Cash Management Order"),

n. "Order Granting Debtors' *Ex Parte* Motion for Authorization to File Consolidated Chapter 11 Case Management Summary," dated December 20, 2023 [Docket No. 19], (the "Case Management Order"),

o. "Notice of Hearing," dated December 20, 2023 [Docket No. 20], (the "Epiq Retention Hearing"),

p. "Notice of Hearing," dated December 20, 2023 [Docket No. 21], (the "Commencement Hearing"),

q. "Notice of Hearing," dated December 20, 2023 [Docket No. 22], (the "Matrix Hearing"),

r. "Notice of Hearing," dated December 20, 2023 [Docket No. 23], (the "Tax Hearing"),

s. "Notice of Hearing," dated December 20, 2023 [Docket No. 24], (the "Cash Management Hearing"),

t. "Notice of Hearing," dated December 20, 2023 [Docket No. 25], (the "Insurance Hearing"),

u. "Notice of Hearing," dated December 20, 2023 [Docket No. 26], (the "Lien Hearing"),

v. "Notice of Hearing," dated December 20, 2023 [Docket No. 27], (the "Critical Vendor Hearing"),

w. "Notice of Hearing," dated December 20, 2023 [Docket No. 28], (the "Programs Hearing"),

x. "Order Granting Debtors' *Ex Parte* Motion for Joint Administration," dated December 20, 2023 [Docket No. 29], (the "Joint Admin Order"),

y. "Order re Hearings on First Day Motions," dated December 20, 2023 [Docket No. 30], (the "First Day Order"),

z. "Declaration of Christopher Rankin in Support of Chapter 11 Petitions and First Day Pleadings," dated December 20, 2023 [Docket No. 31], (the "Rankin Declaration"),

aa. "Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief," dated December 20, 2023 [Docket No. 32], (the "DIP Motion"),

bb. "Notice of Hearing," dated December 20, 2023 [Docket No. 33], (the "DIP Hearing"),

cc. "Debtors' Emergency Motion for Order (I) Authorizing the Debtors to (A) Pay Workforce Obligations and (B) Maintain Employee Benefit Programs, (II) Authorizing the Debtors' Banks and Other Financial Institutions to Honor Prepetition Transfers, and (III) Granting Related Relief," dated December 20, 2023 [Docket No. 34], (the "Wage Motion"),

dd. "Notice of Hearing," dated December 20, 2023 [Docket No. 35], (the "Wage Hearing"), and

ee. "Consolidated Chapter 11 Case Management Summary," dated December 20, 2023 [Docket No. 36], (the "Case Summary"),

by causing true and correct copies of the:

i. Joint Admin Motion, Berger Application, Epiq Retention Application, Commencement Notice Motion, Matrix Motion, Tax Motion, Cash Motion, Insurance Motion, Case Management Motion, Lien Motion, Critical Vendor Motion, Programs Motion, Cash Management Order, Case Management Order, Epiq Retention Hearing, Commencement Hearing, Matrix Hearing, Tax Hearing, Cash Management Hearing, Insurance Hearing, Lien Hearing, Critical Vendor Hearing, Programs Hearing, Joint Admin Order, First Day Order, Rankin Declaration, DIP Motion, DIP Hearing, Wage Motion, Wage Hearing, and Case Summary to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

ii. Tax Motion, Tax Hearing, and First Day Order to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

iii. Insurance Motion, Insurance Hearing, and First Day Order to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv. Lien Motion, Lien Hearing, and First Day Order to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to 15 parties whose names and addresses are confidential and therefore not included,

    v.   Critical Vendor Motion, Critical Vendor Hearing, and First Day Order to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to 205 parties whose names and addresses are confidential and therefore not included,

    vi.   Joint Admin Motion, Berger Application, Epiq Retention Application, Commencement Notice Motion, Matrix Motion, Tax Motion, Cash Motion, Insurance Motion, Case Management Motion, Lien Motion, Critical Vendor Motion, Programs Motion, Cash Management Order, Case Management Order, Epiq Retention Hearing, Commencement Hearing, Matrix Hearing, Tax Hearing, Cash Management Hearing, Insurance Hearing, Lien Hearing, Critical Vendor Hearing, Programs Hearing, Joint Admin Order, First Day Order, Rankin Declaration, DIP Motion, DIP Hearing, Wage Motion, Wage Hearing, and Case Summary to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>,

    vii.   Tax Motion, Tax Hearing, and First Day Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>,

    viii.   Cash Management Motion, Insurance Motion, Lien Motion, Critical Vendor Motion, Programs Motion, Cash Management Order, Cash Management Hearing, Insurance Hearing, Lien Hearing, Critical Vendor Hearing, Programs Hearing, First Day Order, DIP Motion, DIP Hearing, Wage Motion, and Wage Hearing to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>,

    ix.   Insurance Motion, Insurance Hearing, and First Day Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit G</u>, and

    x.   Lien Motion, Lien Hearing, and First Day Order to be delivered via electronic mail to 42 parties whose names and email addresses are confidential and therefore not included.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Panagiota Manatakis</i>
Panagiota Manatakis

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| EASTRIDGE WORKFORCE RECRUITMENT | 11 APEX DRIVE, STE 300 MARLBOROUGH MA 01752 |
| EMKAY, INC. | P.O BOX 779028 CHICAGO IL 60677 |
| INTERNAL REVENUE SERVICE LOCAL | OFFICE 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL | OFFICE 844 KING ST WILMINGTON DE 19801 |
| INTERNAL REVENUE SERVICE LOCAL | OFFICE 611 S. DUPONT HWY DOVER DE 19904 |
| INTERNAL REVENUE SERVICE LOCAL | OFFICE 21309 BERLIN RD UNIT 13 GEORGETOWN DE 19947 |
| KPMG LLP | 3 CHESTNUT RIDGE ROAD MONTVALE NJ 07645 |
| OFFICE OF SECRETARY OF STATE OF | CONNECTICUT ATTN: CAPITOL OFFICE PO BOX 150470 HARTFORD CT 06115-0470 |
| OFFICE OF SECRETARY OF STATE OF | RHODE ISLAND 82 SMITH ST STATE HOUSE, ROOM 218 PROVIDENCE RI 02903-1120 |
| OFFICE OF SECRETARY OF STATE OF | VIRGINIA PO BOX 2454 RICHMOND VA 23218 |
| OFFICE OF SECRETARY OF STATE OF | NORTH CAROLINA PO BOX 29622 RALEIGH NC 27626 |
| OFFICE OF SECRETARY OF STATE OF | SOUTH CAROLINA 1205 PENDLETON ST, STE 525 COLUMBIA SC 29201 |
| OFFICE OF SECRETARY OF STATE OF | OHIO 180 E BROAD ST, 16TH FL COLUMBUS OH 43215 |
| OFFICE OF SECRETARY OF STATE OF | ALABAMA PO BOX 5616 MONTGOMERY AL 36130 |
| OFFICE OF SECRETARY OF STATE OF | TENNESSEE FIRST FL, STATE CAPITOL NASHVILLE TN 37243 |
| OFFICE OF SECRETARY OF STATE OF | WISCONSIN PO BOX 7848 MADISON WI 53707 |
| OFFICE OF SECRETARY OF STATE OF | ILLINOIS 213 STATE CAPITOL SPRINGFIELD IL 62756 |
| OFFICE OF SECRETARY OF STATE OF | MISSISSIPPI 125 S CONGRESS ST JACKSON MS 39201 |
| OFFICE OF SECRETARY OF STATE OF | NORTH DAKOTA 600 E BLVD AVE DEPT 108 BISMARCK ND 58505-0500 |
| OFFICE OF SECRETARY OF STATE OF | IDAHO PO BOX 83720 BOISE ID 83720 |
| OFFICE OF SECRETARY OF STATE OF | UTAH UTAH STATE CAPITOL COMPLEX, STE 220 PO BOX 142325 SALT LAKE CITY UT 84114-2325 |
| OFFICE OF SECRETARY OF STATE OF | WASHINGTON PO BOX 40220 OLYMPIA WA 98504-0220 |
| OFFICE OF SECRETARY OF STATE OF NEW | MEXICO NEW MEXICO CAPITOL ANNEX N 325 DON GASPAR, STE 300 SANTA FE NM 87501 |
| PILOT CREATIVE LIMITED | ST. JOHN'S INNOVATION CENTRE, COWLEY ROAD CAMBRIDGE CB4 OWS UNITED KINGDOM |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 |
| STATE OF ALABAMA ATTORNEY GENERAL | 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF ARIZONA ATTORNEY GENERAL | 2005 NORTH CENTRAL AVENUE PHOENIX AZ 85004 |
| STATE OF CALIFORNIA ATTORNEY | GENERAL 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | 40 CAPITOL SQUARE, SW ATLANTA GA 30334 |
| STATE OF IDAHO ATTORNEY GENERAL | 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | BANKRUPTCY UNIT 1305 E WALNUT DES MOINES IA 50319 |
| STATE OF KENTUCKY ATTORNEY GENERAL | 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MAINE ATTORNEY GENERAL | 6 STATE HOUSE STATION AUGUSTA ME 04333 |
| STATE OF MISSISSIPPI ATTORNEY | GENERAL WALTER SILLERS BLDG 550 HIGH ST, STE 1200 JACKSON MS 39201 |
| STATE OF MISSISSIPPI ATTORNEY | GENERAL PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | JUSTICE BLDG 215 N SANDERS HELENA MT 59620-1401 |
| STATE OF NEW JERSEY ATTORNEY | GENERAL RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY | GENERAL 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NEW MEXICO ATTORNEY | GENERAL PO DRAWER 1508 SANTA FE NM 87504-1508 |
| STATE OF NORTH CAROLINA ATTORNEY | GENERAL 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF OHIO ATTORNEY GENERAL | 30 E BROAD ST, 14TH FL COLUMBUS OH 43215 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | 313 NE 21ST ST OKLAHOMA CITY OK 73105 |
| STATE OF OREGON ATTORNEY GENERAL | 1162 COURT ST, NE SALEM OR 97301 |

| Claim Name | Address Information |
| --- | --- |
| STATE OF RHODE ISLAND ATTORNEY | GENERAL 150 S MAIN ST PROVIDENCE RI 02903 |
| STATE OF SOUTH CAROLINA ATTORNEY | GENERAL REMBERT DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH CAROLINA ATTORNEY | GENERAL PO BOX 11549 COLUMBIA SC 29211-1549 |
| STATE OF TENNESSEE ATTORNEY GENERAL | PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TEXAS ATTORNEY GENERAL | 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF VIRGINIA ATTORNEY GENERAL | 202 N 9TH ST RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY | GENERAL 1125 WASHINGTON ST SE PO BOX 40100 OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY | GENERAL STATE CAPITOL COMPLEX BLDG 1, ROOM E-26 CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | WISCONSIN DEPARTMENT OF JUSTICE 17 W MAIN ST – PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | 2320 CAPITOL AVE CHEYENNE WY 82002 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF FLORIDA 99 NE 4TH ST MIAMI FL 33132 |
| UNITED STATES TRUSTEE FOR THE | SOUTHERN DISTRICT OF FLORIDA 51 SW FIRST AVENUE, ROOM 1204 MIAMI FL 33130 |
| VOXPRO LIMITED | VOXPRO HOUSE, RIVERVIEW BUSINESS PARK, BESSBORO ROAD CORK CO. CORK CH62 3RH IRELAND |

**Total Creditor count  61**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BERKELEY COUNTY | 400 WEST STEPHEN STREET, SUITE 209 MARTINSBURG WV 25401 |
| BONNEVILLE COUNTY | 605 N CAPITAL AVE. IDAHO FALLS ID 83402 |
| BROWN COUNTY | 201 LOCUST LANE 1ST FLOOR NASHVILLE IN 47448 |
| BUTLER COUNTY | 100 N MAIN ST. POPLAR BLUFF MO 63901 |
| CHAVES COUNTY | 1 ST. MARYS PLACE, 130 ROSWELL NM 88203 |
| CITY OF APPLETON | 100 N APPLETON ST APPLETON WI 54911 |
| CITY OF BOISE | P.O. BOX 500 BOISE ID 83701 |
| CITY OF CHARLOTTE | 600 EAST 4TH STREET CHARLOTTE NC 28202 |
| CITY OF CHULA VISTA | 276 4TH AVE CHULA VISTA CA 91910 |
| CITY OF LAKEWOOD | 480 S. ALLISON PARKWAY LAKEWOOD CO 80226 |
| CITY OF NAUGATUCK | 229 CHURCH STREET, 3 NAUGATUCK CT 06770 |
| CITY OF NEW YORK | ONE CENTRE STREET, 22ND FLOOR NEW YORK NY 10007 |
| CITY OF OREM | 56 N. STATE STREET OREM UT 84057 |
| CITY OF RENO | 1 EAST 1ST STREET PO BOX 1900 RENO NV 89505 |
| CITY OF SAN ANTONIO | CITY TOWER 100 W. HOUSTON ST. SAN ANTONIO TX 78205 |
| CITY OF SEBRING | 368 S COMMERCE AVE SEBRING FL 33870 |
| CITY OF ST. ALBANS | P.O. BOX 1488 ST. ALBANS WV 25177 |
| CITY OF TALLAHASSEE AREA | APS-ACCOUNTING SERVICES DIVISION, A/R C/O BOX A-4, CITY HALL 300 S. ADAMS ST. TALLAHASSEE FL 32301 |
| CITY OF TAMPA | P.O. BOX 31047 TAMPA FL 33631-3047 |
| CITY OF TUCSON | TRANSPORTATION BUSINESS SERVICES DEPT ATTN: PAM DRAKE 201 N. STONE AVE, 6TH FLOOR TUSCON AZ 85701 |
| CITY OF TULSA | DONNA GEMMILL 175 EAST 2ND STREET, SUITE 255 TULSA OK 74103 |
| CITY OF WEST ALLIS | 7525 W. GREENFIELD AVENUE WEST ALLIS WI 53214 |
| CITY OF WEST HOLLYWOOD | PUBLIC WORKS DEPARTMENT PARKING DIVISION 8300 CA-2 WEST HOLLYWOOD CA 90069 |
| CITY OF WILMINGTON | 102 N 3RD ST WILMINGTON NC 28401 |
| CITY OF WYOMING | 1155 28TH ST SW WYOMING MI 49509 |
| CITY OF YUMA | 270 W. 13TH STREET YUMA AZ 85364 |
| COMMONWEALTH OF PENNSYLVANIA | PO BOX 280427 HARRISBURG PA 17128-0427 |
| DAVIS COUNTY | PO BOX 618 FARMINGTON UT 84025 |
| DREW COUNTY | 210 S. MAIN STREET MONTICELLOE AR 71655 |
| DUVAL COUNTY | 231 E FORSYTH STREET JACKSONVILLE FL 32202 |
| LAKE COUNTY | 2293 N MAIN STREET CROWN POIN IN 46307 |
| SAN MIGUEL COUNTY | 500 W NATIONAL AVE. SUITE 111 LAS VEGAS NV 87701 |
| SANTA BARBARA COUNTY | PO BOX 579 SANTA BARBARA CA 93102-0579 |
| SHASTA COUNTY | PO BOX 991830 REDDING CA 96099-1830 |
| SPOKANE COUNTY | 1116 W BROADWAY AVE SPOKANE WA 99260 |
| STATE OF ALABAMA | 50 NORTH RIPLEY STREET MONTGOMERY AL 36130 |
| STATE OF CALIFORNIA | 450 N STREET PO BOX 942879 SACRAMENTO CA 94279 |
| STATE OF INDIANA | PO BOX 7231 INDIANAPOLIS IN 46207-7231 |
| STATE OF IOWA | PO BOX 9187 DES MOINES IA 50306-9187 |
| STATE OF LOUISIANA | PO BOX 201 BATON ROUGE LA 70802 |
| STATE OF MISSISSIPPI | P.O. BOX 23191 JACKSON MS 39225-3191 |
| STATE OF NEVADA | 1550 COLLEGE PKWY., SUITE 115 CARSON CITY NV 89706 |
| STATE OF NEW YORK | 90 COHOES AVE GREEN ISLAND NY 12183 |
| STATE OF NORTH CAROLINA | PO BOX 25000 RALEIGH NC 27640-0640 |
| STATE OF OHIO | PO BOX 182131 COLUMBUS OH 43218-2131 |
| STATE OF OKLAHOMA | 2501 NORTH LINCOLN BLVD. OKLAHOMA CITY OK 73194 |
| STATE OF TENNESSEE | ANDREW JACKSON BUILDING 500 DEADERICK STREET NASHVILLE TN 37242 |

| Claim Name | Address Information |
|---|---|
| TOWN OF GRAND CHUTE | 1900 W GRAND CHUTE BLVD GRAND CHUTE WI 54913 |
| UC-SAN DIEGO | SAN DIEGO CITY TREASURER CODE ENFORCEMENT DIVISION 1200 THIRD AVESUITE 100 SAN DIEGO CA 92101 |
| UNIVERSITY OF MINNESOTA | 231 PILLSBURY DR. S.E.. MINNEAPOLIS MN 55455-0213 |
| UNIVERSITY OF MISSOURI | 105 JESSE HALL COLUMBIA MO 65211 |
| YOLO COUNTY | 625 COURT STREET WOODLAND CA 95695 |

**Total Creditor count  52**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ARLINGTON COUNTY | 2100 CLARENDON BLVD STE 611 ARLINGTON VA 22201 |
| CHUBB | 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CITY OF ATLANTA | REVENUE COLLECTIONS ADMINISTRATOR 55 TRINITY AVENUE, SW ATLANTA GA 30303 |
| CITY OF AUSTIN | ATTN: AUSTIN TRANSPORTATION DIVISION 901 S MOPAC EXPW BARTON OAKS PLAZA 5 STE 300 AUSTIN TX 78746 |
| CITY OF BIG RAPIDS | 226 N MICHIGAN AVE BIG RAPIDS MI 49307 |
| CITY OF COLUMBIA, MO | 701 E. BROADWAY P.O. BOX 6015 COLUMBIA MO 65205 |
| CITY OF DALLAS | ATTN: HEATHER MURPHY DEPARTMENT OF TRANSPORTATION, L1BS 1500 MARILLA STREET DALLAS TX 75201 |
| CITY OF DURHAM | ATTN: EVAN TENENBAUM 101 CITY HALL PLAZA, 4TH FLOOR TRANSPORTATION DEPARTMENT DURHAM NC 27701 |
| CITY OF FAIRFAX | TREASURERS OFFICE 10455 ARMSTRONG ST. SUITE 200 FAIRFAX VA 22030 |
| CITY OF JACKSONVILLE | 1096 NORTH MCDUFF AVE. JACKSONVILLE FL 32205 |
| CITY OF JEFFERSON | 320 E. MCCARTY STREET JEFFERSON CITY MO 65101 |
| CITY OF KNOXVILLE | 400 W MAIN STREET, SUITE 667 KNOXVILLE TN 37902 |
| CITY OF LINCOLN | 555 SOUTH 10TH STREET LINCOLN NE 68508 |
| CITY OF LOS ANGELES | DEPT OF TREASURER AND TAX COLLECTOR 225 NORTH HILL ST. RM 122 PO BOX 514818 LOS ANGELES CA 90051 |
| CITY OF ORLANDO | REVENUE COLLECTION CITY OF ORLANDO P.O. BOX 743808 ATLANTA GA 30374-3808 |
| CITY OF PHOENIX, AZ | PHOENIX CITY HALL 200 W. WASHINGTON STREET PHOENIX AZ 85003 |
| CITY OF PITTSBURG, KS | CITY HALL, 201 W. 4TH ST. PITTSBURG KS 66762 |
| CITY OF SAN DIEGO | SAN DIEGO CITY TREASURER CODE ENFORCEMENT DIVISION 1200 THIRD AVESUITE 100 SAN DIEGO CA 92101 |
| CITY OF SEATTLE | PO BOX 34214 SEATTLE WA 98124-4214 |
| CITY OF WEST HOLLYWOOD | PUBLIC WORKS DEPARTMENT PARKING DIVISION WEST HOLLYWOOD CA 90069 |
| CITY OF YPSILANTI | 1 SOUTH HURON STREET, 4TH FLOOR YPSILINIT MI 48197 |
| COALITION INSURANCE SOLUTIONS, INC. | 55 2ND ST FL 25 SAN FRANCISCO CA 94105 |
| DISTRICT DEPARTMENT OF | TRANSPORTATION PUBLIC SPACE REGULATIONS DIVISION 1100 4TH STREET SW, SUITE E-360 WASHINGTON DC 20024 |
| DISTRICT OF COLUMBIA, DEPARTMENT OF | TRANSPORTATION, PUBLIC SPACE REGULATIONS ADMINISTRATION 1100 4TH STREET SW, SUITE E-360 WASHINGTON DC 20024 |
| EVEREST INSURANCE | 100 EVEREST WAY WARREN NJ 07059 |
| FAIRFAX COUNTY | 12055 GOVERNMENT CENTER PKWY FAIRFAX VA 22035 |
| INTACT GROUP | 605 HIGHWAY 169 N PLYMOUTH MN 55441 |
| LIBERTY MUTUAL FIRE INSURANCE | COMPANY 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY SURPLUS INSURANCE | CORPORATION 175 BERKELEY STREET BOSTON MA 02116 |
| LOUISVILLE-JEFFERSON COUNTY | P.O. BOX 35410 LOUISVILLE KY 40232-5410 |
| MARSH USA INC | ONE EMBARCADERO CENTER, STE 1300 SAN FRANCISCO CA 94111 |
| METROPOLITAN GOVERNMENT OF | NASHVILLE AND DAVIDSON COUNTY, TENNESSEE 1417 MURFREESBORO PIKE NASHVILLE TN 37217 |
| MONTGOMERY COUNTY | 101 MONROE STREET, 2ND FLOOR ROCKVILLE MD 20850 |
| MONTGOMERY COUNTY | 400 N SAN JACINTO ST. CONROE TX 77301-2823 |
| NATIONAL UNION FIRE INSURANCE | COMPANY OF PITTSBURGH, PA 271 AVE OF THE AMERICAS, FLOOR 37 NEW YORK NY 10020 |
| PACIFIC INSURANCE COMPANY LIMITED | ONE HARTFORD PLAZA HARFORD CT 06155 |
| PORTLAND BUREAU OF TRANSPORTATION | 1120 SW FIFTH AVE, SUITE 800 PORTLAND OR 97204 |
| SOMPO GROUP | 1221 AVENUE OF THE AMERICAS FLOOR 18 NEW YORK NY 10020 |
| STATE COVERAGE | 30 W. SPRING ST COLUMBUS OH 43215 |
| THE FIRST LIBERTY INSURANCE | CORPORATION 175 BERKELEY STREET BOSTON MA 02116 |
| TOWN OF VIENNA, VA | 127 CENTER ST S, VIENNA VA 22180 |
| TRAVELERS CASUALTY AND SURETY | COMPANY OF AMERICA ONE TOWER SQUARE HARTFORD CT 06183 |

| Claim Name | Address Information |
|---|---|
| TRAVELERS CASUALTY AND SURETY | COMPANY OF AMERICA PO BOX 64094 ST. PAUL MN 55102 |
| U.S. CUSTOMS AND BORDER PROTECTION | 1300 PENNSYLVANIA AVE., NW WASHINGTON DC 20229 |
| UNIVERSITY OF MISSOURI | 105 JESSE HALL COLUMBIA MO 65211 |

**Total Creditor count  45**

# EXHIBIT D

BIRD GLOBAL, INC., *et al*. - Case No. 23-20514-LMI

Core Email Service List

| Name | Email Address |
|------|---------------|
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MINNESOTA ATTORNEY GENERAL | attorney.general@ag.state.mn.us |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF UTAH ATTORNEY GENERAL | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| SECURITIES AND EXCHANGE COMMISSION | newyork@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | philadelphia@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | saltlake@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | sanfrancisco@sec.gov |
| OFFICE OF SECRETARY OF STATE OF ARIZONA | sosadmin@azsos.gov |
| OFFICE OF SECRETARY OF STATE OF ARKANSAS | general_info@sos.arkansas.gov |
| OFFICE OF SECRETARY OF STATE OF CALIFORNIA | secretary.padilla@sos.ca.gov |
| OFFICE OF SECRETARY OF STATE OF COLORADO | secretary@sos.state.co.us |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| OFFICE OF SECRETARY OF STATE OF GEORGIA | soscontact@sos.ga.gov |
| OFFICE OF SECRETARY OF STATE OF INDIANA | sos@sos.in.gov |
| OFFICE OF SECRETARY OF STATE OF IOWA | sos@sos.iowa.gov |
| OFFICE OF SECRETARY OF STATE OF KENTUCKY | sos.secretary@ky.gov |
| OFFICE OF SECRETARY OF STATE OF MAINE | sos.office@maine.gov |
| OFFICE OF SECRETARY OF STATE OF MARYLAND | dlmdsos_sos@maryland.gov |
| OFFICE OF SECRETARY OF STATE OF MASSACHUSETTS | cis@sec.state.ma.us |
| OFFICE OF SECRETARY OF STATE OF MICHIGAN | secretary@michigan.gov |
| OFFICE OF SECRETARY OF STATE OF MINNESOTA | secretary.state@state.mn.us |
| OFFICE OF SECRETARY OF STATE OF MISSOURI | info@sos.mo.gov |
| OFFICE OF SECRETARY OF STATE OF MONTANA | secretary@mt.gov |
| OFFICE OF SECRETARY OF STATE OF NEBRASKA | sos.info@nebraska.gov |
| OFFICE OF SECRETARY OF STATE OF NEVADA | sosmail@sos.nv.gov |
| OFFICE OF SECRETARY OF STATE OF NEW HAMPSHIRE | corporate@sos.nh.gov |
| OFFICE OF SECRETARY OF STATE OF NEW JERSEY | lt.governor@nj.gov |
| OFFICE OF SECRETARY OF STATE OF NEW YORK | info@dos.ny.gov |
| OFFICE OF SECRETARY OF STATE OF OKLAHOMA | executivelegislative@sos.ok.gov |
| OFFICE OF SECRETARY OF STATE OF OREGON | oregon.sos@state.or.us |
| OFFICE OF SECRETARY OF STATE OF TEXAS | secretary@sos.texas.gov |
| OFFICE OF SECRETARY OF STATE OF VERMONT | secretary@sec.state.vt.us |
| OFFICE OF SECRETARY OF STATE OF WEST VIRGINIA | wvsos@wvsos.com |
| OFFICE OF SECRETARY OF STATE OF WYOMING | secofstate@wyo.gov |
| LATHAM & WATKINS LLP | hugh.murtagh@lw.com |

BIRD GLOBAL, INC., *et al* . - Case No. 23-20514-LMI

Core Email Service List

| Name | Email Address |
|------|---------------|
| VENABLE LLP | pjbattista@venable.com |
| AMAZON WEB SERVICES, INC. | manteagu@amazon.com |
| CA-COLORADO CENTER, L.L.C. | thutter@allenmarkins.com |
| DOUGLAS EMMETT 1996, LLC | lstreeter@hinshawlaw.com |
| FTI CONSULTING, INC. | asolomon@solomoncramer.com |
| FUJIAN SCUD POWER TECHNOLOGY CO.,LTD. | yerina.tang@scudpower.com |
| GREENBERG TRAURIG, LLP | grotzingerj@gtlaw.com |
| HIRE LEVEL | nkline@hirelevel.com |
| HOLOGRAM, INC. | dean.patton@hologram.io |
| JUSDA SUPPLY CHAIN MANAGEMENT | wright.wu@jusdascm.com |
| MOSS ADAMS | jason.lawson@mossadams.com |
| NINEBOT (CHANGZHOU) TECH CO., LTD | feng.wendy@dorsey.com |
| NYSE MARKET (DE), INC | ariel.erazo@nyse.com |
| PALANTIR TECHNOLOGIES INC. | daisy.leon@webhelp.com |
| QUARLES & BRADY LLP | jon.hackbarth@quarles.com |
| SANDERS ROBERTS LLP | jsanders@sandersroberts.com |
| STRADLING, YOCCA, CARLSON & RAUTH, P.C. | rwilkins@stradlinglaw.com |
| VODAFONE US INC. DBA VODAFONE AMERICAS INC. | ryan.broderick@vodafone.com |
| WEBHELP USA LLC | daisy.leon@webhelp.com |
| ZHEJIANG JINBANG SPORTS EQUIPMENT CO.,LTD | kathy@okscooter.net |
| ZOBA, INC | jobrien@lovettobrien.com |
| BLAKE, CASSELS & GRAYDON LLP | andrew.lahey@blakes.com |
| LLOYD'S OF LONDON SYNDICATE APL 1971 | chris.moore@apollounderwriting.com |
| EVEREST INSURANCE | john.lazar@everestglobal.com |
| NORMAN KRIEGER, INC. C/O CAMERON W. ROBERTS, ESQ. | cwr@tradeandcargo.com |
| SEYFARTH SHAW LLP | esteinert@seyfarth.com |

**TOTAL: 73**

**EXHIBIT E**

BIRD GLOBAL, INC., *et al* . - Case No. 23-20514-LMI

Taxing Authorities Email Service List

| Name | Email Address |
| --- | --- |
| ADA COUNTY | adacountyclerk@adacounty.id.gov |
| ADAIR COUNTY | sharden@adaircomo.com |
| ALACHUA COUNTY | clerk@alachuaclerk.org |
| ALAMEDA COUNTY | jessica.cherry@acgov.org |
| ALBANY COUNTY | dpw@albanycounty.com |
| ANDERSON COUNTY | travis.harley@anderson.kyschools.us |
| ANN ARBOR TERRITORY | assessor@a2gov.org |
| ARAPAHOE COUNTY | finance@arapahoegov.com |
| ARIZONA STATE UNIVERSITY | customerservice@asu.edu |
| ARLINGTON COUNTY | slewis1@arlingtonva.us |
| ARVADA | info@arvadacenter.org |
| AURORA | finance@auroragov.org |
| BARKSDALE | bfcu@bfcu.org |
| BAY CITY | dmuscott@baycitymi.org |
| BEXAR COUNTY | rwatson@bexar.org |
| BOONE COUNTY | assessor@boonecountymo.org |
| BRIGHTON | consumercare@brighton.org |
| BUCHANAN COUNTY | admin@buchanancounty-va.gov |
| CARTER COUNTY | patty.woodby@cartercountytn.gov |
| CASCADE COUNTY | _hr@cascadecountymt.gov |
| CHRISTIAN COUNTY | assessor@christiancountymo.gov |
| CHRISTIANBURG | bepperley@christiansburg.org |
| CITY AND COUNTY OF DENVER | lin.bonesteel@denvergov.org |
| CITY OF ABERDEEN | rjanderson@aberdeenwa.gov |
| CITY OF ABILENE | robert.hanna@abilenetx.gov |
| CITY OF ALEXANDRIA | ahrc@cityofalex.com |
| CITY OF ANNAPOLIS | cnjakubiak@annapolis.gov |
| CITY OF ANDERSON | sashley@cityofanderson.com |
| CITY OF ANN ARBOUR | assessor@a2gov.org |
| CITY OF ANNAPOLIS | cnjakubiak@annapolis.gov |
| CITY OF ANSONIA | jnicolari@ansoniact.org |
| CITY OF ARLINGTON | james.orloski@arlingtontx.gov |
| CITY OF ATHENS | tbaker@ci.athens.oh.us |
| CITY OF ATLANTA | dshipman@atlantaga.gov |
| CITY OF AUSTIN | district7@austintexas.gov |
| CITY OF BAKERSFIELD | city_clerk@bakersfieldcity.us |
| CITY OF BALTIMORE | jill.muth@baltimorecity.gov |
| CITY OF BATTLE CREEK | enmcclure@battlecreekmi.gov |
| CITY OF BAY CITY | dmccall@ci.bay-city.or.us |
| CITY OF BELLEVUE | servicefirst@bellevuewa.gov |
| CITY OF BELLINGHAM | finance@cob.org |
| CITY OF BELOIT | millere@beloitwi.gov |
| CITY OF BENTON HARBOUR | emitchell@bhcity.us |
| CITY OF BIG RAPIDS | adecator@bigrapidsdps.org |
| CITY OF BISMARCK | dchernyak@bismancknd.gov |
| CITY OF BLOOMINGTON | victoria.jones@bloomington.in.gov |

BIRD GLOBAL, INC., *et al* . - Case No. 23-20514-LMI

Taxing Authorities Email Service List

| Name | Email Address |
|------|---------------|
| CITY OF BRECKSVILLE | lstarosta@brecksville.oh.us |
| CITY OF BRENTWOOD | jbryant@brentwoodca.gov |
| CITY OF BRIDGEWATER | chartman@bridgewaterma.org |
| CITY OF BRIGHTON | casher@brightonco.gov |
| CITY OF BROOKHAVEN | burke.brennan@brookhavenga.gov |
| CITY OF BURLINGTON | mtuttle@burlingtonvt.gov |
| CITY OF CALDWELL | rnorth@cityofcaldwell.org |
| CITY OF CAMBRIDGE | citycouncil@cambridgema.gov |
| CITY OF CANTON | canotntax@cantonohio.gov |
| CITY OF CHAMPAIGN | cityclerk@champaignil.gov |
| CITY OF CHANDLER | purchasing@chandleraz.gov |
| CITY OF CHARLESTON | suczynskij@charleston-sc.gov |
| CITY OF CHEYENNE | kjones@cheyennecity.org |
| CITY OF CHICAGO | patricia.jackowiak@cityofchicago.org |
| CITY OF CINCINNATI | citymanager@cincinnati-oh.gov |
| CITY OF CLAYTON | financedept@claytonmo.gov |
| CITY OF CLEVELAND | dhaniff@clevelandohio.gov |
| CITY OF CLEVELAND HEIGHTS | dfisher@clevelandheights.gov |
| CITY OF COACHELLA | ruben@coachella.org |
| CITY OF COLUMBUS | yjsantana@columbus.gov |
| CITY OF CORAL GABLES | ochen@coralgables.com |
| CITY OF CULVER CITY | treasury.cashier@culvercity.org |
| CITY OF DALLAS | pauline.medrano@dallascounty.org |
| CITY OF DECATUR | decaturtwptreas@gmail.com |
| CITY OF DES MOINES | treasury@dmgov.org |
| CITY OF DETROIT | dtsc@detroitmi.gov |
| CITY OF DUBLIN | taxinfo@dublin.oh.us |
| CITY OF DULUTH | treasury@duluthmn.gov |
| CITY OF DURHAM | mindy.taylor@durhamnc.gov |
| CITY OF EAGLE MOUNTAIN | tfreeman@emcity.org |
| CITY OF EAST CLEVELAND | finance@eastcleveland.org |
| CITY OF EAST LANSING | incometax@cityofeastlansing |
| CITY OF EAST PROVIDENCE | taxcoll@eastprovidenceri.gov |
| CITY OF EASTPOINT | rblum@eastpointecity.org |
| CITY OF EL PASO | citytaxoffice@elpasotexas.gov |
| CITY OF EMPORIA | sgaede@lyoncounty.org |
| CITY OF EVANSVILLE | dthomas@vanderburghgov.org |
| CITY OF EVERETT | shaugen@everettwa.gov |
| CITY OF FAIRFAX | tom.scibilia@fairfaxva.gov |
| CITY OF FARIBAULT | keith.kramer@harrybrowns.com |
| CITY OF FOND DE LAC CITY | treasurer@fdlco.wi.gov |
| CITY OF FRANKENMUTH | rjimenez@frankenmuthcity.com |
| CITY OF FULTON | fctreasurer@fultoncountyny.gov |
| CITY OF GAINESVILLE | finance@gainesvillefl.gov |
| CITY OF GARDNER | taxrequests@gardner-ma.gov |
| CITY OF GOLDEN | salestax@cityofgolden.net |

BIRD GLOBAL, INC., *et al* . - Case No. 23-20514-LMI

Taxing Authorities Email Service List

| Name | Email Address |
| --- | --- |
| CITY OF GOODYEAR | gyfinance@goodyearaz.gov |
| CITY OF GRAND FORKS | propertytax@nd.gov |
| CITY OF GRAND JUNCTION | finance@gjcity.org |
| CITY OF GRAND RAPIDS | grwhtax@grcity.us |
| CITY OF GREEN BAY | finance@greenbaywi.gov |
| CITY OF GUYMON | amidkiff@texascountyok.org |
| CITY OF HARRISONBURG | larry.propst@harrisonburgva.gov |
| CITY OF HEALDSBURG | taxcollector@sonoma-county.org |
| CITY OF IDAHO FALLS | bctreasurers@co.bonneville.id.us |
| CITY OF INDIANAPOLIS | mytaxes@indy.gov |
| CITY OF INDIO | findept@indio.org |
| CITY OF JACKSONVILLE | taxcollector@coj.net |
| CITY OF JANESVILLE | stottlerl@ci.janesville.wi.us |
| CITY OF JEFFERSON | income@dor.mo.gov |
| CITY OF JEFFERSONVILLE | hmetcalf@cityofjeff.net |
| CITY OF JENKS | city@jenksok.org |
| CITY OF KANSAS CITY | revenue@kcmo.org |
| CITY OF KEARNEY | kjames@kearneygov.org |
| CITY OF KINGMAN | mctreas@mohave.gov |
| CITY OF KNOXVILLE | treasury@knoxvilletn.gov |
| CITY OF LA QUINTA | jbatres@laquintaca.gov |
| CITY OF LAFAYETTE | treasurer@tippecanoe.in.gov |
| CITY OF LANSING | desiree.kirkland@lansingmi.gov |
| CITY OF LAS VEGAS | sheltsley@lasvegasnevada.gov |
| CITY OF LEXINGTON | revenue@lexingtonky.gov |
| CITY OF LINCOLN | citytreasurer@lincoln.ne.gov |
| CITY OF LITTLE ROCK | smassanelli@littlerock.gov |
| CITY OF LOGAN | tyson.griffin@loganutah.org |
| CITY OF LONG BEACH | lbbiz@longbeach.gov |
| CITY OF LONGMONT | sales.tax@longmontcolorado.gov |
| CITY OF LOS ANGELES | finance.customerservice@lacity.org |
| CITY OF LOUISVILLE | salestax@louisvilleco.gov |
| CITY OF LYNCHBURG | foiacouncil@dls.virginia.gov |
| CITY OF MANASSAS | dbondsgentry@manassasva.gov |
| CITY OF MANKATO | 311@mankatomn.gov |
| CITY OF MAPLEWOOD | income@dor.mo.gov |
| CITY OF MEMPHIS | finance@memphistn.gov |
| CITY OF MENASHA | treasurer@kaukauna.org |
| CITY OF MESA | salestaxinfo@mesaaz.gov |
| CITY OF MIAMI | finance@miamigov.com |
| CITY OF MIDDLETOWN | carl.erlacher@middletownct.gov |
| CITY OF MIDLAND | kripley@midland-mi.org |
| CITY OF MILWAUKEE | ctreas@milwaukee.gov |
| CITY OF MISSOURI | bertha.alexander@missouricitytx.gov |
| CITY OF MONTGOMERY | bbeville@montgomeryal.gov |
| CITY OF MOREHEAD | rowanocctax@gmail.com |

BIRD GLOBAL, INC., *et al* . - Case No. 23-20514-LMI

Taxing Authorities Email Service List

| Name | Email Address |
| --- | --- |
| CITY OF MOUNT PLEASANT | finance@mt-pleasant.org |
| CITY OF MOUNT VERNON | taxadmin@mountvernonohio.org |
| CITY OF NASHVILLE | trustee@nashville.gov |
| CITY OF NEENAH | eskerke@tn.neenah.wi.gov |
| CITY OF NEWARK | 4311newark@ci.newark.nj.us |
| CITY OF NEWPORT NEWS | treasure@nnva.gov |
| CITY OF NORFOLK - VIRGINIA BEACH | ct-portalquestions@norfolk.gov |
| CITY OF NORTH KANSAS CITY | revenue@kcmo.org |
| CITY OF OAK PARK | scrawford@oakparkmi.gov |
| CITY OF OGDEN | lisas@ogdencity.com |
| CITY OF OKLAHOMA CITY | finance@okc.gov |
| CITY OF OLD TOWN | dberube@old-town.org |
| CITY OF ORLANDO | katrina.laudeman@orlando.gov |
| CITY OF OSWEGO | treasurer@oswegocounty.com |
| CITY OF OTTUMWA | mayor@ottumwa.us |
| CITY OF OVERLAND PARK | ena.mcdonald@opkansas.org |
| CITY OF OWATONNA | rhonda.moen@ci.owatonna.mn.us |
| CITY OF OXFORD | hhill@cityofoxford.org |
| CITY OF PHOENIX | tax@phoenix.gov |
| CITY OF PITTSFIELD | taxoffice@cityofpittsfield.org |
| CITY OF PLANO | treasury@plano.gov |
| CITY OF POCATELLO | ehill@pocatello.us |
| CITY OF PONTIAC | lkosofsky@pontiac.mi.us |
| CITY OF POPLAR BLUFF | lphelps@pbcity.org |
| CITY OF PORTLAND | shs.tax@portlandoregon.gov |
| CITY OF PRAIRIE VILLAGE | info@pvkansas.com |
| CITY OF PROVIDENCE | collector@providenceri.gov |
| CITY OF PROVO | michelle@provo.org |
| CITY OF PUEBLO | archuletta@pueblocounty.us |
| CITY OF RACINE | accountspayable@cityofracine.org |
| CITY OF REDDING | grobinett@cityofredding.org |
| CITY OF REDWOOD CITY | revenueservices@redwoodcity.org |
| CITY OF REXBURG | finance@rexburg.org |
| CITY OF RICHMOND | finance@richmondgov.com |
| CITY OF RICHMOND HEIGHTS | finance@richmondgov.com |
| CITY OF RIVERSIDE | rcttc@rivco.org |
| CITY OF ROANOKE | finance@roanokeva.gov |
| CITY OF ROCKFORD | marybjonson@rockfordil.gov |
| CITY OF ROSWELL | financecustomerserviceteam@roswellgov.com |
| CITY OF SACRAMENTO | finance@cityofsacramento.org |
| CITY OF SAGINAW | jschramke@saginaw-mi.com |
| CITY OF SAINT CLAIR SHORES | vickys@scsmi.net |
| CITY OF SAINT LOUIS | finance@dof.mo.gov. |
| CITY OF SALISBURY | customerservice@salisburync.gov |
| CITY OF SAN DIEGO | dof@sandiego.gov |
| CITY OF SAN FRANCISCO | brent.jalipa@sfgov.org |

BIRD GLOBAL, INC., *et al* . - Case No. 23-20514-LMI

Taxing Authorities Email Service List

| Name | Email Address |
| --- | --- |
| CITY OF SAN JOSE | finance@sanjoseca.gov |
| CITY OF SANDY | awelty@ci.sandy.or.us |
| CITY OF SANTA CLARA | scctax@fin.sccgov.org |
| CITY OF SCOTTSDALE | budget@scottsdaleaz.gov |
| CITY OF SEATTLE | tax@seattle.gov |
| CITY OF SHAWANO | gsmith@cityofshawno.com |
| CITY OF SHEBOYGAN | taxinfo@sheboyganwi.gov |
| CITY OF SOUTH BEND | 311@southbendin.gov |
| CITY OF SOUTH EUCLID | ahimmelein@seuclid.com |
| CITY OF SOUTH JORDAN | snaidu@sjc.utah.gov |
| CITY OF SOUTH LAKE TAHOE | otikhomirova@cityofslt.us |
| CITY OF SOUTH MIAMI | finance@southmiamifl.gov |
| CITY OF SOUTH OGDEN | lisas@ogdencity.com |
| CITY OF SPRINGFIELD | kcox@springfieldtwp.org |
| CITY OF ST. CLAIR SHORES | warnker@scsmi.net |
| CITY OF ST. JOSEPH | financedirector@sjcity.com |
| CITY OF ST. LOUIS | colemanr@stlouis-mo.gov |
| CITY OF STARKVILLE | l.hardin@cityofstarkville.org |
| CITY OF STERLING | cvonholten@sterling-il.gov |
| CITY OF SUNNYVALE | finance@sunnyvale.ca.gov |
| CITY OF TACOMA | taxinfo@cityoftacoma.org |
| CITY OF TEMPE | budget@tempe.gov |
| CITY OF TEXARKANA | kristen.peeples@txkusa.org |
| CITY OF THORNTON | financedept@thortonco.gov |
| CITY OF THORNTON | financedept@thortonco.gov |
| CITY OF TOPEKA | finance@topeka.org |
| CITY OF TRACY | finance.ar@cityoftracy.org |
| CITY OF TRENTON | jcooper@trenton-mi.com |
| CITY OF VIENNA | mserfass@viennava.gov |
| CITY OF VIRGINIA BEACH | financeadmin@vbgov.com |
| CITY OF VIRIGINA BEACH | financeadmin@vbgov.com |
| CITY OF WATERLOO | bridgett.wood@waterloo-ia.org |
| CITY OF WAUWATOSA | jruggini@wauwatosa.net |
| CITY OF WEATHERFORD | dana@cityofweatherford.com |
| CITY OF WEST BEND | district7@ci.west-bend.wi.us |
| CITY OF WEST SACRAMENTO | robertar@cityofwestsacramento.org |
| CITY OF WEST SPRINGFIELD | dholtmann@springfieldmo.gov |
| CITY OF WHEELING | jcarlier@wheelingwv.gov |
| CITY OF WHITEWATER | kdieter@whitewater-wi.gov |
| CITY OF YONKERS | yonkerstaxoffice@yonkersny.gov |
| CITY OF YPSILANTI | rbasabica@cityofpsilanti.com |
| COLE COUNTY | epeters@colecounty.org |
| COLLIN COUNTY | marris@collincountytx.gov |
| COMMONWEALTH OF KENTUCKY | finance.crcgroup@ky.gov |
| COMMONWEALTH OF MASSACHUSETTS | contactanf@state.ma.us |
| DALLAS COUNTY | taxofficepiarequest@dallascounty.org |

BIRD GLOBAL, INC., *et al* . - Case No. 23-20514-LMI

Taxing Authorities Email Service List

| Name | Email Address |
|---|---|
| DANVILLE CITY | adkinml@danvilleva.gov |
| DARLINGTON COUNTY | sdibble@darcosc.net |
| DAVIDSON COUNTY | kevin.crumbo@nashville.gov |
| DEL NORTE COUNTY | taxcollector@co.del-norte.ca.us |
| DENTON COUNTY | finance@cityofdenton.com |
| DESCHUTES COUNTY | finance@deschutes.org |
| DISTRICT OF COLUMBIA | ocfo@dc.gov |
| DOUGLAS COUNTY | karen.cole@douglascounty-ne.gov |
| DURHAM COUNTY | financerequests@durhamnc.gov |
| EAST BATON ROUGE PARISH | lthunt@brgov.com |
| EL DORADO COUNTY | taxcollector@edcgov.us |
| ELKHART COUNTY | treasurer@elkheartcounty.com |
| ESCAMBIA COUNTY | admin@myescambia.com |
| FAIRFAX COUNTY | parkmail@fairfaxcounty.gov |
| FAIRFAX COUNTY | doffact@fairfaxcounty.gov |
| FAIRFIELD TOWN | jschmitt@fairfieldct.org |
| FAYETTE COUNTY | info@fayettecountyclerk.com |
| FORSYTH COUNTY | forsythcountync@forsyth.cc |
| FULTON COUNTY | ogc@dor.georgia.gov |
| GALLATIN COUNTY | finance@gallatin.mt.gov |
| GARFIELD COUNTY | kpostier@gctreasurer.org |
| GASTON COUNTY | tiffany.murray@gastongov.com |
| GIBSON COUNTY | moneal@gibsoncounty-in.gov |
| GREENE COUNTY | dholtmann@springfieldmo.gov |
| HANOVER COUNTY | fms@hanovercounty.gov |
| HARRISONBURG CITY | larry.propst@harrisonburgva.gov |
| HAYS COUNTY | daphne.tenorio@co.hays.tx.us |
| HENRICO COUNTY | taxhelp@henrico.us |
| HENRICO COUNTY | taxhelp@henrico.us |
| HIGHLANDS COUNTY | dnitz@highlandsfl.gov |
| HILLSBOROUGH COUNTY | brickeyk@hcflgov.net |
| HUMBOLDT COUNTY | ctyauditor@co.humboldt.ca.us |
| ISLA VISTA | generalmanager@islavistacsd.com |
| JACKSON COUNTY | finance@jacksongov.org |
| JEFFERSON COUNTY | treasurer@bellemeade-ky.gov |
| JOHNSON COUNTY | jocotreascoll2@yahoo.com |
| KANAWHA COUNTY | info@kanawha.us |
| KAY COUNTY | tammyreese47@gmail.com |
| KEARNEY COUNTY | treasurer@kearneycounty.org |
| KERN COUNTY | martineze@kerncounty.com |
| KING COUNTY | propertytax.customerservice@kingcounty.gov |
| KLAMATH COUNTY | proptax@klamathcounty.org |
| KNOX COUNTY | treasury@knoxvilletn.gov |
| LAFAYETTE PARISH | lpsoinfo@lafayettesheriff.com |
| LAKE FOREST PARK | lvaughn@cityoflfp.gov |
| LANCASTER COUNTY | cotreas@lancaster.ne.gov |

BIRD GLOBAL, INC., *et al* . - Case No. 23-20514-LMI

Taxing Authorities Email Service List

| Name | Email Address |
|---|---|
| LARAMIE COUNTY | treasurer@laramiecountywy.gov |
| LARIMER COUNTY | lcassessor@co.larimer.co.us |
| LENOIR COUNTY | sandra.barrs@lenoircountync.gov |
| LEON COUNTY | rosss@leoncountyfl.gov |
| LINCOLN COUNTY | lisa.mcgehee@arkansas.gov |
| LOS ANGELES COUNTY | finance.customerservice@lacity.org |
| LOUISVILLE-JEFFERSON COUNTY | pva@jeffersonpva.ky.gov |
| LOUSIANA STATE UNIVERSITY | finance@lsu.edu |
| MANATEE COUNTY | tellus@mymanatee.org |
| MANISTEE CITY | treas@manisteecountymi.gov |
| MARICOPA COUNTY | treasurer.office@maricopa.gov |
| MARION COUNTY | clerkpublic@indy.gov |
| MATAGORDA COUNTY | bcook@co.matagorda.tx.us |
| MCLENNAN COUNTY | property.tax@co.mclennan.tx.us |
| MECKLENBURG COUNTY | fin@mecknc.gov |
| MIAMI-DADE COUNTY | lbaker@miamidade.gov |
| MICHIGAN STATE | fin@msu.edu |
| MILWAUKEE AREA | donrush@milwaukee.gov |
| MINNEAPOLIS TERRITORY | finance@minneapolismn.gov |
| MISSOURI STATE UNIVERSITY | info@missouristate.edu |
| MONROE COUNTY | treasurer@co.monroe.in.us |
| MONTEREY COUNTY | taxcollector@co.monterey.ca.us |
| MONTGOMERY COUNTY | publicinformation@montgomerycountymd.gov |
| MONTGOMERY COUNTY | tax@mctx.org |
| MULTONOMAH COUNTY | multco.treasury@multco.us |
| MUSKOGEE COUNTY | info@cityofmuskogee.com |
| NATRONA COUNTY | treasurerinfo@natronacounty-wy.gov |
| NEW HANOVER COUNTY | ecredle@nhcgov.com |
| NEW ORLEANS PARISH | revenue@nola.gov |
| NOBLE COUNTY | rena@noblecountytreasurer.com |
| NUECES COUNTY | almac@cctexas.com |
| OHIO STATE UNIVERSITY | busfin@osu.edu |
| OKALOOSA COUNTY | pmixon@myokaloosa.com |
| OKLAHOMA COUNTY | micmor@oklahomacountry.org |
| OKTIBBEHA COUNTY | bcubon@gtpdd.com |
| ORANGE COUNTY | kimberly.engelby@ocgov.com |
| OSAGE COUNTY | sally@osagect.org |
| OTOE COUNTY | nkreifels@otoecountyne.gov |
| OUACHITA PARISH | info@opassessor.com |
| PIMA COUNTY | toni.johnson@pima.gov |
| PITTSFIELD | taxoffice@cityofpittsfield.org |
| PLATTE COUNTY | jreppert@plattecounty.ne.gov |
| POLK COUNTY | milligan.steve@co.polk.or.us |
| POPE COUNTY | taxcollector@popecountyar.gov |
| PORTER COUNTY | taxquestions@porterco.org |
| PUEBLO COUNTY | archuletta@pueblocounty.us |

BIRD GLOBAL, INC., *et al* . - Case No. 23-20514-LMI

Taxing Authorities Email Service List

| Name | Email Address |
|------|---------------|
| PULASKI COUNTY | treasurer@pulaskicounty.org |
| RANDALL COUNTY | angie.parker@randallcounty.gov |
| RIVERSIDE COUNTY | rcttc@rivco.org |
| ROANOKE COUNTY | ppchginfo@roanokecountyva.gov |
| ROGERS COUNTY | treasurer@rogerscounty.org |
| ROWAN COUNTY | lauren.littleton@rcky.us |
| SACRAMENTO COUNTY | taxpprop@saccounty.gov |
| SAINT JOSEPH COUNTY | sjctreasurer@sjcindiana.com |
| SAINT LUCIE COUNTY | taxcollector@tcslc.com |
| SALT LAKE COUNTY | marina.scott@slcgov.com |
| SAN DIEGO COUNTY | andy@propertyrecord.com |
| SAN FRANCISCO COUNTY | assessor@sfgov.org |
| SAN JOAQUIN COUNTY | tax@sjgov.org |
| SAN MARCOS TERRITORY | jenifer.okane@co.hays.tx.us |
| SAN MATEO COUNTY | taxmaster@smcgov.org |
| SANTA CLARA COUNTY | scctax@fin.sccgov.org |
| SCIO TOWNSHIP | algarrett@sciotownship.org |
| SHELBY COUNTY | assessor@assessor.shelby.tn.us |
| SONOMA COUNTY | taxcollector@sonoma-county.org |
| SOUTH CAROLINA | corptax@dor.sc.gov |
| STATE OF ARKANSAS | misc.tax@dfa.arkansas.gov |
| STATE OF COLORADO | dor_collections@state.co.us |
| STATE OF CONNECTICUT | state.treasurer@ct.gov |
| STATE OF DELAWARE | jordan.w.seemans@delaware.gov |
| STATE OF FLORIDA | emaildor@floridarevenue.com |
| STATE OF GEORGIA | ogc@dor.georgia.gov |
| STATE OF HAWAII | taxpayer.services@hawaii.gov |
| STATE OF IDAHO | george.brown@tax.idaho.gov |
| STATE OF ILLINOIS | rev.ta-bit-wit@illinois.gov |
| STATE OF KANASA | kdor_tac@ks.gov |
| STATE OF MAINE | taxpayerassist@maine.gov |
| STATE OF MARYLAND | taxhelp@marylandtaxes.gov |
| STATE OF MICHIGAN | state-tax-commission@michigan.gov |
| STATE OF MINNESOTA | businessincome.tax@state.mn.us |
| STATE OF MISSOURI | mytaxmissouri@dor.mo.gov |
| STATE OF MONTANA | dorhelp@mt.gov |
| STATE OF NEBRASKA | james.kamm@nebraska.gov |
| STATE OF NEW HAMPSHIRE | dra.collections@dra.nh.gov |
| STATE OF NEW JERSEY | nj.taxpayeradvocate@treas.nj.gov |
| STATE OF NORTH DAKOTA | corptax@nd.gov |
| STATE OF OREGON | questions.dor@dor.oregon.gov |
| STATE OF RHODE ISLAND | taxportal@tax.ri.gov |
| STATE OF SOUTH CAROLINA | corptax@dor.sc.gov |
| STATE OF TEXAS | judiciary@cpa.texas.gov |
| STATE OF UTAH | taxmaster@utah.gov |
| STATE OF VERMONT | tax.corporate@vermont.gov |

BIRD GLOBAL, INC., *et al* . - Case No. 23-20514-LMI

Taxing Authorities Email Service List

| Name | Email Address |
|---|---|
| STATE OF WEST VIRGINIA | taxhelp@wv.gov |
| STATE OF WISCONSIN | dorincome@wisconsin.gov |
| STATE OF WYOMING | directorofrevenue@wyo.gov |
| SWEETWATER COUNTY | assessor@sweetwatercountywy.gov |
| TAYLOR COUNTY | webadmin@taylorcounty.texas.gov |
| TEXAS COUNTY | amidkiff@texascountyok.org |
| TIPPECANOE COUNTY | treasurer@tippecanoe.in.gov |
| TOOELE COUNTY | jake.parkinson@tooeleco.org |
| TOWN OF GILBERT | treasurer.office@maricopa.gov |
| TOWN OF ORONO | dmilan@orono.org |
| TRAVIS COUNTY | taxoffice@traviscountytx.gov |
| TULSA COUNTY | treasurer@tulsacounty.org |
| UINTA COUNTY | tebrimhall@uintacounty.com |
| UINTAH COUNTY | bsimper@uintah.utah.gov |
| UMATILLA COUNTY | at@umatillacounty.net |
| UNIVERSITY OF CENTRAL FLORIDA | joel.levenson@ucf.edu |
| UNIVERSITY OF KENTUCKY/JMI | ukpr@uky.edu |
| UNIVERSITY OF MICHIGAN | ssc.communications@umich.edu |
| UTAH COUNTY | burtg@utahcounty.gov |
| VANDERBURGH COUNTY | bfluty@vanderburghgov.org |
| WAKE COUNTY | taxhelp@wake.gov |
| WALLA WALLA COUNTY | treasurer@co.walla-walla.wa.us |
| WASHINGTON COUNTY | bhill@washingtoncountyar.gov |
| WASHINGTON DC | rptac@dc.gov |
| WASHITA COUNTY | washitatreas@yahoo.com |
| WASHOE COUNTY | exemptions@washoecounty.gov |
| WEBER COUNTY | julibarri@co.weber.ut.us |
| WEST TEXAS A&M | bo@wtamu.edu |
| WOODS COUNTY | treasurer@woodscounty.net |
| YUMA COUNTY | victoria.clarkson@yumacountyaz.gov |

**TOTAL: 398**

**EXHIBIT F**

BIRD GLOBAL, INC., *et al* . - Case No. 23-20514-LMI

Banks Email Service List

| Name | Attention | Email Address |
|------|-----------|---------------|
| CITIBANK, N.A. | ATTN: SHEK KABLAN | shek.kablan@citi.com |
| CITY NATIONAL BANK | ATTN: NICK GHADIRI | nick.ghadiri@cnb.com |
| JP MORGAN | ATTN: GRACIE RANZZONI | gracie.ranzzoni@jpmorgan.com |
| FIRST CITIZENS | ATTN: DENNIS BROWN | dbrown@svb.com |

**TOTAL: 4**

# EXHIBIT G

BIRD GLOBAL, INC., *et al* . - Case No. 23-20514-LMI
Insurance Email Service List

| Name | Email Address |
|---|---|
| ALLIED WORLD INSURANCE COMPANY | info@awac.com |
| APOLLO (LLOYDS OF LONDON SYNDICATE APL 1971) | enquiries@lloyds.com |
| APOLLO / IBOTT (LLOYDS OF LONDON SYNDICATE APL 1971) | enquiries@lloyds.com |
| APOLLO / IBOTT (LLOYDS OF LONDON SYNDICATE APL 1971) | enquiries@lloyds.com |
| BALTIMORE CITY DEPARTMENT OF TRANSPORTATION | dot-community@baltimorecity.gov |
| BEAZLEY USA SERVICES, INC | usainfo@beazley.com |
| CITY OF ALEXANDRIA | permit.center@alexandriava.gov |
| CITY OF CANYON, TX | lraley@canyontx.com |
| CITY OF GAINESVILLE | finance@gainesvillefl.gov |
| CITY OF GRAND JUNCTION | comdev@gjcity.org |
| CITY OF HARRISONBURG | permits@harrisonburgva.gov |
| CITY OF INDIANAPOLIS | permitquestions@indy.gov |
| CITY OF MEMPHIS | permits@memphistn.gov |
| CITY OF NEWARK | 4311newark@ci.newark.nj.us |
| CITY OF SANTA CLARA | building@santaclaraca.gov |
| CITY OF SOUTH BEND | building@southbendin.gov |
| CITY OF WINSTON-SALEM, NORTH CAROLINA | citylink@cityofws.org |
| CONTINENTAL CASUALTY COMPANY | cna_help@cna.com |
| CRUM & FORSTER | contact.us@cfins.com |
| GREAT AMERICAN E&S INSURANCE COMPANY | contactus@gaig.com |
| IAT INSURANCE GROUP | iatclaimvendors@iatinsurance.com |
| INIGO LIMITED | info@inigoinsurance.com |
| LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT | dwu@lexingtonky.gov |
| NAVIGATORS INSURANCE COMPANY | eric.koppang@thehartford.com |
| STARR INDEMNITY & LIABILITY COMPANY | public.relations@starrcompanies.com |
| THE CONTINENTAL INSURANCE COMPANY | cna_help@cna.com |
| TOWN OF GILBERT | onestopshop@gilbertaz.gov |
| XL SPECIALTY INSURANCE COMPANY | christine.weirsky@axaxl.com |

**TOTAL: 28**