UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| BIRD GLOBAL, INC., *et al.*,[1] | Case No. 23-20514-CLC |
| Debtors. | (Jointly Administered) |

### *EX PARTE* MOTION TO APPEAR PRO HAC VICE

I, Gregory S. Grossman ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Hugh Murtagh ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the bar of the State of New York, the United States District Court for the Southern District of New York, and qualified to practice in this court, who proposes to act as counsel for MidCap Financial Services, LLC, as servicer for MidCap Financial Trust, administrative agent and lender under the Debtors' prepetition credit facility and proposed agent and lender under the Debtors' proposed DIP Facility ("Client") in the cases listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney

---

[1] The address of the Debtors is 392 Northeast 191st Street. #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in the cases noted above and in any adversary proceedings in the cases in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the cases above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the cases noted above on behalf of the Client and in any adversary proceedings in those cases in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit "A"**.

WHEREFORE, upon the foregoing representations, Movant respectfully requests entry of an order, in the form attached hereto as **Exhibit "B"**, authorizing the Visiting Attorney to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: December 21, 2023                     Respectfully submitted,

SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202
ggrossman@sequorlaw.com
jmendoza@sequorlaw.com

By:    */s/ Gregory S. Grossman*
      Gregory S. Grossman
      Florida Bar No.: 896667
      Juan J. Mendoza
      Florida Bar No.: 113587

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via U.S. mail to those not registered for CM/ECF, as indicated on the service list on December 21, 2023.

*/s/ Gregory S. Grossman*
Gregory S. Grossman

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Paul Steven Singerman**    singerman@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

**Manual Notice List**

- (No manual recipients)

**Exhibit "A"**

**(Affidavit of Proposed Visiting Attorney)**

## **AFFIDAVIT OF PROPOSED VISITING ATTORNEY**

I, Hugh Murtagh, am a member in good standing of the bar of the State of New York. I am a member in good standing of the bar of the State of New York, the United States District Court for the Southern District of New York, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of MidCap Financial Trust, administrative agent and lender under the Debtors' prepetition credit facility and proposed agent and lender under the Debtors' proposed DIP Facility ("Client"). I designate Gregory S. Grossman ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: December 21, 2023

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Phone: (212) 906-1200

By:   */s/ Hugh Murtagh*
      Hugh Murtagh
      New York Bar No. 5002498
      hugh.murtagh@lw.com

**Exhibit "B"**

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                              Chapter 11

BIRD GLOBAL, INC., *et al.*,[1]                     Case No. 23-20514-CLC

      Debtors.                             (Jointly Administered)

## <u>ORDER ADMITTING ATTORNEY PRO HAC VICE</u>

This matter came before the court without a hearing on the *Ex Parte Motion to Appear Pro Hac Vice* [Doc No. __].  The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that Hugh Murtagh ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for MidCap Financial Services, LLC, as servicer for MidCap Financial Trust, administrative agent and lender under the Debtors' prepetition credit facility and proposed agent and lender under the Debtors' proposed DIP Facility ("Client") in these cases and in each adversary

---

[1]    The address of the Debtors is 392 Northeast 191st Street. #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

proceeding in these cases where Visiting Attorney appears on behalf of Client, subject to the local rules of this Court.

Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this Court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Gregory S. Grossman, Esq.
> SEQUOR LAW, P.A.
> 1111 Brickell Ave., Ste. 1250
> Miami, FL 33131
> Telephone: (305) 372-8282
> Email: ggrossman@sequorlaw.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this Court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

Submitted by:
Gregory S. Grossman, Esq.
SEQUOR LAW, P.A.
1111 Brickell Ave., Ste. 1250
Miami, FL 33131
Telephone: (305) 372-8282
ggrossman@sequorlaw.com
*(Gregory S. Grossman is directed to serve this Order upon all non-registered users or registered user who have yet to appear electronically in this case and file a confirming certificate of service.)*