UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| BIRD GLOBAL, INC., *et al.*,[1] | Case No. 23-20514-CLC |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Juan J. Mendoza and Sequor Law, P.A., as counsel representing MidCap Financial Services, LLC, as servicer for MidCap Financial Trust, administrative agent and lender under the Debtors' prepetition credit facility and proposed agent and lender under the Debtors' proposed DIP Facility ("MidCap"), file this Notice of Appearance and Request for Service of Papers, pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002 and 9010(b), and requests that all notices given or required to be served in this case be served upon the undersigned attorneys at the following address:

> **Juan J. Mendoza, Esq.**
> **Sequor Law, P.A.**
> **1111 Brickell Avenue, Suite 1250**
> **Miami, Florida 33131**
> **Telephone: (305) 372-8282**
> **Facsimile: (305) 372-8202**
> **Email: jmendoza@sequorlaw.com**

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §1109(b), the request for service of papers includes notices and papers referred to in the Bankruptcy Rules whether by mail, telex, telephone, or any other means of transmission, and include, without limitation, all notices

---

[1] The address of the Debtors is 392 Northeast 191st Street. #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

related to the matters set forth in Bankruptcy Rule 2002; matters relating to any motion for the appointment of a trustee, conversion or dismissal of the case; matters relating to the proposing or confirmation of a plan of reorganization; matters relating to the use of cash collateral or sales or use of property under §363 of the Bankruptcy Code, incurring of credit under §364 of the Bankruptcy Code, and assumption or rejection of executory contracts under §365 of the Bankruptcy Code; and any application, complaint, demand, hearing, motion, pleading, or request, formal or informal, in the above-styled bankruptcy case.

PLEASE TAKE FURTHER NOTICE that MidCap intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) MidCap's right to have final orders and non-core matters entered only after de novo review by a District Judge, (2) MidCap's right to trial by jury in any proceeding so triable in this case, or any case, controversy, or proceeding related to this case, (3) MidCap's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, interests, liens, actions, defenses, set-offs, or recoupments to which MidCap is or may be entitled under agreements, in law or in equity, all of which rights, claims, interests, liens, actions, defenses, set-offs, and recoupments MidCap expressly reserves. Nothing herein is intended to authorize counsel to accept service of process.

Dated: December 21, 2023

Respectfully submitted,

SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202
ggrossman@sequorlaw.com
jmendoza@sequorlaw.com

By:    /s/ Juan J. Mendoza
Juan J. Mendoza
Florida Bar No.: 113587

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via U.S. mail to those not registered for CM/ECF, as indicated on the service list on December 21, 2023.

*/s/ Juan J. Mendoza*
Juan J. Mendoza

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Jordi Guso**   jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Paul Steven Singerman**   singerman@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

**Manual Notice List**

- (No manual recipients)