

**ORDERED in the Southern District of Florida on December 21, 2023.**

*Corali Lopez-Castro*
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| BIRD GLOBAL, INC., *et. al.*,[1] | Case No. 23-20514-CLC |
| | Case No. 23-20515-CLC |
| | Case No. 23-20516-CLC |
| | Case No. 23-20517-CLC |
| | Case No. 23-20518-CLC |
| Debtor. | |
| _____/ | |

### ORDER RENOTICING HEARINGS ON FIRST DAY MOTIONS

This matter came before the Court *sua sponte*. All first day motions currently scheduled before Judge Laurel M. Isicoff in the above-captioned jointly administered

---

[1] The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179. The jointly administered cases are: Bird Rides, Inc., Case No. 23-20515-CLC; Bird US Holdco, LLC, Case No. 23-20516-CLC; Bird US Opco, LLC, Case No. 23-20517-CLC; and Skinny Labs, Inc., Case No. 23-20518-CLC. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

cases for Friday, December 22, 2023 at 9:30 a.m., will now be heard by Judge Corali Lopez-Castro in Courtroom 7. Notwithstanding that the first day motions have been set in the Courtroom, IT IS ORDERED THAT any professional located out of this district and any non-testifying party may appear via Zoom without having to file a motion seeking such relief. The Court's Zoom link and meeting information is as follows:

 https://www.zoomgov.com/meeting/register/vJItdeGgrDMoHu492kR90ywB25kmNrg5aFg

###

Copies to:

Paul Steven Singerman, Esq
1450 Brickell Ave #1900
Miami, FL 33131


Attorney Singerman is directed to serve a copy of this order to all interested parties and to file a certificate of service.