**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.   23-20514** |
| BIRD GLOBAL, INC. | § | |
| **DEBTORS(S),** | § | **CHAPTER   11** |

## REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CITY OF FRISCO**          **LITTLE ELM ISD**          **DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on ___21st___ day of ___December___,2023, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

JORDI  GUSO                           US TRUSTEE
BERGER SINGERMAN LLP       OFFICE OF THE U.S. TRUSTEE
1450 BRICKELL AVE, #1900      51 S.W. 1ST AVE; STE. 1204
MIAMI, FL 33131                        MIAMI, FL 33130

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:         dallas.bankruptcy@lgbs.com

By: /s/ John K. Turner
_____
John Kendrick Turner
SBN: 00788563 TX