**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| *In re* | Chapter 11 |
| BIRD GLOBAL, INC., | Case No. 23-20514-CLC |
| Debtor. | |

# SCHEDULES OF ASSETS AND LIABILITIES FOR

**Bird Global, Inc.**

**Case No. 23-20514-CLC**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| *In re* | Chapter 11 |
| BIRD GLOBAL, INC., *et al.*,[1] | Case No. 23-20514-CLC |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

Bird Global, Inc. and its debtor affiliates (collectively, the "**Debtors**") with the assistance of the Chief Restructuring Officer (defined herein) and advisors, are filing their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Southern District of Florida (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 Cases (defined herein), including, without limitation, any issues involving equitable subordination, offsets, or defenses causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors'

---

[1] The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results may differ from such estimates.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, the Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

Christopher Rankin, as the Chief Restructuring Officer (the "Chief Restructuring Officer") of each of the Debtors, has signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Rankin necessarily relied upon the efforts, statements, and representations of other of the Debtors' personnel and professionals. Mr. Rankin has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses. Accordingly, the Debtors reserve the right, as expressly provided for by Bankruptcy Rule 1009(a) to amend each of the Schedules and Statements from time to time as may be necessary or appropriate.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and

Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

A listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 3) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On December 20, 2023 (the "**Petition Date**"), each of (i) Bird Global, Inc.; (ii) Bird Rides, Inc.; (iii) Bird US Holdco, LLC; (iv) Bird US Opco, LLC; and (v) Skinny Labs, Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court (the "**Chapter 11 Cases**"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 20, 2023, the Bankruptcy Court entered orders directing procedural consolidation and joint administration of the Chapter 11 Cases, under lead Case No. 23-20514-CLC.

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on December 19, 2023, as applicable, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on December 19, 2023, as applicable.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on December 19, 2023, as applicable, in the Debtors' books and records. Additionally, because the book values of certain assets, such as equipment, work in process, patents, trademarks, and copyrights, may materially differ from their fair market values, they may be listed as undetermined

amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC financing statement. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

7. The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis. The Schedules may deduct or exclude part or all of any claim paid postpetition pursuant to the Bankruptcy Court's Orders.

8. **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 10% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their

inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

9.     **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

10.    **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. Purchase orders and work orders may not be listed on Schedule G.  The failure to include such purchase orders and work orders does not constitute an admission that such purchase orders and work orders are not executory contracts and the Debtors reserve all rights with respect thereto.

11.    **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

12.    **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13.    **Causes of Action**. Despite their reasonable and good faith efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any

6

Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14.    **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

      a.    <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

      b.    <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

      c.    <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15.    **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

16.    **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17.    **Intercompany.** The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor (or a non-Debtor affiliate) is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. While the Debtors have used reasonable efforts to ensure that the proper intercompany balances are attributed to each legal entity, all rights to amend these items on the Schedules and Statements are reserved.

Intercompany transfers can be characterized in many ways. The Debtors reserve all of their rights with respect to the intercompany balances listed in the analysis, including, but not limited to, the appropriate characterization of such intercompany balances and the amounts of such balances, which are still being identified by the Debtors. The Debtors have not made any attempt to analyze the nature, or composition, of these intercompany balances.

18. **Setoffs**. The Debtors routinely incur certain setoffs and other similar rights during the ordinary course of business. Setoffs in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such setoffs and other similar rights may have been accounted for when certain amounts were included in the Schedules, setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

19. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the close of business on December 19, 2023, as applicable, unless otherwise noted below.

**Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on December 19, 2023, as applicable. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Continue to (I) Maintain Their Cash Management System, (II) Honor Certain Prepetition and Post-Petition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief* [ECF No. 11].

**Schedule A/B 11.** Accounts receivable do not include intercompany receivables. While the Debtors have made reasonable efforts to treat accounts receivable as described in this Global Note, accounts receivable may reflect certain credit amounts owed to a particular creditor. By doing so, the Debtors do not admit the validity of any particular credit or right of setoff or recoupment and reserve all rights to dispute any such Claims.

**Schedules A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15.

**Schedule A/B 72**. The Debtors may have net operating losses, the value of which is undetermined. The failure to include a net operating loss or list the value of such net operating loss on an individual Debtor level is not an admission that such Debtor does not have a net operating loss, and the Debtors reserve all rights to assert net operating losses.

**Schedule A/B 73**. The Debtors are the primary or additional policyholders under certain workers' compensation, business liability, and various liability, property, and other insurance policies and programs, which the Debtors pay directly. In connection with the operation of their businesses, the Debtors maintain the Insurance Programs through several various insurance carriers , including, but not limited to, the insurance programs and Insurance Carriers identified in Exhibit B of the *Debtors' Emergency Motion for an Order Authorizing The Debtors to (I) Continue Administering Insurance Policies and Surety Bond Programs; (II) Continue Paying Certain Brokerage Fees; and (III) Satisfy Other Obligations Related Thereto in the Ordinary Course of Business* [ECF No. 12].

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their vendors. Additionally, certain of the Debtors may be or become party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are potentially unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercreditor or intercompany agreement) related to such creditor's claim. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

**Schedule E/F part 1**
Payroll and Taxes accrued as of filing have been subsequently paid pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Workforce Obligations and (B) Maintain Employee Benefit Programs, (II) Authorizing the Debtors' Banks and Other Financial Institutions to Honor Prepetition Transfers, and (III) Granting Related Relief* [ECF No. 61] and the *Order Granting Debtors' Emergency Motion for Authorization to Pay Prepetition Sales, Use, Trust Fund, and Other Taxes and Similar Obligations* [ECF No. 59], respectively. The Company has paid its tax obligations through November 30, 2023. The Company is currently compiling the amounts due to taxing authorities between December 1 – 19, 2023.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors'

books and records as of the Petition Date which includes unpaid invoices received and the Company's estimate accrual for invoices that have yet to be received.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' best reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G due to confidentiality restrictions and/or their commerically sensitive nature.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This

multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider or amounts recorded in different financial systems used by the Debtor at its various operating locations. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Payments to Creditors within 90 Days (Statement Part 2, question 3)**. Statement Part 2, question 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4) and employees.

**Non-business Revenue (Statement Part 2, question 4)**. Statement Part 2, question 4 does not account for a respective Debtor's intercompany transactions that are purely accounting balancing entries as opposed to actual payments. With respect to individuals, the amounts

listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), and expense reimbursement.

The Debtors have included all payroll distributions and, benefits, bonuses and expense reimbursements, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."  Certain members of senior management are employed and paid by non-Debtors.

**Legal Actions or Assignments (Statement Part 3, question 7)**. Information provided in Statement Part 3, question 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum. Additionally, any information contained in Statement Part 3, question 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Financial Institutions (Statement Part 13, question 26(d))**. The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors may not have disclosed all parties that may have received such financial statements for the purposes of Statement Part 13, question 26(d).

**Consolidated Tax Group (Statement Part 13, question 31)**.  The Debtors file tax returns on a consolidated level at the Bird Global, Inc. level.  Certain tax obligations, refunds and net operating losses may therefore not be listed for an individual Debtor.  Nothing in the Statements or Schedules is an admission that a particular Debtor is liable with respect to any particular tax liability.  The failure to include a tax refund, or net operating loss, or to list the value of such net operating loss on an individual Debtor level is not an admission that such Debtor does not have a net operating loss, and the Debtors reserve all rights to assert net operating losses.

* * * * *END OF GLOBAL NOTES* * * * *

*SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE*

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Bird Global, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Florida</td></tr>
<tr><td>Case number<br>(if known)</td><td>23-20514</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
|---|

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $31,000,000.00 |
|---|

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $31,000,000.00 |
|---|

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . .

| $112,360,749.44 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
|---|

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

| +              UNKNOWN |
|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $112,360,749.44 |
|---|

**Fill in this information to identify the case:**

Debtor _____ Bird Global, Inc. _____

United States Bankruptcy Court for the: _____ Southern District of Florida _____

Case number
(if known) _____ 23-20514 _____

☐ Check if this is an
  amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
| --- | --- |

1. **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **CASH ON HAND**

3. **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
   *(IDENTIFY ALL)*

4. **OTHER CASH EQUIVALENTS**

5. Total of Part 1.
   ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

| NOT APPLICABLE |
| --- |

| Part 2: | DEPOSITS AND PREPAYMENTS |
| --- | --- |

6. **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**
   DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

8. **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**
   DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | NOT APPLICABLE |
|---|---|---|

**Part 3:    ACCOUNTS RECEIVABLE**

**10.**   **DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **11.**   ACCOUNTS RECEIVABLE | |

| 12 | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | NOT APPLICABLE |
|---|---|---|

**Part 4:    INVESTMENTS**

**13.**   **DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.**   MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1 | | | |
| NAME OF FUND OR STOCK: | | | |
| **15.**   NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE | | | |
| Name of entity | % of ownership | | |
| 15.1.   BIRD CANADA SCOOTERS, INC. | 100% | N/A | UNDETERMINED |
| 15.2.   BIRD RIDES, INC. | 100% | N/A | UNDETERMINED |
| **16.**   GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1 | | | |
| DESCRIBE: | | | |

| 17 | **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | UNDETERMINED |
|---|---|---|

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18.**   **DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   RAW MATERIALS | | | | |
| **20.**   WORK IN PROGRESS | | | | |
| **21.**   FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE | | | | |
| **22.**   OTHER INVENTORY OR SUPPLIES | | | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **22.** | **OTHER INVENTORY OR SUPPLIES** | | | | |

| | | | |
|---|---|---|---|
| 23 | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | NOT APPLICABLE |

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes   Book value _____   Valuation method _____   Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**   **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.** **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** | **CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.** | **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.** | **FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.** | **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.** | **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| | | | |
|---|---|---|---|
| 33 | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | NOT APPLICABLE |

**34.** **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 7:**   **OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   OFFICE FURNITURE | | | |
| **40.**   OFFICE FIXTURES | | | |
| **41.**   OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE | | | |
| **42.**   **COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43**   Total of Part 7.
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

> NOT APPLICABLE

**44.**   Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

**45.**   Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

| **Part 8:** | **MACHINERY, EQUIPMENT, AND VEHICLES** |
|---|---|

**46.**   **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES | | | |
| **48.**   WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES   EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49.**   AIRCRAFT AND ACCESSORIES | | | |
| **50.**   OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT) | | | |

**51**   Total of Part 8.
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

> NOT APPLICABLE

**52.**   Is a depreciation schedule available for any of the property listed in Part 8?
☑ No
☐ Yes

**53.**   Has any of the property listed in Part 8 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 9:   REAL PROPERTY

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.           **NOT APPLICABLE**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   INTANGIBLES AND INTELLECTUAL PROPERTY

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65. GOODWILL** | | | |

**66 Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.         **NOT APPLICABLE**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | Bird Global, Inc. | Case number (if known) | 23-20514 |
|---|---|---|---|
| | (Name) | | |

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.    DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.    NOTES RECEIVABLE**<br>DESCRIPTION (INCLUDE NAME OF OBLIGOR)<br>**NONE** | |
| **72.    TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**<br>DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)<br>**NONE** | |
| **73.    INTERESTS IN INSURANCE POLICIES OR ANNUITIES**<br>**NONE** | |
| **74.    CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**<br>**NONE** | |
| **75.    OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**<br>**NONE** | |
| **76.    TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**<br>**NONE** | |
| **77.    OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 77.1.    INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES, INC. | $31,000,000.00 |
| **78    Total of Part 11.**<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $31,000,000.00 |

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.    Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | |
| **81.    Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| **82.    Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83.    Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| **84.    Inventory.** *Copy line 23, Part 5.* | | |

| | | | |
|---|---|---|---|
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | N/A |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **+** $31,000,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $31,000,000.00 **+** 91b. | N/A |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $31,000,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Bird Global, Inc. |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-20514 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**     List All Creditors with Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>*Do not deduct the value of collateral.* | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT<br><br>**Creditor's mailing address**<br>C/O SEQUOR LAW, P.A.<br>ATTN: JUAN J. MENDOZA<br>1111 BRICKELL AVENUE, SUITE 1250<br>MIAMI, FL 33131<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>9/19/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>   Specify each creditor, including this creditor, and its relative priority.<br>   1. MIDCAPFINANCIAL TRUST<br>   2. U.S. BANK TRUST COMPANY, N.A.<br>   3. TIER MOBILITY SE | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL ASSETS OF THE DEBTORS, INCLUDING THE DEBTORS' EQUITY IN CERTAIN NON-DEBTOR AFFILIATES<br><br>**Describe the lien**<br>FIRST LIEN CREDIT FACILITY<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $41,330,322.44 | UNKNOWN |
| 2.2 | **Creditor's name**<br>MIDCAP FINANCIAL TRUST, AS COLLATERAL AGENT<br><br>**Creditor's mailing address**<br>7255 WOODMONT AVENUE, SUITE 300<br>BETHESDA, MD 20814<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>9/19/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS OF THE DEBTOR<br><br>**Describe the lien**<br>UCC LIEN - FILE NUMBER 20236347495<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNKNOWN | UNKNOWN |

| Debtor | Bird Global, Inc. | | | |
|---|---|---|---|---|
| | (Name) | | Case number (if known) | 23-20514 |

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Column A** | **Column B** |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.3**

**Creditor's name**
TIER MOBILITY SE

**Creditor's mailing address**
C/O WHITE & CASE LLP
ATTN: MATTHEW C. BROWN; NICOLAS ABBATTISTA
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI, FL 33131

**Creditor's email address**

**Date or dates debt was incurred**
9/19/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    1. MIDCAPFINANCIAL TRUST
    2. U.S. BANK TRUST COMPANY, N.A.
    3. TIER MOBILITY SE

**Describe debtor's property that is subject to a lien**
CERTAIN ASSETS OF SPIN, CERTAIN EXISTING AND NEW LICENSES AND PERMITS, AND
ALL AMOUNTS RECEIVED, OR RECEIVABLE, UNDER ANY, OR ALL OF, THE FOREGOING LICENSES AND PERMITS, AND ALL RENTS, PROFITS, AND PRODUCTS OFTHE FOREGOING

**Describe the lien**
VTB NOTE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| | | UNKNOWN | UNKNOWN |
|---|---|---|---|

**2.4**

**Creditor's name**
U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT

**Creditor's mailing address**
C/O GREENBERG TRAURIG, P.A.
ATTN: JOHN B. HUTTON, ESQ.
333 S.E. 2ND AVENUE, SUITE 4400
MIAMI, FL 33131

**Creditor's email address**

**Date or dates debt was incurred**
9/19/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    1. MIDCAPFINANCIAL TRUST
    2. U.S. BANK TRUST COMPANY, N.A.
    3. TIER MOBILITY SE

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL ASSETS OF THE DEBTORS, INCLUDING THE DEBTORS' EQUITY IN CERTAIN NON-DEBTOR AFFILIATES

**Describe the lien**
SECOND LIEN - NOTE PURCHASE AGREEMENT

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | $71,030,427.00 | UNKNOWN |
|---|---|---|---|

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.5 | **Creditor's name**<br>U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT<br><br>**Creditor's mailing address**<br>EP-MN-WS3C<br>WEST SIDE FLATS<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN  55107<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/30/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>COVERS ALL "GUARANTOR COLLATERAL" AS DEFINED IN EXHIBIT A TO UCC<br><br>**Describe the lien**<br>UCC LIEN - FILE NUMBER 20220793552<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNKNOWN | UNKNOWN |
| 2.6 | **Creditor's name**<br>U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT<br><br>**Creditor's mailing address**<br>EP-MN-WS3C<br>WEST SIDE FLATS<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN  55107<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/30/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>COVERS ALL "ISSUER PLEDGED COLLATERAL" AS TERM DEFINED IN EXHIBIT A TO UCC<br><br>**Describe the lien**<br>UCC LIEN - FILE NUMBER 20220792828<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNKNOWN | UNKNOWN |
| 2.7 | **Creditor's name**<br>U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT<br><br>**Creditor's mailing address**<br>EP-MN-WS3C<br>WEST SIDE FLATS<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN  55107<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>9/21/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS OF THE DEBTOR<br><br>**Describe the lien**<br>UCC LIEN - FILE NUMBER 20236425291<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNKNOWN | UNKNOWN |

Debtor    Bird Global, Inc.                                              Case number (if known)    23-20514
_____
(Name)

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $112,360,749.44 |

**Fill in this information to identify the case:**

Debtor    Bird Global, Inc.

United States Bankruptcy Court for the:    Southern District of Florida

Case number    23-20514
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☒ No. Go to Part 2.
    ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

    **Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No.
    ☒ Yes.

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|
| | FTI CAPITAL ADVISORS, LLC<br>C/O SOLOMON CRAMER & SUMMIT LLP<br>ATTN ANDREW T SOLOMON<br>25 W 39TH ST, 7TH FL<br>NEW YORK, NY 10018 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | | **Basis for the claim:**<br>LITIGATION | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   Bird Global, Inc.

(Name)

Case number (if known) 23-20514

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | NOT APPLICABLE |
| 5b. | Total claims from Part 2 | 5b. + | UNKNOWN |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | UNKNOWN |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Bird Global, Inc. |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-20514 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXECUTIVE EDGE BROAD FORM MANAGEMENT LIABILITY INSURANCE POLICY #01-766-53-69 | AIG<br>1271 AVE OF THE AMERICAS, FL 37<br>NEW YORK, NY  10020-1304 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCESS LIABILITY INSURANCE POLICY #0313-1388 | ALLIED WORLD SPECIALTY INSURANCE COMPANY<br>ATTN PROFESSIONAL LIABILITY UNDERWRITING<br>199 WATER ST<br>NEW YORK, NY  10038 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCIAL POLICY #EUW1910041 01 | AMTRUST NORTH AMERICA<br>233 N MICHIGAN AVE, STE 1200<br>CHICAGO, IL  44114 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCIAL POLICY #EUW1910041 01 | AMTRUST NORTH AMERICA<br>800 SUPERIOR AVE EAST, 21ST FL<br>CLEVELAND, OH  44114 |

Debtor    Bird Global, Inc.

(Name)

Case number (if known) _____

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | EXCESS FOLLOW FORM INSURANCE POLICY DECLARATIONS #MLXS2210001136-01 | ASCOT INSURANCE COMPANY 55W 46TH ST, 26TH FL NEW YORK, NY  10036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | BMEX DECLARATIONS - POLICY #101-XDO-1062-101 | BANYAN RISK LTD 750 7TH AVE, #24 NEW YORK, NY  10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DTD 11/9/2023 AND AMENDMENT DTD 12/19/2023 | BERGER SINGERMAN LLP 201 EAST LAS OLAS BOULEVARD SUITE 1500 FORT LAUDERDALE, FL  33301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | EXCESS INSURANCE POLICY #BPRO8092849 | BERKLEY PROFESSIONAL LIABILITY 757 THIRD AVE, 10TH FL NEW YORK, NY  10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | EXCESS POLICY #47-EPC-326282-01 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE CO 1314 DOUGLAS ST, STE 1400 OMAHA, NE  68102-1944 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | FOLLOW FORM INSURANCE POLICY #CUAI0865-01 | CANOPIUS INSURANCE SERVICES 140 BROADWAY, STE 2210 NEW YORK, NY  10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BICYCLE & SCOOTER SHARING ANNUAL PERMIT #22-000001 DTD 2/13/2023 | CITY OF CANYON, TX<br>301 16TH ST<br>CANYON, TX  79015 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RELEASE OF LIABILITY ASSUMPTION OF RISK & INDEMNIFICATION AGREEMENT | CITY OF TEMPE, AZ<br>ENGINEERING DIVISION<br>31 E 5TH ST<br>TEMPE, AZ  85281 |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCESS LIABILITY DECLARATIONS POLICY #ADX30030314600 | COMMERCIAL MANAGEMENT LIABILITY<br>ATTN PROFESSIONAL LINES UNDERWRITING DEPT<br>1221 AVE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RULES FOR RECEIVING A BICYCLE AND SCOOTER SHARE VENDOR'S LICENSE | CUYAHOGA COUNTY, OH<br>ATTN DEPT OF SUSTAINABILITY<br>2079 E 9TH ST, 8TH FL<br>CLEVELAND, OH  44115 |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | H2 AMENDMENT TO BIRD GLOBAL 2023 VARIABLE PAY PROGRAM AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DAVIS, ADAM<br>ADDRESS ON FILE |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUITY EDGE ONLINE & EMPLOYEE STOCK PLAN SERVICES AGREEMENT DTD 2/18/2022 | E*TRADE FINANCIAL CORPORATE SERVICES INC<br>ATTN MANAGING ATTY<br>3 EDISON DR<br>ALPHARETTA, GA  30005 |

Debtor    Bird Global, Inc.
(Name)

Case number (if known)    23-20514

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.17** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPECIAL HANDLING TRADE SERVICE AGREEMENT DTD 2/18/2022<br><br><br><br> | E*TRADE SECURITIES LLC<br>ATTN EXEC DIRECTOR<br>3 EDISON DR<br>ALPHARETTA, GA 30005 |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD SERVICES AGREEMENT DTD 12/7/2023 | EPIQ CORPORATE RESTRUCTURING, LLC<br>777 THIRD AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017 |
| **2.19** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOLLOW FORM EXCESS INSURANCE POLICY #FRH-H-ML-10000147-01 | FALCON RISK SERVICES<br>C/O FALCON CLAIMS SERVICES<br>SUMMIT, NJ 07901 |
| **2.20** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOLLOW FORM EXCESS INSURANCE POLICY #FRH-H-ML-10000147-01 | HDI GLOBAL SPECIALTY SE<br>PODBIELSKISTRASSE 396<br>HANNOVER 30659<br>GERMANY |
| **2.21** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCESS INSURANCE POLICY DECLARATIONS POLICY #HPRO-CX-HS-0000267-01 | HOUSTON SPECIALTY INSURANCE COMPANY<br>ATTN VP LEGAL<br>800 GESSNER RD, STE 600<br>HOUSTON, TX 77024 |
| **2.22** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEAD SIDE A DIFFERENCE IN CONDITIONS DIRECTORS AND OFFICERS LIABILITY | INIGO LIMITED<br>ATTN PUBLIC D &O CLAIMS<br>1 CREECHURCH PL, 7TH FL<br>LONDON EC3A 5AY<br>UNITED KINGDOM |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEAD SIDE A DIFFERENCE IN CONDITIONS DIRECTORS AND OFFICERS LIABILITY | MARSH LIMITED<br>1 TOWER PL W<br>TOWER PL<br>LONDON  EC3R 5BU<br>UNITED KINGDOM |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DTD 8/22/2023 | MARSH RISK & INSURANCE SERVICES<br>555 W 5TH ST, STE 670<br>LOS ANGELES, CA  90013 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCESS EDGE POLICY #01-771-27-09 | MARSH USA INC<br>1225 17TH ST, STE 1300<br>DENVER, CO  80202 |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCESS EDGE POLICY #02-307-97-20 | MARSH USA INC<br>1225 17TH ST, STE 1300<br>DENVER, CO  80202 |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCESS LIABILITY DECLARATIONS POLICY #ADX30030314600 | MARSH USA INC<br>1225 17TH ST, STE 1300<br>DENVER, CO  80202 |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXECUTIVE EDGE BROAD FORM MANAGEMENT LIABILITY INSURANCE POLICY #01-766-53-69 | MARSH USA INC<br>1225 17TH ST, STE 1300<br>DENVER, CO  80202 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THE HARTFORD PREMIER EXCESS DECLARATIONS POLICY #34 DA 0417208-22 | MARSH USA INC<br>1520 MARKET ST<br>DENVER, CO 80202 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY #652384155 | MARSH USA INC<br>ATTN MIMI DAIR, SR VP<br>1225 17TH ST, STE 2100<br>DENVER, CO 80202-5521 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS EDGE POLICY #01-771-27-09 | NAT'L UNION FIRE INSURANCE CO OF PITTSBURGH PA<br>1271 AVE OF THE AMERICAS, FL 37<br>NEW YORK, NY 10020-1304 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS EDGE POLICY #02-307-97-20 | NAT'L UNION FIRE INSURANCE CO OF PITTSBURGH PA<br>1271 AVE OF THE AMERICAS, FL 37<br>NEW YORK, NY 10020-1304 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXECUTIVE EDGE BROAD FORM MANAGEMENT LIABILITY INSURANCE POLICY #01-766-53-69 | NAT'L UNION FIRE INSURANCE CO OF PITTSBURGH PA<br>1271 AVE OF THE AMERICAS, FL 37<br>NEW YORK, NY 10020-1304 |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER TO FACILITATE RE-ENTRY OR VISA APPLICATION DTD 11/28/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PATEL, RINKEN<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | RANKIN, CHRISTOPHER R<br>ADDRESS ON FILE |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR LICENSE AGREEMENT DTD 6/15/2022 | RIVER PARKS AUTHORITY<br>ATTN MATT MEYER, EXECUTIVE DIRECTOR<br>2121 S COLUMBIA AVE, STE 205<br>TULSA, OK  74114 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS LIABILITY DECLARATIONS POLICY #ADX30030314600 | SOMPO INTERNATIONAL INSURANCE<br>1221 AVE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER DTD 4/20/2022 | SPENCER STUART INC<br>ATTN TANIA BINDER<br>255 CALIFORNIA ST, STE 1400<br>SAN FRANCISCO, CA  94111 |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER DTD 10/14/2022 | STRADLING YOCCA CARLSON & RAUTH<br>660 NEWPORT CENTER DR, STE 1600<br>NEWPORT BEACH, CA  92660-6422 |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT DTD 11/27/2023 AND RELATED AMENDMENT | TENEO CAPITAL LLC<br>ATTN: JAMES S. FELTMAN<br>280 PARK AVENUE, 4TH FLOOR<br>NEW YORK, NY  10017 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE HARTFORD PREMIER EXCESS DECLARATIONS POLICY #34 DA 0417208-22 | THE HARTFORD<br>HARTFORD FINANCIAL LINES<br>ONE HARTFORD PLZ<br>HARTFORD, CT 06115 |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS LICENSE #009899 | TOWN OF WINDSOR<br>9291 OLD REDWOOD HIGHWAY<br>WINDSOR, CA 95492-0100 |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE HARTFORD PREMIER EXCESS DECLARATIONS POLICY #34 DA 0417208-22 | TWIN CITY FIRE INSURANCE CO<br>ONE COLLEGE PARK<br>8910 PURDUE RD<br>INDIANAPOLIS, IN 46268-0930 |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT# 1 LETTER AMENDS EMPLOYMENT LETTER DTD 1/1/2023 | WASHINUSHI, MICHAEL<br>ADDRESS ON FILE |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCIAL POLICY #EUW1910041 01 | WESCO INSURANCE COMPANY<br>PO BOX 318004<br>CLEVELAND, OH 44131-0880 |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STAFFING AGREEMENT DTD 12/12/2023 | WOLLBORG MICHELSON RECRUITING INC<br>2333 SAN RAMON VALLEY BLVD. SUITE 400<br>SAN RAMON, CA 94583 |

**Fill in this information to identify the case:**

Debtor   Bird Global, Inc.

United States Bankruptcy Court for the:   Southern District of Florida

Case number   23-20514
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | Check all schedules that apply |
| 2.1 BIRD RIDES HOLDINGS (US) LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.2 BIRD RIDES HOLDINGS (US) LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | ☑ D ☐ E/F ☐ G |
| 2.3 BIRD RIDES, INC. | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.4 BIRD RIDES, INC. | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | TIER MOBILITY SE | ☑ D ☐ E/F ☐ G |
| 2.5 BIRD RIDES, INC. | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | ☑ D ☐ E/F ☐ G |
| 2.6 BIRD TREASURY HOLDCO, LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.7 BIRD TREASURY HOLDCO, LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | ☑ D ☐ E/F ☐ G |
| 2.8 BIRD US HOLDCO, LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.9 BIRD US HOLDCO, LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | ☑ D ☐ E/F ☐ G |
| 2.10 BIRD US OPCO, LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.11 BIRD US OPCO, LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | ☑ D ☐ E/F ☐ G |

Debtor    Bird Global, Inc.
          (Name)                                          Case number (if known)  23-20514

| Additional Page if Debtor Has More Codebtors | | | | |
|---|---|---|---|---|
| **Column 1:** Codebtor | | | **Column 2:** Creditor | |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.12 | SCOOT RIDES, INC. | 1077 HOWARD ST. SAN FRANCISCO, CA 94103 | MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.13 | SCOOT RIDES, INC. | 1077 HOWARD ST. SAN FRANCISCO, CA 94103 | U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | ☒ D ☐ E/F ☐ G |
| 2.14 | SKINNY LABS, INC. | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | TIER MOBILITY SE | ☒ D ☐ E/F ☐ G |