

**ORDERED in the Southern District of Florida on January 24, 2024.**

*Corali Lopez-Castro*
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| BIRD GLOBAL, INC., *et al.*,[1] | Case No. 23-20514-CLC |
| Debtors. | (Jointly Administered) |

**AGREED ORDER GRANTING DEBTORS' AGREED *EX PARTE* MOTION TO CONTINUE HEARING SCHEDULED FOR JANUARY 29, 2024 TO CONSIDER DIP FINANCING MOTION [ECF NO. 32] AND SETTING STATUS CONFERENCE**

**THIS MATTER** having come before the Court upon the *Agreed Ex Parte Motion to Continue Hearing Scheduled for January 29, 2024 to Consider DIP Financing Motion and Setting Status Conference* [ECF No. 194] (the "Motion")[2] filed on January 24, 2024, by the above-captioned debtors-in-possession. The Court, having considered the Motion, having noted

---

[1] The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

12743050-2

that counsel to the Committee and for each of the Senior DIP Agent and the Participating Second Lien Lenders consent to the relief requested in the Motion, and finding good cause to further continue the final hearing on the DIP Financing Motion, it is

**ORDERED** that:

1. The final hearing to consider the DIP Financing Motion is continued from January 29, 2024 at 11:00 a.m. (prevailing Eastern time) to **February 5, 2024 at 10:00 a.m. (prevailing Eastern time), United States Bankruptcy Courthouse, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 7, Miami, Florida 33128**.

2. Objections to the DIP Financing Motion shall be in writing and shall be filed and served on or before **January 26, 2024 at 4:00 p.m. (prevailing Eastern time).**

3. The Milestone in the Interim DIP Financing Order with respect to the entry of a Final DIP Financing Order shall be amended from January 30, 2024 to February 6, 2024.

4. The Court shall conduct a status conference ("Status Conference") on **January 29, 2024 at 11:00 a.m. (prevailing Eastern time)**. The Status Conference will take place only by video conference. The video conference will be conducted using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the Judge's procedures allow. To participate in the Status Conference remotely via Zoom, you must register in advance no later than 3:00 p.m., one business day before the date of the Status Conference. To register, click on the link below or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItdeGgrDMoHu492kR90ywB25kmNrg5aFg

12743050-2

3

Information on requirements and procedures for remote attendance at the hearing may be found on the Honorable Corali Lopez-Castro's webpage on the Court's website: www.flsb.uscourts.gov.

# # #

Submitted by:
Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3

12743050-2