**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| BIRD GLOBAL, INC., *et al.*, | Case No. 23-20514-CLC |
| Debtors | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

TO ALL PARTIES, PLEASE TAKE NOTICE that Donna Jackson Tchirkow, Individually and as a Representative of the Estate of Nicholas Tchirkow (Tchirkow), by and through the undersigned counsel, files this Notice of Appearance and Request for Service in the above-captioned case, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342, and 1109(b), and requests that copies of all notices and pleadings given or filed in this bankruptcy case be given and served upon Tchirkow by serving:

Vincent F. Alexander
**SHUTTS & BOWEN LLP**
201 East Las Olas Blvd., Suite 2200
Fort Lauderdale, FL 33301
(954) 524-5505-main
(954) 847-3835-direct
(954) 524-5506-facsimile
VAlexander@shutts.com
Florida Bar No. 68114

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service is not intended as consent pursuant to 28 U.S.C. § 157(c)(2) or waiver of: (1) the liquidation or estimation of unliquidated claims for purposes of distribution, reserved for Article III adjudication pursuant to 28 U.S.C. § 157(b)(2)(B); (2) the right to trial by jury pursuant to 28 U.S.C. § 1411; (3) the right to contest jurisdiction or appropriate venue; and (4) any other rights, claims, actions, or defenses in law, in equity, or otherwise that may be available under applicable law, which Harrick expressly reserves.

Respectfully submitted this 21st day of March 2024.

*/s/ Vincent F. Alexander*
Vincent F. Alexander
**SHUTTS & BOWEN LLP**
201 East Las Olas Blvd., Suite 2200
Fort Lauderdale, FL 33301
(954) 524-5505-main
(954) 847-3835-direct
(954) 524-5506-facsimile
VAlexander@shutts.com
Florida Bar No. 68114

**ATTORNEY FOR DONNA JACKSON TCHIRKOW, INDIVIDUALLY AND A REPRESENTATIVE OF THE ESTATE OF NICHOLAS TCHIRKOW**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service has been served on counsel for Debtors, Debtors, and all parties receiving or entitled to notice through CM/ECF on this 21st day of March 2024.

                                            */s/ Vincent F. Alexander*
                                            Vincent F. Alexander