

**ORDERED in the Southern District of Florida on April 17, 2024.**

_____
**Corali Lopez-Castro, Judge
United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 23-20514-CLC |
| BIRD GLOBAL, INC. | Chapter 11 |
| Debtor. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING *EX PARTE* MOTION TO ALLOW D. EDWARD HAYS, ESQ., AND BRADFORD N. BARNHARDT, ESQ., TO APPEAR REMOTELY AT THE APRIL 18, 2024, HEARING ON DEBTORS' MOTION TO (I) FIX BAR DATE FOR FILING TORT CLAIMS, AND (II) APPROVE FORM AND MANNER OF
NOTICE OF TORT CLAIMS BAR DATE**

THIS MATTER came before the Court, without a hearing, upon the *Ex Parte* Motion ("Ex Parte Motion"), Docket No. 565, to allow D. Edward Hays, Esq., and Bradford N. Barnhardt, Esq., to appear remotely at the April 18, 2024, hearing on the "Motion to (I) Fix Bar Date for Filing Tort Claims, and (II) Approve Form and Manner of Notice of Tort Claims Bar Date" ("Bar Date Motion"), filed as Docket No. 540. The Court, having considered the Ex Parte Motion and being otherwise fully advised in the premises, it is ORDERED that:

1. The Ex Parte Motion is GRANTED.

1

2. D. Edward Hays, Esq., and Bradford N. Barnhardt, Esq., are permitted to appear remotely via Zoom at the hearing on the Bar Date Motion that is scheduled for April 18, 2024, at 1:30 p.m.

# # #

Submitted by:

Bradley S. Shraiberg, Esq.
Counsel for the Movants
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

*Bradley S. Shraiberg, Esq. is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.*