UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

BIRD GLOBAL, INC., *et al.,* [1]

    Debtors.

_____/

Chapter 11 Cases

Case No. 23-20514-CLC
(Jointly Administered)

## NOTICE OF FILING CALIFORNIA PLAINTIFFS' DECLARATIONS

Brenda Wright, Lindsy Thompson, Marc Perkins-Carrillo, Gregory Buce, Borna Eslami, Tracy Squire, Benjamin Michael Palajac, John Francis Foley, Yaman Fejleh, and Destiny Smith ("California Plaintiffs"), by and through their undersigned counsel, hereby file Declarations in connection with the *California Plaintiffs' Objection to Debtors' First Amended Joint Chapter 11 Plan of Liquidation* [ECF No. 789].

    Exhibit A: Declaration regarding Brenda Wright

    Exhibit B: Declaration regarding Lindsy Thompson

    Exhibit C: Declaration regarding Marc Perkins-Carrillo

    Exhibit D: Declaration regarding Gregory Buce

    Exhibit E: Declaration regarding Borna Eslami

    Exhibit F: Declaration regarding Tracy Squire

    Exhibit G: Declaration regarding Benjamin Michael Palajac

    Exhibit H: Declaration regarding John Francis Foley

    Exhibit I: Declaration regarding Yaman Fejleh

    Exhibit J: Declaration regarding Destiny Smith

---

[1] The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

{2511/000/00582032}

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on June 3, 2024.

    Respectfully submitted,

    **SHRAIBERG PAGE, P.A.**
    Attorney for California Plaintiffs
    2385 NW Executive Center Drive, Suite 300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047
    Email: bss@slp.law

By: */s/ Bradley S. Shraiberg*
      Bradley S. Shraiberg
      Fla Bar No. 121622