UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>BIRD GLOBAL, INC., *et al.*,[1]<br><br>    Debtors. | Chapter 11 Cases<br><br>Case No. 23-20514-CLC<br><br>(Jointly Administered) |

### **OBJECTION TO CLAIM NO. 10409 FILED BY IMANAGE LLC**

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorneys for the Debtors, Jordi Guso, Esq., Clay B. Roberts, Esq., and Paul A. Avron, Esq., Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131, OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128.**

---

[1] The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

13164048-1

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 3007 and Local Rule 3007-1, hereby file this objection (the "Objection") to Claim No. 10409 filed by iManage LLC. The basis for the Objection and the Debtors' recommended disposition of this claim are more specifically set forth below:

| Debtor | Claim No. | Claimant | Claim Amount | Basis for Objection | Recommended Disposition |
|---|---|---|---|---|---|
| Bird Rides, Inc. | 10409 | iManage LLC Attn: Joseph Archambeau 130 E Randolph Street Suite 3900 Chicago, IL 60601 | $24,000.00 | The Debtors object to this claim, which asserts an administrative expense claim of $24,000.00 under section 507(a)(2). The claim is based on an executory contract (Services Agreement) that was assumed and assigned to the purchaser of substantially all of the Debtors' assets, which transaction closed on or about March 22, 2024, such that the obligation underlying the claim is a cure obligation of the purchaser, not the Debtors or any one of them. Even if the obligation underlying the claim was not an obligation of the purchaser, the claim would not be entitled to administrative expense priority because the documents supporting the claim, which are attached thereto, reflect debt incurred prior to the date the Debtors filed their Chapter 11 cases such that the claim would be, at best, an unsecured non-priority claim. In addition, the claimant did not file a motion to seek the allowance of an administrative expense by the deadline set by the Court. ECF No. 599. | Claim should be stricken and disallowed in its entirety. |

The Debtors reserve their rights to amend the Objection to the claim set forth herein, to object on additional grounds not set forth herein and/or to object to any further claims not presently set forth herein. By filing this Objection, the Debtors do not waive their right to file further objections or to pursue avoidance actions or other causes of action.

**WHEREFORE**, the Debtors respectfully request that the Court disallow Claim No. 10409, filed by iManage LLC, as set forth above, as recommended by the Debtors, on the grounds set forth in this Objection, without prejudice to the rights of the Debtors or other interested parties to file further objections or to pursue avoidance actions or other causes of action, and (2) grant such other and further relief as is just and appropriate.

Dated: August 1, 2024

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel for the Debtors*
1450 Brickell Avenue, Suite 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: */s/ Paul A. Avron*
Paul Steven Singerman
Florida Bar No. 378860
singerman@bergersingerman.com
Jordi Guso
Florida Bar No. 863580
jguso@bergersingerman.com
Clay B. Roberts
Florida Bar No. 116058
croberts@bergersingerman.com
Paul A. Avron
Florida Bar No. 50814
pavron@bergersingerman.com

3

13164048-1