UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Bird Global, Inc., *et al*[1],                    Case No. 23-20514-CLC

    Debtors.                                          Chapter 11

_____/

### *EMERGENCY* MOTION TO RECONSIDER WAIVER OF STAY IN CONFIRMATION ORDER

**\*\* Emergency Hearing Requested Pursuant to Local Rule 9075-1 \*\***

**The confirmation order entered in this case includes a waiver of the fourteen-day stay set forth in Bankruptcy Rule 3020. Upon information and belief, this waiver was never discussed at the confirmation hearing or approved by the Court.**

**Waiver of the stay is not only unnecessary given that the plan is a liquidating pot plan, it will irreparably injure potential appellants, who are entitled to seek stays of the confirmation order pending their appeals.**

**Due to the risk of imminent and irreparable harm to their appellate rights, the movants request that this matter be scheduled for hearing on an emergency basis, during the afternoon of Friday August 2, 2024.**

Brenda Wright, Lindsy Thompson, Marc Perkins-Carrillo, Gregory Buce, Borna Eslami, Tracy Squire, Benjamin Michael Palajac, John Francis Foley, Yaman Fejleh, and Destiny Smith (collectively, the "California Plaintiffs"), pursuant to Fed. R. Civ. P. 59(e) respectfully request that the Court reconsider its Confirmation Order [ECF No. 1205]. In support of this request the California Plaintiffs state:

---

[1] The address of the Debtors is 392 NE 191st St., #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

{1454/000/00585540}                              1

1.  The Court entered the Confirmation Order [ECF No. 1205] during the morning of August 2, 2024.

2.  Paragraph 50 of the Confirmation Order includes a waiver of any stays set forth in the Bankruptcy Rules:

> Final Order; Waiver of Stay. This Confirmation Order is a final order and the period in which an appeal must be filed shall commence upon the entry hereof. Any stay of this Confirmation Order provided by any Bankruptcy Rule (including Bankruptcy Rule 3020(e)) is hereby waived, and this Confirmation Order shall be effective and enforceable immediately upon its entry by the Court.

3.  A stay is not appropriate in this case. The confirmed plan is a liquidating plan and the Debtors are not operating businesses.

4.  More importantly, and upon information and belief, the issue of a stay was never raised during lengthy contested confirmation hearings or otherwise raised by the plan proponents.[2] It is not appropriate for the Confirmation Order to include a stay after the fact.

5.  The undersigned certifies that prior to filing this motion he communicated with counsel for the plan proponents in an effort to resolve this matter without the necessity of a hearing. Due to the time constraints discussed above, the California Plaintiffs are filing this motion while these discussions are ongoing.

6.  The California Plaintiffs intend to appeal the Confirmation Order and will be irreparably harmed if their appeals are rendered moot due to the absence of a stay.

7.  The Court should reconsider the Confirmation Order under Fed. R. Civ. P. 59.

---

[2] Due to potential prejudice issues, the California Plaintiffs have been compelled to file this motion without a transcript.

WHEREFORE the Court should reconsider the Confirmation Order such that the stays set forth in the Bankruptcy Rules, including Bankruptcy Rule 3020, are preserved, and grant such other relief as is appropriate.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing in this case on August 2, 2024.

/s/ Bradley S. Shraiberg

Respectfully submitted,

**MARSHACK HAYS WOOD LLP**
D. Edward Hays (Pro Hac Vice)
Bradford N. Barnhardt (Pro Hac Vice)
870 Roosevelt
Irvine, California 92620
Telephone: 949-333-777
Facsimile: 949-333-7778
ehays@marshackhays.com
bbarnhardt@marshackhays.com

**SHRAIBERG PAGE P.A.**
Attorneys for the California Plaintiffs
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
bss@slp.law
shess@slp.law

By:   /s/ Bradley S. Shraiberg
      Bradley S. Shraiberg
      Florida Bar No. 121622
      Samuel W. Hess
      Florida Bar. No. 1044184