**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| BIRD GLOBAL, INC., *et al.*,[1] | Case No. 23-20514-CLC |
| Debtors. | (Jointly Administered) |

**DONNA JACKSON TCHIRKOW'S JOINDER TO EMERGENCY MOTION TO**
**RECONSIDER WAIVER OF STAY IN CONFIRMATION ORDER [ECF 1207]**

Donna Jackson Tchirkow, Individually and as a Representative of the Estate of Nicholas Tchirkow ("Tchirkow"), respectfully joins and adopts the *Emergency Motion to Reconsider Waiver of Stay in Confirmation Order* (the "Motion") [ECF 1207] filed by the "California Plaintiffs."

Respectfully submitted this 2nd day of August 2024.

/s/ Vincent F. Alexander
Vincent F. Alexander
Florida Bar No. 68114
**SHUTTS & BOWEN LLP**
201 East Las Olas Blvd., Suite 2200
Fort Lauderdale, Florida 33301
(954) 524-5505-main
(954) 847-3835-direct
(954) 524-5506-facsimile
VAlexander@shutts.com

-and-

/s/ Ryan E. Chapple
Ryan E. Chapple
*Admitted Pro Hac Vice*
**CAIN & SKARNULIS PLLC**

---

[1] The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

303 Colorado St., Suite 2850
Austin, Texas 78701
(512) 477-5000-main
(512) 477-5019-direct
(512) 477-5011-facsimile
rchapple@cstrial.com

**ATTORNEYS FOR DONNA JACKSON TCHIRKOW, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF NICHOLAS TCHIRKOW**

## CERTIFICATE OF SERVICE

**I CERTIFY** that on August 2, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notice of Electronic Filing in these bankruptcy cases.

By: /s/ *Vincent F. Alexander*
Vincent F. Alexander

FTLDOCS 9222796 2 57890.0001