

**ORDERED in the Southern District of Florida on August 5, 2024.**

*Corali Lopez-Castro*
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| BIRD GLOBAL INC., et. al., | Case No.  23-20514-CLC |
| Debtors.<br>_____/ | (Jointly Administered) |

### ORDER SETTING HEARING ON EMERGENCY MOTION TO STAY CONFIRMATION ORDER PENDING APPEAL

**THIS MATTER** came before the Court upon the California Plaintiffs' filing of the Emergency Motion to Stay Confirmation Order Pending Appeal (the "Motion") [ECF No. 1213].  The Court has reviewed the Motion and finds good cause to schedule a hearing on the Motion.  Accordingly, it is hereby:

ORDERED that:

1. Any response to the Motion must be filed no later than by 5:00 pm on August 6, 2024.

2. The Court will conduct a hearing on August 8, 2024 at 2:30 p.m. The hearing will be held via Zoom. To participate in the hearing (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItdeGgrDMoHu492kR90ywB25kmNrg5aFg

###

Copy furnished to Attorney Bradley Shraiberg, who is directed to serve a copy of this Order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.