UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| BIRD GLOBAL, INC., *et al.*,[1] | Case No.: 23-20514-CLC |
| Debtors. | (Jointly Administered) |
| _____/ | |

**MOTION FOR AUTHORITY TO REDIRECT TRUST CONTRIBUTION**

In addition to the substantial amounts contributed to the Tort Claims Trust (the "Trust") by the City of Los Angeles ("Los Angeles"), when the total contributions from all Municipalities to the Trust were not sufficient to meet Plan funding obligations, Los Angeles voluntarily advanced an additional $850,000 to fully fund the Trust consistent with the provision of the Plan and related Confirmation Order. Through this Motion, Los Angeles respectfully requests this Court authorize any excess funding to the Trust be paid over to Los Angeles and, with respect to Municipalities who are now funding their contributions, direct such Municipalities to repay Los Angeles directly as the Trust was fully funded. In support of this Motion, Los Angeles states as follows:

1. On August 2, 2024, this Court entered its *Amended Order (I) Approving the First Amended Disclosure Statement for Debtors' Second Amended Joint Chapter 11 Plan of Liquidation on a Final Basis, (II) Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Liquidation, (III) Approving the Insurance Settlement Agreements, and (IV) Entering Bar Order and Channeling Injunction* [Doc. 1214] (the "Confirmation Order").

---

[1] At the time of the filing of the Chapter 11 petitions, the address of the Debtors was 392 Northeast 191st Street, #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

1

2. Pursuant to the Confirmation Order, this Court approved the *Debtors' Second Amended Joint Chapter 11 Plan of Liquidation* [Doc. 802] (the "Plan") along with the *Municipality Settlement Term Sheet* (the "Municipality Settlement Term Sheet") incorporated therein.

3. From entry of the Confirmation Order through mid-2025, Los Angeles, through its undersigned counsel, worked to solicit participation by each of the Municipalities[2], including the City of San Francisco ("San Francisco"). Although San Francisco committed to contribute, it was unable, due to time-consuming internal procedures required to obtain requisite City approvals, to timely fund its commitment prior to Los Angeles advancing the last necessary $850,000 needed to fully fund the Trust.

4. On March 5, 2025, Los Angeles initiated its ACH transfer to advance to the Tort Claims Trust, prospectively on behalf of all other Municipalities who had not yet funded, the remaining $850,000 with the intention of pursuing contribution from all other Municipalities who had not yet funded.

5. On May 9, 2025, San Francisco adopted Ordinance No. 67-25 (the "Ordinance"), authorizing payment of its contribution in the amount of $75,000 (the "Trust Contribution"). A true and correct copy of that Ordinance is attached hereto as **Exhibit A**.

6. Los Angeles respectfully requests entry of an order authorizing and directing San Francisco to make its Trust Contribution payment directly to Los Angeles, in reimbursement of the amount Los Angeles previously advanced on behalf of San Francisco and other municipalities. Additionally, Los Angeles respectfully requests this Court direct the Trust to refund back to Los Angeles any amounts collected by the Trust in excess of the total Trust funding from the Municipalities of $3,000,000.00.

---

[2] The Cities of San Diego, Long Beach, Santa Monica, and San Jose immediately contributed without Los Angeles' solicitation.

7. Granting the requested relief will ensure proper accounting and equitable distribution, without affecting any substantive rights of other parties or the administration of the Tort Claims Trust.

8. This Motion is made pursuant to 11 U.S.C. §§ 105(a) and 1142(b), which empower bankruptcy courts to issue any order necessary or appropriate to implement the provisions of a confirmed plan.

9. The requested order merely facilitates execution of the confirmed Plan and the Municipality Settlement Term Sheet and preserves the integrity of Trust funding.

WHEREFORE, the City of Los Angeles respectfully requests that this Court enter an order (a) directing the City of San Francisco to remit its Trust Contribution of $75,000 directly to the City of Los Angeles, (b) directing the Trust to remit to the City of Los Angeles any amounts previously collected or received that exceed the agreed Municipalities' contribution and directing that such repayment be made within a timeframe to be set by this Court; and (c) granting such other and further relief as is just and proper.

Respectfully submitted,

**SHUMAKER, LOOP & KENDRICK, LLP**

By: /s/ *Steven M. Berman*
**Steven M. Berman, Esq.**
Florida Bar No. 856290
101 E. Kennedy Blvd., Ste. 2800
Tampa, Florida 33602
Phone: (813) 229-7600
Facsimile: (813) 229-1660
*Counsel for the City of Los Angeles*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on November 13, 2025, a true and correct copy of the foregoing was served by Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Florida.

/s/ *Steven M. Berman*
Steven M. Berman, Esq.